UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA,

      Plaintiff,

v.                                                                                  Case No: 6:24-cv-1903-ACC-EJK

CHARACTER TECHNOLOGIES,
INC., NOAM SHAZEER, DANIEL
DE FRIETAS ADIWARSANA,
GOOGLE LLC, and ALPHABET
INC.,

      Defendants.

### ORDER

This cause comes before the Court without oral argument on Plaintiff's Motion for Special Admission of Matthew P. Bergman (the "Motion"), filed October 23, 2024. (Doc. 2.) Upon consideration, the Motion is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE