UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Civil No. 6:24-cv-01903-ACC-EJK<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On October 28, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to sufficiently allege diversity of citizenship to support federal subject matter jurisdiction under 28 U.S.C. § 1332. Specifically, because a Limited Liability Corporation is deemed a citizen of any state which a member of the company is a citizen, the Court found that Plaintiff failed to adequately alleged diversity jurisdiction over Defendant Google LLC because her Complaint did not identify the citizenship of Google's members.

On November 9, 2024, Plaintiff filed her First Amended Complaint alleging, *inter alia,* that Defendant Google LLC is a wholly owned subsidiary of Defendant Alphabet Inc., a Delaware Corporation and California resident. Plaintiff's Amended Complaint identifies Plaintiff as a resident of Florida and Defendants Character.AI, Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC and its parent company, Alphabet Inc., as residents of California. Because Plaintiff has alleged damages in

1

excess $75,000 her First Amended Complaint has cured the deficiency identified by the Court and properly alleges diversity jurisdictional under 28 U.S.C. § 1332.

DATED: November 9, 2024.

        SOCIAL MEDIA VICTIMS LAW CENTER PLLC

        By: */s/ Matthew P. Bergman*
            Matthew P. Bergman

        Matthew Bergman
        matt@socialmediavictims.org
        Laura Marquez-Garrett
        laura@socialmediavictims.org
        Glenn Draper
        glenn@socialmediavictims.org
        600 1st Avenue, Suite 102-PMB 2383
        Seattle, WA 98104
        Telephone: (206) 741-4862

        TECH JUSTICE LAW PROJECT

        By: */s/ Meetali Jain*
            Meetali Jain

        Meetali Jain
        meetali@techjusticelaw.org
        Melodi Dincer
        melodi@techjusticelaw.org
        611 Pennsylvania Avenue Southeast #337
        Washington, DC 20003

        Attorneys for Plaintiff