# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MEGAN GARCIA,

      Plaintiff,

v.                                                                                Case No: 6:24-cv-1903-ACC-EJK

CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA, GOOGLE LLC, and ALPHABET INC.,

      Defendants.

## ORDER

This cause comes before the Court without oral argument on Plaintiff's Motions for Special Admission of Glenn S. Draper and Laura Marquez-Garrett (the "Motions"), filed November 15, 2024. (Docs. 20, 21.)

Upon consideration, the Motions are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE