# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Civil No. 6:24-cv-01903-ACC-EJK<br><br>NOTICE OF LEAD COUNSEL DESIGNATION |

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE THAT Matthew P. Bergman is hereby designated as lead counsel for plaintiff Megan Garcia in this proceeding.

DATED: November 18, 2024.

                                      SOCIAL MEDIA VICTIMS LAW CENTER

                                      By: */s/ Matthew P. Bergman*
                                                  Matthew P. Bergman

                                      Matthew Bergman
                                      matt@socialmediavictims.org
                                      600 1st Avenue, Suite 102-PMB 2383
                                      Seattle, WA 98104
                                      Telephone: (206) 741-4862