AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:24-CV-1903-ACC-EJK**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Google LLC**
was recieved by me on  **10/28/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Rebecca Vang**, who is designated by law to accept service of process on behalf of **Google LLC** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833** on **10/28/2024 at 9:08 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 10-28-2024

_____
Server's signature

**Sequoia Sims**
*Printed name and title*

**428 J street**
**Sacramento, CA 95814**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, INITIAL CASE ORDER; NOTICE OF PENDENCY OF OTHER ACTIONS; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; CIVIL CASE COVER SHEET; ORDER ON DISCOVERY MOTIONS,  to Rebecca Vang who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**




Tracking #: 0147186956