UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>　　　　Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CHARACTER TECHNOLOGIES, INC., GOOGLE LLC, AND ALPHABET INC. TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

　　　　Plaintiff and Defendants Character Technologies, Inc. ("Character"), Google LLC ("Google"), and Alphabet Inc. ("Alphabet," with Character and Google, "Moving Defendants", and with Plaintiff, "Moving Parties"), pursuant to Federal Rule of Civil Procedure 6(b)(1), jointly move for an extension of the Moving Defendants' time to respond to the First Amended Complaint (Doc. 11) and a briefing schedule for their motions to dismiss and state as follows:

　　　　1.　　Plaintiff's First Amended Complaint is 116 pages long and asserts twelve claims arising out of the suicide of a teenager. This case presents numerous issues of first impression concerning artificial intelligence technology.

2. Google and Alphabet's response to the First Amended Complaint is currently due on December 3, 2024.

3. The Moving Parties have met and conferred and agreed on the relief requested herein and jointly request that the Court permit that relief as follows.[1]

4. First, Character has agreed to waive service as part of the Moving Parties' agreement regarding the schedule for the Moving Defendants' motions to dismiss.[2]

5. Second, the Moving Parties agree that additional time is needed for the Moving Defendants to analyze and brief their motions to dismiss and for the Plaintiff to oppose those motions. Proceeding with a coordinated schedule will allow the Court to address overlapping issues at the same time, which will ensure consistency, efficiency, and coordination of case management deadlines among the Moving Parties.

6. Finally, the Moving Parties have agreed and respectfully request that the Court enter the following schedule for Moving Defendants' motions to dismiss:

- January 24: Deadline for Moving Defendants to file their motions to dismiss;
- March 7: Deadline for Plaintiff to file briefs in opposition to Moving Defendants' motions to dismiss.[3]

---

[1] The individual defendants, Noam Shazeer and Daniel De Frietas Adiwarsana, have not yet appeared in this action and were not involved in the Moving Parties' meet and confer.

[2] Character's position is that it has not been served under Fed. R. Civ. P. 4(h). Plaintiff disagrees.

[3] The Moving Defendants reserve their right to seek leave to file replies pursuant to M.D. Fla. Local Rule 3.01(d).

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1). Good cause exists here given the complexity, breadth, and novelty of Plaintiff's allegations, the upcoming holiday season, and the Moving Parties' desire to coordinate response deadlines and to enable the Court to address overlapping issues at the same time. The proposed schedule will also provide an opportunity for the individual defendants to appear and to seek coordination or such other relief as they deem appropriate. Such coordination will promote efficiency and consistency and will result in the alignment of case management deadlines.

This unopposed joint motion is submitted in good faith and not for purposes of delay. No party will be prejudiced by the relief sought herein.

WHEREFORE, the Moving Parties respectfully request that the Court enter an order granting the foregoing extensions of time, setting the foregoing briefing schedule.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on November 23, 2024, counsel for the Moving Parties conferred to resolve the issues raised in this motion and certify that the parties have agreed to seek the requested relief jointly. No other party has entered the case. If any additional party enters the case while this motion is pending, the Moving Parties will promptly confer with that party regarding this motion.

Dated: December 2, 2024              Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Zehnder* | */s/ Matthew Bergman* |
| Thomas A. Zehnder | Matthew Bergman* (Lead Counsel) |
| Florida Bar No. 0063274 | Laura Marquez-Garrett* |
| Dustin Mauser-Claassen | Glenn Draper* |
| Florida Bar No. 0119289 | SOCIAL MEDIA VICTIMS LAW CENTER, PLLC |
| KING, BLACKWELL, ZEHNDER | 600 1st Avenue |
| & WERMUTH, P.A. | Suite 102-PMB 2383 |
| 25 East Pine Street | Seattle, WA 98104 |
| Orlando, FL 32801 | Telephone: (206) 741-4862 |
| (407) 422-2472 | matt@socialmediavictims.org |
| tzehnder@kbzwlaw.com | laura@socialmediavictims.org |
| dmauser@kbzwlaw.com | glenn@socialmediavictims.org |
| | |
| Jonathan H. Blavin+ (Lead Counsel) | |
| Stephanie Goldfarb Herrera+ | Meetali Jain |
| MUNGER, TOLLES & OLSON, LLP | Melodi Dincer |
| 560 Mission Street | TECH JUSTICE LAW PROJECT |
| San Francisco, CA 94105 | 611 Pennsylvania Avenue Southeast #337 |
| (415) 512-4011 | Washington, DC 20003 |
| (415) 512-4063 | meetali@techjusticelaw.org |
| Jonathan.Blavin@mto.com | melodi@techjusticelaw.org |
| Stephanie.Herrera@mto.com | |
| | *Admitted Pro Hac Vice* |
| Victoria A. Degtyareva+ | |
| MUNGER, TOLLES & OLSON, LLP | *Counsel for Plaintiff* |
| 350 S. Grand Avenue, 50th Floor | |
| Los Angeles, CA 90071 | |
| (213) 683-9505 | |
| Victoria.Degtyareva@mto.com | |

*+Motions for Pro Hac Vice forthcoming*

*Counsel for Defendant Character Technologies, Inc.*


*/s/ Jay B. Shapiro*
Jay B. Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com

Lauren Gallo White + (Lead Counsel)
WILSON SONSINI GOODRICH & ROSATI,
PROFESSIONAL CORPORATION
One Market Plaza, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Fred A. Rowley, Jr. +
Matthew K. Donohue +
WILSON SONSINI GOODRICH & ROSATI,
PROFESSIONAL CORPORATION
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

*+Motions for Pro Hac Vice forthcoming*

*Counsel for Defendant Google LLC and Alphabet Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Jay B. Shapiro*
JAY B. SHAPIRO