UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-EJK |

**JONATHAN H. BLAVIN'S UNOPPOSED
MOTION FOR SPECIAL ADMISSION *PRO HAC VICE* ON
BEHALF OF DEFENDANT CHARACTER TECHNOLOGIES, INC.**

Pursuant to Local Rule 2.01(c), Jonathan H. Blavin respectfully requests that the Court enter an order granting his special admission to appear pro hac vice as counsel on behalf of Defendant Character Technologies, Inc. Plaintiff Megan Garcia and Defendants Google LLC and Alphabet Inc., do not oppose the relief sought in this motion.[1] In support of this request, Jonathan H. Blavin states:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP; 560 Mission Street, 27th Floor, San Francisco, California 94105-2907; telephone: (415) 512-4000; fax: (415) 512-4077; and email: jonathan.blavin@mto.com. My law firm

---

[1] Defendants Noam Shazeer and Daniel De Frietas Adiwarsana have not appeared in this action.

and I have been engaged along with local counsel, King, Blackwell, Zehnder & Wermuth, P.A., to represent Defendant Character Technologies, Inc. in this action.

2. I am an active member in good standing of a United States district court, specifically the district courts of the Northern District of California, Central District of California, Eastern District of California, and Southern District of California. I am also an active member in good standing of the State Bar of California (Bar No. 230269). I have never been the subject of any professional disciplinary proceeding.

3. I am currently devoting significant amounts of time to this action and will continue to participate in all aspects of this case.

4. In addition, I am familiar with and will be governed by the federal rules, the Local Rules of the Middle District of Florida, and I am also familiar with and will be governed by Florida's Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of the members of The Florida Bar. I am also familiar with and will be governed by 28 U.S.C. § 1927.

5. I am not a resident of the State of Florida nor a member in good standing of The Florida Bar and I have not abused the privilege of special admission by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

6. I have not appeared in a Florida state or federal court over the last thirty-six months.

7. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

8. I certify that I will comply with the fee and email registration requirements of Local Rule 2.01(c)(5).

9. I will complete the ECF registration form online on the Court's website promptly upon entry of an order granting this motion.

**WHEREFORE**, Jonathan H. Blavin respectfully requests that the Court enter an order granting his special admission to appear *pro hac vice* on behalf of Defendant Character Technologies, Inc.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that on December 2 and 3, 2024, counsel for Defendant Character Technologies, Inc. conferred with counsel for Plaintiff and counsel for Defendants Google LLC and Alphabet Inc., by email in a good-faith effort to resolve the issues raised herein. I am authorized to represent that they do not oppose the motion.

/s/ Jonathan H. Blavin
Jonathan H. Blavin+ (Lead Counsel)
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105
jonathan.blavin@mto.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
(407) 422-2472
tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

Jonathan H. Blavin+ (Lead Counsel)
Stephanie Goldfarb Herrera+
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105
(415) 512-4011
(415) 512-4063
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com

Victoria A. Degtyareva+
MUNGER, TOLLES & OLSON, LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9505
Victoria.Degtyareva@mto.com

+*Motions for Pro Hac Vice pending*