UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,

    Plaintiff,

v.

CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,

    Defendants.

Case No.: 6:24-cv-01903-ACC-EJK

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

None

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

| | |
|---|---|
| /s/ Dustin Mauser-Claassen | Jonathan H. Blavin+ (Lead Counsel) |
| Thomas A. Zehnder | Stephanie Goldfarb Herrera+ |
| Florida Bar No. 0063274 | MUNGER, TOLLES & OLSON, LLP |
| Dustin Mauser-Claassen | 560 Mission Street |
| Florida Bar No. 0119289 | San Francisco, CA 94105 |
| KING, BLACKWELL, ZEHNDER | (415) 512-4011 |
|  & WERMUTH, P.A. | (415) 512-4063 |

| | |
|---|---|
| 25 East Pine Street<br>Orlando, FL 32801<br>(407) 422-2472<br>tzehnder@kbzwlaw.com<br>dmauser@kbzwlaw.com | Jonathan.Blavin@mto.com<br>Stephanie.Herrera@mto.com<br><br>Victoria A. Degtyareva+<br>MUNGER, TOLLES & OLSON, LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9505<br>Victoria.Degtyareva@mto.com<br><br>+*Motions for Pro Hac Vice pending* |

*Counsel for Defendant, Character Technologies, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Dustin Mauser-Claassen
Dustin Mauser-Claassen
Florida Bar No. 0119289

2