**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN GARCIA,**

      **Plaintiff,**

v.                                             Case No: 6:24-cv-1903-ACC-EJK

**CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA, GOOGLE LLC, and ALPHABET INC.,**

      **Defendants.**

**ORDER**

This cause comes before the Court without oral argument on Defendant Character Technologies, Inc.'s Unopposed Motions for Special Admission of Jonathan H. Blavin, Stephanie G. Herrera, and Victoria Degtyareva (the "Motions"), filed December 4, 2024. (Docs. 30, 31, 32.) Upon consideration, the Motions are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

    **DONE** and **ORDERED** in Orlando, Florida on December 5, 2024.

*[signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE