UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

**DEFENDANTS GOOGLE LLC AND ALPHABET, INC.'S UNOPPOSED MOTION FOR SPECIAL ADMISSION OF NON-RESIDENT LAWYER FRED ROWLEY, JR., ESQ.**

Defendants Google LLC and Alphabet, Inc. (the "Google Defendants"), through undersigned counsel, hereby move for the special admission of Fred Rowley, Jr., Esq. of the law firm Wilson Sonsini Goodrich & Rosati to appear and practice in this Court in the above-entitled action as co-counsel for the Google Defendants, and state as follows:

Mr. Rowley is not a member in good standing of The Florida Bar. He is a member in good standing of the State Bar of California (State Bar No.

1

192298). He is also a member in good standing and admitted to practice in the United States District Court for the Eastern District Court of California and for the Northern District Court of California.

Mr. Rowley has not abused the privilege of special admission by maintaining a regular law practice in Florida, and has not appeared in the last thirty-six months in any state or federal court in Florida.

Mr. Rowley will comply with the federal rules and this Court's local rules. Mr. Rowley is also familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

Mr. Rowley has paid the fee for special admission or will pay the fee upon special admission, and he will register with the Court's CM/ECF system.

Mr. Rowley affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

By: <i>/s/ Fred Rowley, Jr.</i>

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with counsel of record and represent that that no party who has made an appearance in this matter objects to the granting of this motion.

> STEARNS WEAVER MILLER
> WEISSLER ALHADEFF &
> SITTERSON, P.A.
> 150 West Flagler Street, Suite 2200
> Miami, Florida 33130
> Telephone: (305) 789-3229
> Facsimile: (305) 789-2664
>
> By: */s/ Jay B. Shapiro*
>    Jay B. Shapiro, Esq.
>    jshapiro@stearnsweaver.com
>    Florida Bar No. 776361
>
> WILSON SONSINI GOODRICH
> & ROSATI, Professional Corporation
> 953 East 3rd Street, Suite 100
> Los Angeles, CA 90013
> Telephone: (323) 210-2900
> Facsimile: (323) 210-7329
>
> By: */s/ Fred Rowley, Jr.*
>    Fred Rowley, Jr.
>    fred.rowley@wsgr.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Jay B. Shapiro*
JAY B. SHAPIRO
