UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and  ALPHABET INC.,<br><br>    Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

## DEFENDANTS GOOGLE LLC AND ALPHABET, INC.'s UNOPPOSED MOTION FOR SPECIAL ADMISSION OF NON-RESIDENT LAWYER LAUREN GALLO WHITE, ESQ.

Defendants Google LLC and Alphabet, Inc. (the "Google Defendants"), through undersigned counsel, hereby move for the special admission of Lauren Gallo White, Esq. of the law firm Wilson Sonsini Goodrich & Rosati, to appear and practice in this Court in the above-entitled action as co-counsel for the Google Defendants, and state as follows:

Ms. Gallo White is not a member of The Florida Bar. She is a member in good standing of the State Bar of California (State Bar No. 309075). She is also a member in good standing and admitted to practice in the following

1

courts: The United States Supreme Court; United States Court of Appeals for the District of Columbia Circuit; United States Court of Appeals for the Federal Circuit; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Fifth Circuit; United States Court of Appeals for the Second Circuit; United States District Court, Eastern District of New York; United States District Court, Southern District of New York; United States District Court, Central District of California; and the United States District Court, Northern District of California.

Ms. Gallo White has not abused the privilege of special admission by maintaining a regular law practice in Florida. She has initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *Perez-Poveda v. Google, LLC et al*
> Case No. 3:24-cv-00900-TJC-LLL
> United States District Court for the Middle District of Florida
>
> *NetChoice LLC et al v. Moody et al*
> Case No. 4:21-cv-00220-RH-MAF
> United States District Court for the Northern District of Florida

Ms. Gallo White will comply with the federal rules and this Court's local rules. Ms. Gallo White is also familiar with 28 U.S.C. § 1927, which provides:

>Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

Ms. Gallo White has paid the fee for special admission or will pay the fee upon special admission, and she will register with the Court's CM/ECF system.

Ms. Gallo White affirms the oath, which states:

>I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

By: <u>/s/ Lauren Gallo White</u>

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with counsel of record and represent that no party who has made an appearance in this matter objects to the granting of this motion.

          STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-2664

By: */s/ Jay B. Shapiro*
   Jay B. Shapiro, Esq.
   jshapiro@stearnsweaver.com
   Florida Bar No. 776361


WILSON SONSINI GOODRICH
& ROSATI, Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329

By: */s/ Lauren Gallo White*
   Lauren Gallo White, Esq.
   lwhite@wsgr.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

/s/ *Jay B. Shapiro*
JAY B. SHAPIRO