UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA, GOOGLE LLC and ALPHABET INC.,<br><br>　　Defendants. | Case No. 6:24-cv-1903-ACC-EJK |

**CHARACTER TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Defendant Character Technologies, Inc. provides the following disclosure statement.

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

　　☐　No.

　　☒　Yes, and

　　　　☐　These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

　　　　☒　The filer has no parent corporation.

　　　　☒　No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Character Technologies, Inc. is a Delaware corporation with its principal place of business in Menlo Park, California.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

        ☐    No.

        ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

- Megan Garcia
- Estate of S.R.S. III
- Noam Shazeer
- Daniel De Frietas Adiwarsana
- Google LLC
- Alphabet Inc.
- Matthew Bergman; Laura Marquez-Garrett; Glenn Draper; Social Media Victims Law Center, PLLC (Counsel for Plaintiff)
- Meetali Jain; Melodi Dincer; Tech Justice Law Project (Counsel for Plaintiff)
- Thomas A. Zehnder; Dustin Mauser-Claassen; King, Blackwell, Zehnder & Wermuth, P.A. (Counsel for Defendant Character Technologies, Inc.)
- Jonathan H. Blavin; Stephanie G. Herrera; Victoria Degtyareva; Munger Tolles & Olson LLP (Counsel for Defendant Character Technologies, Inc.)
- Jay B. Shapiro; Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (Counsel for Defendants Google LLC and Alphabet Inc.)
- Lauren Gallo White; Fred A. Rowley, Jr.; Matthew K. Donohue; Wilson Sonsini Goodrich & Rosati, P.C. (Counsel for Defendants Google LLC and Alphabet Inc.)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒  No.

    ☐  Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒     No.

☐     Yes, and the debtor is [].

☐     Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒     No.

☐     Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒     No.

☐     Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒     Yes.

Respectfully submitted this 11th day of December, 2024.

| | |
|---|---|
| /s/ Thomas A. Zehnder<br>Thomas A. Zehnder<br>Florida Bar No. 0063274<br>Dustin Mauser-Claassen<br>Florida Bar No. 0119289<br>KING, BLACKWELL, ZEHNDER<br> & WERMUTH, P.A.<br>25 East Pine Street<br>Orlando, FL 32801<br>(407) 422-2472 | Jonathan H. Blavin* (Lead Counsel)<br>Stephanie Goldfarb Herrera*<br>MUNGER, TOLLES & OLSON, LLP<br>560 Mission Street<br>San Francisco, CA 94105<br>(415) 512-4011<br>(415) 512-4063<br>Jonathan.Blavin@mto.com<br>Stephanie.Herrera@mto.com |

tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

Victoria A. Degtyareva*
MUNGER, TOLLES & OLSON, LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9505
Victoria.Degtyareva@mto.com

*Admitted Pro Hac Vice

Counsel for Defendant, Character Technologies, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274

6