**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MEGAN GARCIA,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　Case No: 6:24-cv-1903-ACC-EJK

**CHARACTER TECHNOLOGIES,
INC., NOAM SHAZEER, DANIEL
DE FRIETAS ADIWARSANA,
GOOGLE LLC, and ALPHABET
INC.,**

      **Defendants.**

## ORDER

This cause comes before the Court without oral argument on Defendants Google LLC and Alphabet, Inc.'s Unopposed Motions for Special Admission of Non-Resident Lawyers Fred Rowley, Jr., Lauren Gallo White, and Matthew K. Donahue (the "Motions"), filed December 10, 2024. (Docs. 37, 38, 39.) Upon consideration, the Motions are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE