UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that Lauren Gallo White is hereby designated as lead counsel for Defendants Google LLC and Alphabet, Inc. in this proceeding.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-2664

By: */s/ Jay B. Shapiro*
Jay B. Shapiro, Esq.
jshapiro@stearnsweaver.com
Florida Bar No. 776361

1

Lauren Gallo White (Admitted *pro hac vice*)
WILSON SONSINI GOODRICH
 & ROSATI, Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329

By: */s/ Lauren Gallo White*
    Lauren Gallo White, Esq.
    lwhite@wsgr.com

Matthew K. Donohue (Admitted *pro hac vice*)
Fred Rowley, Jr. (Admitted *pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329
Email:  mdonohue@wsgr.com
Email:  fred.rowley@wsgr.com

## CERTIFICATE OF SERVICE

I certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Jay B. Shapiro*
JAY B. SHAPIRO
