UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET, INC.,<br><br>    Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

<u>GOOGLE LLC's DISCLOSURE STATEMENT
UNDER RULE 7.1 FEDERAL RULES OF CIVIL PROCEDURE, AND
LOCAL RULE 3.03</u>

Defendant Google LLC provides the following disclosure statement:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    [ ]   No.

    [ X ]   Yes, and

    > [ X ]   These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

1

    [ ]    The filer has no parent corporation.

    [ ]    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    [ ]  No.

    [X]  Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        [ ]  No.

        [X]  Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

        Google LLC is a Delaware limited liability company with a principal place of business located in Mountain View, California. Google LLC is wholly-owned by XXVI Holdings, Inc., which is incorporated in Delaware with a principal place of business in Mountain View, California. Google LLC is therefore a citizen of Delaware and California for diversity purposes under 28 U.S.C. § 1332(a).

    b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        [X]  No.

        [ ]  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c. Is the filer an insurer?

        [X]  No.

    [ ]   Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

  d.   Is the filer a legal representative?

    [X]   No.

    [ ]   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

  e.   Has the filer identified any corporation?

    [ ]   No.

    [X]   Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f.   Has the filer identified any natural person?

    [X]   No.

    [ ]   Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.   Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  [ ]   No.

  [X]   Yes. These additional persons and entities have or might have an interest in the outcome of the action:

- Megan Garcia
- Estate of S.R.S. III
- Noam Shazeer
- Daniel De Freitas Adiwarsana
- Google LLC

- Alphabet Inc.
- Matthew Bergman; Laura Marquez-Garrett; Glenn Draper; Social Media Victims Law Center, PLLC (Counsel for Plaintiff)
- Meetali Jain; Melodi Dincer; Tech Justice Law Project (Counsel for Plaintiff)
- Thomas A. Zehnder; Dustin Mauser-Claassen; King, Blackwell, Zehnder & Wermuth, P.A. (Counsel for Defendant Character Technologies, Inc.)
- Jonathan H. Blavin; Stephanie G. Herrera; Victoria Degtyareva; Munger Tolles & Olson LLP (Counsel for Defendant Character Technologies, Inc.)
- Jay B. Shapiro; Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (Counsel for Defendants Google LLC and Alphabet Inc.)
- Lauren Gallo White; Fred A. Rowley, Jr.; Matthew K. Donohue; Wilson Sonsini Goodrich & Rosati, P.C. (Counsel for Defendants Google LLC and Alphabet Inc.)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   [ X ]   No.

   [  ]   Yes, and this is the entity:  []

5. Is this a bankruptcy action?

   [ X ]   No.

   [  ]   Yes, and the debtor is [].

   [  ]   Yes, and the members of the creditors' committee are [].

6.     Is this a criminal case?

    [ X ]  No.

    [ ]  Yes, and these persons are arguably eligible for restitution: [].

7.     Is there an additional entity likely to actively participate in this action?

    [ X ]  No.

    [ ]  Yes, and this is the entity: [].

8.     Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    [ X ]  Yes.

Respectfully submitted this 16th day of December, 2024.

                      STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
                      150 West Flagler Street, Suite 2200
                      Miami, Florida 33130
                      Telephone: (305) 789-3229
                      Facsimile: (305) 789-2664

                      By: */s/ Jay B. Shapiro*
                          Jay B. Shapiro, Esq.
                          jshapiro@stearnsweaver.com
                          Florida Bar No. 776361

                          Lauren Gallo White (Admitted *pro hac vice*)
                          WILSON SONSINI GOODRICH
                           & ROSATI, Professional Corporation
                          One Market Plaza, Spear Tower
                          Suite 3300
                          San Francisco, CA 94105-1126
                          Telephone: (415) 947-2000
                          Facsimile: (866) 974-7329

By: */s/ Lauren Gallo White*
Lauren Gallo White, Esq.
lwhite@wsgr.com

Matthew K. Donohue (Admitted *pro hac vice*)
Fred Rowley, Jr. (Admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (323) 210-7329
Email: mdonohue@wsgr.com
Email: fred.rowley@wsgr.com

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

*/s/ Jay B. Shapiro*
JAY B. SHAPIRO