# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>　　　　Defendants. | Case No. 6:24-cv-01903-ACC-UAM<br><br>**UNOPPOSED JOINT MOTION TO FOR EXTENSION OF TIME FOR DEFENDANT NOAM SHAZEER TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS** |

Plaintiff and Defendant Noam Shazeer (the "Moving Parties"), pursuant to Federal Rule of Civil Procedure 6(b)(1), jointly move for an extension of the Mr. Shazeer's time to respond to the First Amended Complaint (Dkt. 11) and a briefing schedule for his motion to dismiss. The Moving Parties declare in support of this request:

WHEREAS, on December 4, 2024, this Court granted Plaintiff and Defendants Character Technologies, Inc., Google LLC, and Alphabet Inc. (the "Corporate Defendants") Joint Motion for Extension of Time and set the deadline for the Corporate Defendants to file their motions to dismiss on January 24, 2025, and the deadline for Plaintiff to file briefs in opposition on March 7, 2025. *See* Dkt. 34.

WHEREAS counsel for Mr. Shazeer was not involved in the meet and confer between Plaintiff and the Corporate Defendants;

WHEREAS, in the interest of judicial efficiency and consistency, proceeding with a coordinated schedule will allow the Court to address overlapping issues at the same time and facilitate the coordination of case management deadlines;

WHEREAS the Moving Parties have agreed and respectfully request that the Court enter the following schedule for Mr. Shazeer's motion to dismiss:

- Defendant Mr. Shazeer's Motion to Dismiss shall be due on January 24, 2025;

- Plaintiff's Opposition shall be filed no later than March 7, 2025.[1]

---

[1] Mr. Shazeer reserves his right to seek leave to file a reply pursuant to M.D. Fla. Local Rule 3.01(d).

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1). Good cause exists here given the complexity, breadth, and novelty of Plaintiff's allegations, the intervening holiday season, and the Moving Parties' desire to coordinate response and briefing deadlines with the Corporate Defendants. Such coordination will promote efficiency and consistency and will result in the alignment of case management deadlines.

This unopposed joint motion is submitted in good faith and not for purposes of delay. No party will be prejudiced by the relief sought herein.

WHEREFORE, the Moving Parties respectfully request that the Court enter an order granting the foregoing extensions of time, setting the foregoing briefing schedule.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on December 16, 2024, counsel for the Moving Parties conferred to resolve the issues raised in this motion and certify that the parties have agreed to seek the requested relief jointly.

DATED: January 07, 2025

 /s/ *Isaac D. Chaput*
Paul W. Schmidt[+] (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
Telephone: + 1 (212) 841-1171
Email:  pschmidt@cov.com

Isaac D. Chaput[+]
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7020
Email:  ichaput@cov.com

+*Motions for Pro Hac Vice admission pending*

*Attorneys for Defendant Noam Shazeer*

Respectfully submitted,

 /s/ *Matthew Bergman*
Matthew Bergman* (Lead Counsel)
Laura Marquez-Garrett*
Glenn Draper*
SOCIAL MEDIA VICTIMS LAW CENTER, PLLC
600 1st Avenue
Suite 102-PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862
matt@socialmediavictims.org
laura@socialmediavictims.org
glenn@socialmediavictims.org

Meetali Jain
Melodi Dincer
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue Southeast #337
Washington, DC 20003
meetali@techjusticelaw.org
melodi@techjusticelaw.org

**Admitted Pro Hac Vice*

*Counsel for Plaintiff*

4

## **CERTIFICATE OF SERVICE**

I certify that on January 07, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

                                             _/s/ Matthew Bergman_
                                             Matthew Bergman