UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-UAM |

**CHARACTER TECHNOLOGIES, INC.'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (Doc. 59)**

Defendant Character Technologies, Inc. ("C.AI"), pursuant to M.D. Fla. Local Rule 3.01(h), respectfully requests oral argument on C.AI's Motion to Dismiss Plaintiff's First Amended Complaint, Doc. 59. C.AI estimates that one hour of hearing time will be sufficient.

Respectfully submitted this 24th day of January, 2025.

| | |
|---|---|
| Thomas A. Zehnder<br>Florida Bar No. 0063274<br>Dustin Mauser-Claassen<br>Florida Bar No. 0119289<br>KING, BLACKWELL, ZEHNDER<br> & WERMUTH, P.A.<br>25 East Pine Street<br>Orlando, FL 32801<br>(407) 422-2472 | /s/ Jonathan H. Blavin<br>Jonathan H. Blavin* (Lead Counsel)<br>Victoria A. Degtyareva*<br>Stephanie Goldfarb Herrera*<br>MUNGER, TOLLES & OLSON, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>(415) 512-4000<br>Jonathan.Blavin@mto.com |

| | |
|---|---|
| tzehnder@kbzwlaw.com<br>dmauser@kbzwlaw.com | Stephanie.Herrera@mto.com<br>Victoria.Degtyareva@mto.com<br>*Admitted Pro Hac Vice* |