UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | Case No. 6:24-cv-01903-ACC-UAM |

### DEFENDANTS GOOGLE LLC'S AND ALPHABET INC.'S REQUEST FOR ORAL ARGUMENT ON THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 61)

Defendants Google LLC and Alphabet Inc. (collectively "Google"), pursuant to M.D. Fla. Local Rule 3.01(h), respectfully request oral argument on Google's Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 61. Google estimates that twenty minutes of hearing time will be sufficient.

Dated: January 24, 2025

Respectfully submitted,

*/s/ Lauren Gallo White*
Jay B. Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130

(305) 789-3200
jshapiro@stearnsweaver.com

Lauren Gallo White (PHV) (Lead Counsel)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Fred A. Rowley, Jr. (PHV)
Matthew K. Donohue (PHV)
WILSON SONSINI GOODRICH & ROSATI
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

*Counsel for Google LLC and Alphabet Inc.*