UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>　　Defendants. | Case No.: 6:24-cv-01903-ACC-EJK<br><br>**DECLARATION OF DANIEL DE FREITAS IN SUPPORT OF DEFENDANT DANIEL DE FREITAS'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (ECF No. 11)** |

1.　My name is Daniel De Freitas. I am over the age of 21 and suffer from no disability that would preclude me from giving this declaration.

2.　I make this declaration of the following facts from direct, personal knowledge and would testify competently thereto if called as a witness.

3.　I am a resident of California. I have lived and worked in California for the last eight years, including between the years of 2020 and 2024.

4.　I do not now, nor have I ever, lived in Florida.

5.　I have travelled to Florida only once – a weeklong vacation to Disney World between December 24, 2024, and January 1, 2025.

6.　I do not own any real or personal property in the state of Florida. Nor have I ever owned real or personal property in the state of Florida.

7. I have never had a bank account or other financial account in the state of Florida.

8. I do not, and have not, served as an officer for a company that was registered in Florida or maintained its principal place of business in the state.

9. I do not routinely or systematically operate, conduct, engage, or carry on business in Florida.

10. I have never maintained a place of business or personal office in Florida.

11. I have not entered into any business arrangements in Florida or contracts to be performed in Florida.

12. I worked at Google from December 2016 to November 2021. For the last few years I was at Google, I researched and developed machine learning algorithms ("MLAs"). During that time, all of my work on MLAs and AI more broadly was conducted within the scope of my employment at Google.

13. In November 2021, I left Google and founded Character AI ("C.AI") with Noam Shazeer.

14. From November 2021 to August 2024, I served as C.AI's president. Through this period, C.AI was headquartered in California and incorporated in Delaware. While I was employed at C.AI, all of my work on MLAs and AI more generally was conducted within the scope of my employment.

15. In August 2024, I left C.AI and began working as a research scientist at Google DeepMind.

16.     In my time at Google and C.AI, I never directed or participated in any activities targeted at Florida.

17.     I have never traveled to Florida for a business-related purpose.

I, Daniel De Freitas, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2025

/s/ Daniel De Freitas<br>
Daniel De Freitas