UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-EJK<br><br>**DEFENDANT DANIEL DE FREITAS'S REQUEST FOR ORAL ARGUMENT ON HIS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

Defendant Daniel De Freitas, pursuant to M.D. Fla. Local Rule 3.01(h). respectfully requests oral argument on Mr. De Freitas's Motion to Dismiss Plaintiff's Amended Complaint.  Mr. De Freitas estimates that twenty minutes of hearing time will be sufficient.

Respectfully submitted this 24th day of January, 2025.

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/  *Olivia Barket Yeffet*
Olivia Barket Yeffet
Florida Bar No. 1026382
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Tel.: (305) 496-2988
Fax: (305) 901-2975
oliviayeffet@quinnemanuel.com

1

Andrew H. Schapiro (admitted *pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
andrewschapiro@quinnemanuel.com

Secondary:
michaelalvarez@quinnemanuel.com

*Attorney for Defendant Daniel De Freitas*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF, causing a copy to be served to all attorneys of record.

            /s/  *Olivia Barket Yeffet*
            Olivia Barket Yeffet
            Florida Bar No. 102638