# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>    Defendants. | Civil Case No. 6:24-cv-01903-ACC-EJK<br><br>**DEFENDANT NOAM SHAZEER'S REQUEST FOR ORAL ARGUMENT IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Middle District of Florida Local Rule 3.01(h), Defendant Noam Shazeer respectfully requests oral argument on his Motion to Dismiss the claims asserted against him in Plaintiff's First Amended Complaint. Mr. Shazeer estimates that twenty minutes of hearing time will be sufficient.

Respectfully submitted this 24th day of January, 2025.

Paul W. Schmidt* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
Telephone: + 1 (212) 841-1171
Email: pschmidt@cov.com
**Admitted Pro Hac Vice*

/s/ *Isaac D. Chaput*
Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7020
Email: ichaput@cov.com