UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-UAM |

## JOINT NOTICE REGARDING SELECTION OF MEDIATOR

Pursuant to Section 2 of the Parties' jointly filed Uniform Case Management Report, Doc. 52 at 2, the Parties have selected Kevin W. Shaughnessy as a mediator in the above-captioned matter.

Respectfully submitted this 27th day of January, 2025.

/s/ Matthew P. Bergman
Matthew P. Bergman* (Lead Counsel)
Laura Marquez-Garrett*
Glenn Draper*
Tech Justice Law Project
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
 (206) 741-4862
matt@socialmediavictims.org
laura@socialmediavictims.org
glenn@socialmediavictims.org
*Admitted Pro Hac Vice

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
(407) 422-2472
tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

*Counsel for Plaintiff*

/s/ Isaac D. Chaput
Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-7020
ichaput@cov.com

Paul W. Schmidt* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
(212) 841-1171
pschmidt@cov.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Noam Shazeer*

/s/ Matthew K. Donahue
Matthew K. Donahue*
Fred Rowley, Jr.*
Wilson Sonsini Goodrich & Rosati, P.C.
953 E. 3rd Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mdonohue@wsgr.com
fred.rowley@wsgr.com

Lauren Gallo White* (Lead Counsel)
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

*Counsel for Defendant*
*Character Technologies, Inc.*

/s/ Jonathan H. Blavin
Jonathan H. Blavin* (Lead Counsel)
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105
(415) 512-4011
(415) 512-4063
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com

Victoria A. Degtyareva*
MUNGER, TOLLES & OLSON, LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9505
Victoria.Degtyareva@mto.com
*Admitted Pro Hac Vice*

*Counsel for Defendant*
*Character Technologies, Inc.*

/s/ Andrew H. Schapiro
Andrew H. Schapiro*
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com
*Admitted Pro Hac Vice*

*Counsel for Defendant*
*Daniel De Freitas Adiwarsana*

Jay B. Shapiro
Florida Bar No. 776361
Stearns Weaver Miller Weissler Alhadeff
& Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3229
jshapiro@stearnsweaver.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*
*Google, LLC and Alphabet, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274