# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>    Defendants. | Civil Case No. 6:24-cv-01903-ACC-EJK<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF DEFENDANT NOAM SHAZEER'S MOTION TO DISMISS.** |

Defendant Noam Shazeer moves unopposed for leave to file an affidavit in support of his Motion to Dismiss (Dkt. 65). Mr. Shazeer declares in support of this request:

WHEREAS, on January 24th, 2025, counsel for Mr. Shazeer filed the Motion to Dismiss (Dkt. 65) the claims asserted against Mr. Shazeer in the Amended Complaint;

WHEREAS, due to a logistical problem Mr. Shazeer was unavailable to sign the affidavit in support of the Motion to Dismiss;

WHEREFORE, Mr. Shazeer respectfully requests that the Court enter an order granting the motion for leave, and permit Mr. Shazeer to file his affidavit.

**Local Rule 3.01(g) Certification**

On January 28th, 2025, counsel for Noam Shazeer conferred with counsel for Plaintiff and certifies that Plaintiff does not oppose the relief requested.

Respectfully submitted this 28th day of January, 2025.

| | |
|---|---|
| Isaac D. Chaput* | /s/ *Paul W. Schmidt* |
| COVINGTON & BURLING LLP | Paul W. Schmidt* (Lead Counsel) |
| Salesforce Tower | COVINGTON & BURLING LLP |
| 415 Mission Street, Suite 5400 | New York Times Building |
| San Francisco, California 94105-2533 | 620 Eighth Avenue, |
| Telephone: + 1 (415) 591-7020 | New York, New York 10018-1405 |
| Email: ichaput@cov.com | Telephone: + 1 (212) 841-1171 |
| | Email: pschmidt@cov.com |
| | *Admitted Pro Hac Vice* |