UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Civil No. 6:24-cv-01903-ACC<br><br>***CORRECTED*** UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

## CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff hereby moves for an extension of time to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt Nos. 59, 61, 63, and 65) and a briefing schedule as follows:

1. Defendants Character Technologies, Inc., Google, LLC, Daniel DeFrietas and Noam Shazeer have each filed a Motion to Dismiss Plaintiff's First Amended Complaint on January 24, 2025.

2. Plaintiff's response to Defendants' Motions to Dismiss is currently due on March 7, 2025.

3. Plaintiff has communicated with Defendants requesting additional time to respond to Defendants' Motion to Dismiss on February 17, 2025 due to undersigned counsel's work-related international travel commitments, family wedding and workload in other pending matters.

1

4.    Defendants have graciously agreed to extend Plaintiff a two-week extension to respond to Defendants' Motion to Dismiss, to March 21, 2025.

Plaintiff respectfully requests that the Court enter an Order Granting Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and said response shall be filed by March 21, 2025.

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1). Good cause exists here given the complexity, breadth, and novelty of Defendants' Four Motions to Dismiss, and counsel's conflict in schedule.

This unopposed motion is submitted in good faith and not for purposes of delay. No party will be prejudiced by the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting the foregoing extensions of time, setting the foregoing briefing schedule.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on February 17, 2025, Plaintiff conferred to resolve the issues raised in this motion and certify that Defendants do not oppose this motion.

DATED: February 19, 2025.

SOCIAL MEDIA VICTIMS LAW CENTER

By: */s/ Matthew P. Bergman*
        Matthew P. Bergman

Matthew Bergman
matt@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862