UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-UAM |

## JOINT NOTICE REGARDING SELECTION OF MEDIATOR AND MEDIATION DATE

Pursuant to this Court's Amended Case Management and Scheduling Order, Doc. 77 at 2, and Referral to Mediation, Doc. 73, the Parties have scheduled a mediation for May 29, 2026, with Kevin W. Shaughnessy as a mediator in the above-captioned matter.

Respectfully submitted this 26th day of February, 2025.

| | |
|---|---|
| /s/ Matthew P. Bergman | /s/ Thomas A. Zehnder |
| Matthew P. Bergman* (Lead Counsel) | Thomas A. Zehnder |
| Laura Marquez-Garrett* | Florida Bar No. 0063274 |
| Glenn Draper* | Dustin Mauser-Claassen |
| Tech Justice Law Project | Florida Bar No. 0119289 |
| 600 1st Avenue, Suite 102-PMB 2383 | KING, BLACKWELL, ZEHNDER |
| Seattle, WA 98104 | & WERMUTH, P.A. |
| (206) 741-4862 | 25 East Pine Street |
| matt@socialmediavictims.org | Orlando, FL 32801 |
| laura@socialmediavictims.org | (407) 422-2472 |

glenn@socialmediavictims.org
*Admitted Pro Hac Vice

*Counsel for Plaintiff*

/s/ Isaac D. Chaput
Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-7020
ichaput@cov.com

Paul W. Schmidt* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
(212) 841-1171
pschmidt@cov.com
*Admitted Pro Hac Vice

*Attorneys for Defendant*
*Noam Shazeer*

/s/ Matthew K. Donahue
Matthew K. Donahue*
Fred Rowley, Jr.*
Wilson Sonsini Goodrich & Rosati, P.C.
953 E. 3rd Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mdonohue@wsgr.com
fred.rowley@wsgr.com

Lauren Gallo White* (Lead Counsel)
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105
(415) 947-2000

tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

*Counsel for Defendant*
*Character Technologies, Inc.*

/s/ Jonathan H. Blavin
Jonathan H. Blavin* (Lead Counsel)
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street
San Francisco, CA 94105
(415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com

Victoria A. Degtyareva*
MUNGER, TOLLES & OLSON, LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Victoria.Degtyareva@mto.com
*Admitted Pro Hac Vice

*Counsel for Defendant*
*Character Technologies, Inc.*

/s/ Andrew H. Schapiro
Andrew H. Schapiro*
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com
*Admitted Pro Hac Vice

*Counsel for Defendant*
*Daniel De Freitas Adiwarsana*

2

lwhite@wsgr.com

Jay B. Shapiro
Florida Bar No. 776361
Stearns Weaver Miller Weissler Alhadeff
& Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3229
jshapiro@stearnsweaver.com
*Admitted Pro Hac Vice*

*Counsel for Defendants*
*Google, LLC and Alphabet, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274