## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Civil No. 6:24-cv-01903-ACC-EJK<br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE A SINGLE 25-PAGE BREIF IN RESPONSE TO MOTIONS TO DISMISS** |

Plaintiff MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III, moves unopposed for leave to file a single 25-page brief in response to Defendants Daniel De Freitas Adiwarsana's and Noam Shazeer's Motions to Dismiss (Dkt. No. 63 and Dkt. No. 65.)

WHEREAS, the response to the pending motions to dismiss is currently due on March 21, 2025;

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting the motion for leave, and permit Plaintiff to file a single 25-page brief in response to Defendants Daniel De Freitas Adiwarsana's and Noam Shazeer's Motions to Dismiss.

### Local Rule 3.01(g) Certification

On March 17, 2025, counsel for Plaintiff conferred with counsel for all Defendants and certifies that Defendants do not oppose the relief requested.

Respectfully submitted this 18th day of March, 2025.

SOCIAL MEDIA VICTIMS LAW CENTER

By:  /s/ Matthew P. Bergman
　　　　Matthew P. Bergman

Matthew Bergman
matt@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862