UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No.: 6:24-cv-01903-ACC-EJK<br><br>**DEFENDANTS NOAM SHAZEER AND DANIEL DE FREITAS'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS** |

Pursuant to Local Rule 3.01(d), Defendants Noam Shazeer and Daniel De Freitas (the "Individual Defendants") respectfully seek leave to file a joint reply of no more than ten pages to Plaintiff's Consolidated Response in Opposition to Daniel De Freitas's and Noam Shazeer's Motions To Dismiss (the "Motions"). (Dkt. 84.)

**INCORPORATED MEMORANDUM OF LAW**

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response. . . ." *Shaw v. United States*, 2012 WL 10759327, at *1 (M.D. Fla. Mar. 7, 2012). Accordingly, a reply is appropriate where the party opposing a motion has cited case law that should not be applied to the present set of facts, *see, e.g.*, *Ottaviano v. Nautilus Ins. Co.*, 2009 WL 425976 (M.D. Fla. Feb. 19, 2009), or if a reply would assist the court in resolving the motion, *In re Fiddler's Creek, LLC*, 2015 WL 4470093, at *2 (M.D. Fla. July 21, 2015) (granting leave to file a reply when it would

"benefit the court's resolution of the pending motion").

Plaintiff's Opposition raises the alter-ego theory for the first time—both as a basis for jurisdiction and liability. The jurisdictional allegations in Plaintiff's First Amended Complaint ("FAC") lack any mention of the alter-ego theory. FAC ¶¶ 26–31. Nor is it mentioned anywhere in the FAC's hundreds of paragraphs as a basis for the Individual Defendants' personal liability. *See, e.g.*, *id.* ¶¶ 50–97 (discussing the creation of Character AI ("C.AI")). With no mention of the alter-ego theory in the FAC, Mr. De Freitas and Mr. Shazeer lacked notice to respond to this argument in their Motions.

As it stands, Plaintiff's Opposition is the *only* substantive filing discussing the alter-ego theory. Absent leave to file a reply, the Individual Defendants would face unfair prejudice from their inability to respond to an argument that they had no way of knowing Plaintiff would make. This Court would also face the unenviable prospect of considering a newly raised legal theory without the benefit of an opposing perspective.

Accordingly, the Individual Defendants respectfully request leave to jointly file a 10-page reply brief. A 10-page brief (inclusive of all parts) would give the Individual Defendants the opportunity to address (1) whether Plaintiff has waived the alter-ego argument, (2) whether the alter-ego theory allows this Court to exercise personal jurisdiction over the Individual Defendants, (3) whether the alter-ego theory could serve as a basis for the Individual Defendants' personal liability, and (4) whether the alter-ego cases cited by Plaintiff are applicable to the present set of facts. Briefing on

these issues would assist this Court in resolving the underlying Motions.

The Individual Defendants further request that this Court set a filing deadline for April 4, 2025.

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that, on March 27, 2025, counsel for movants Daniel De Freitas and Noam Shazeer conferred with counsel for Plaintiff by phone in a good-faith effort to resolve the motion and Plaintiff opposes the relief requested.

Respectfully submitted this 27th day of March, 2025.

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/   *Olivia Barket Yeffet*
Olivia Barket Yeffet
Florida Bar No. 1026382
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Tel.: (305) 496-2988
Fax: (305) 901-2975
oliviayeffet@quinnemanuel.com

Andrew H. Schapiro (admitted *pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 7057401
andrewschapiro@quinnemanuel.com

Secondary:
michaelalvarez@quinnemanuel.com

*Attorney for Defendant Daniel De Freitas*

***COVINGTON & BURLING LLP***

Paul W. Schmidt* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
Telephone: + 1 (212) 841-1171
Email:  pschmidt@cov.com

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7020
Email:  ichaput@cov.com

*Counsel for Defendant Noam Shazeer*

\**Admitted Pro Hac Vice*