UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br>v.<br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC, ALPHABET INC.,<br><br>    Defendants. | Civil No: 6:24-cv-01903-ACC-EJK |

## UNOPPOSED MOTION OF PROPOSED *AMICI CURIAE* ENCODE AI CORPORATION, DESIGN IT FOR US, AND YOUNG PEOPLE'S ALLIANCE FOR COUNSEL TO APPEAR *PRO HAC VICE*

Heidi Mehaffey
(Fla. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law

Vivek Krishnamurthy
(*pro hac vice* pending)
University of Colorado Law School
2450 Kittredge Loop Dr | 404 UCB
Boulder, CO 80309
vivek.krishnamurthy@colorado.edu

*Counsel for Proposed Amici Curiae*

Pursuant to Local Rule 2.01(c), I, Heidi Mehaffey, Esq., a member in good standing of the bar of this Court, move this Court to admit Vivek Krishnamurthy, Esq., *pro hac vice* as co-counsel for proposed *Amici Curiae* Encode AI Corporation, Design It For Us, and Young People's Alliance. To that end, Mr. Krishnamurthy states as follows:

I am not a member of this Court's bar, a Florida resident, or a member in good standing of the Florida Bar. Instead, I am a member in good standing of a bar of a different United States district court; namely, the United States District Court for the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last 36 months, I have not appeared in a single case in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will comply with the federal rules and this Court's local rules.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## LOCAL RULE 3.01(G) CERTIFICATION

Per Local Rule 3.01(g), counsel for proposed *amici curiae* certify that they conferred with counsel for all of the Parties to this proceeding, none of whom object to the relief requested in this motion.

Respectfully submitted this 28th day of March, 2025,

/s/ Heidi Mehaffey

Heidi Mehaffey
(Fla. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law

Vivek Krishnamurthy
(*pro hac vice* pending)
University of Colorado Law School
Wolf Law Building
2450 Kittredge Loop Dr | 404 UCB
Boulder, CO 80309
vivek.krishnamurthy@colorado.edu

***Counsel for Proposed Amici Curiae Encode AI Corporation, Design It For Us, And Young People's Alliance***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Heidi Mehaffey

Heidi Mehaffey
(Fla. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law