UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA, individually and as the
Personal Representative of the Estate of
S.R.S. III,

        Plaintiff,

v.

CHARACTER TECHNOLOGIES, INC.;
NOAM SHAZEER; DANIEL DE
FRIETAS ADIWARSANA; GOOGLE
LLC, ALPHABET INC.,

        Defendants.

Civil No: 6:24-cv-01903-ACC-EJK

**UNOPPOSED MOTION OF ENCODE AI CORPORATION, DESIGN IT FOR US, AND YOUNG PEOPLE'S ALLIANCE TO SUBMIT AN *AMICUS CURIAE* BRIEF SUPPORTING PLAINTIFF AND OPPOSING DEFENDANTS' MOTIONS TO DISMISS**

Heidi Mehaffey
(Fla. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law

Vivek Krishnamurthy
(*pro hac vice* pending)
University of Colorado Law School
2450 Kittredge Loop Dr | 404 UCB
Boulder, CO 80309
vivek.krishnamurthy@colorado.edu

*Counsel for Proposed Amici Curiae*

Under Local Rule 3.01, Encode AI Corporation, Design It For Us, and Young People's Alliance ("Proposed *Amici*") move for leave to file a brief as *Amici Curiae* in support of the responses of Plaintiff Megan Garcia, individually and as the Personal Representative of the Estate of S.R.S III (ECF Nos. 84, 85, 86), and in opposition to the Defendants' Motions to Dismiss (ECF Nos. 59, 61, 63, 65). (Motion). The proposed *amicus* brief is attached as an Exhibit to this Motion. Counsel for the Proposed *Amici* have conferred with counsel for all Parties, all of whom consent to this Motion.

While neither the Federal Rules of Civil Procedure nor the Middle District's local rules address the submission of *amicus* briefs, the Eleventh Circuit has recognized that district courts have inherent authority to appoint "friends of the court" to assist them.[1] Indeed, as the Northern District of California has noted, "[d]istrict courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'"[2]

Proposed *Amici's* interest in filing the accompanying brief is in assisting the Court in this case of first impression by providing important legal and technical perspectives regarding the relationship between the outputs of generative artificial intelligence

---

[1] *In re Bayshore Ford Truck Sales, Inc.,* 471 F.3d 1233, 1249 n.34 (11th Cir. 2006).

[2] *NGV Gaming, Ltd. v. Upstream Point Molate,* LLC, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (*quoting Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)).

("GenAI") systems—particularly large language models ("LLMs")—and the First Amendment. Proposed *Amici* are organizations that represent young people in public, legislative, and judicial forums regarding the appropriate regulation of technologies incorporating GenAI. Each individual Proposed *Amicus* possesses extensive technical and legal experience regarding the design and regulation of GenAI systems. Proposed *Amici* are therefore well-situated to inform this Honorable Court on the long-term implications of its decision for young people and for American society at large.

Proposed *Amicus* **Encode AI Corporation ("Encode")** is America's leading youth voice advocating for bipartisan policies to support human-centered AI development and U.S. technological leadership. Encode has secured landmark victories in Congress, from establishing the first-ever AI safeguards in nuclear weapons systems to spearheading federal legislation against AI-enabled sexual exploitation. Working with lawmakers, industry leaders, and national security experts, Encode champions policies that maintain American dominance in artificial intelligence while safeguarding national security and individual liberties.

Proposed *Amicus* **Design It For Us** is a youth-led coalition comprised of people between the ages of 18 and 26 that advocates for safer online platforms and social media. Following its success in securing the unanimous passage of the California Age-Appropriate Design Code, Design It For Us aims to drive and achieve key policy reforms to protect kids, teens, and young adults online through the mobilization of youth activists, leaders, and voices.

Proposed *Amicus* **Young People's Alliance** is a youth-led advocacy organization working to ensure that policies affecting young people include their perspectives. With teams on Capitol Hill, in state legislatures, and across 26 campuses, Young People's Alliance has worked to advance the regulation of manipulative design practices by social media companies and the developers of AI chatbots that harm young people—including by filing a complaint with the Federal Trade Commission seeking an investigation into unfair and deceptive trade practices by an AI chatbot company.[3]

Federal district courts often grant leave to file *amicus* briefs "when the amicus has unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide."[4] Proposed *Amici* believe that they meet this standard, as their brief will assist this Honorable Court in matters relevant to the disposition of this highly technical case. Correspondingly, they respectfully seek the leave of this Court to file their proposed *amicus* brief.

### Local Rule 3.01(g) certification

Per Local Rule 3.01(g), counsel for Proposed *Amici Curiae* certify they have conferred with counsel for all Parties in a good faith effort to resolve the issues raised in this Motion. On March 14, 2025, Jordan Chen, a Student Attorney with the University of Colorado Law School's Clinical Programs, sought the consent of counsel

---

[3] Andrew R. Chow, *AI Companion App Replika Faces FTC Complaint*, TIME (Jan. 28, 2025, 7:00 AM), https://time.com/7209824/replika-ftc-complaint/.

[4] *Dibbs v. Hillsborough County,* No. 8:12-cv-2851, 2014 U.S. Dist. LEXIS 206038, *2 (M.D. Fla. Dec. 4, 2014).

for all parties to file the present Proposed *Amici Curiae* brief. Such consent was received from counsel for the plaintiff on March 17, 2025, and from counsel for the four sets of defendants on March 19, 2025. The consent of the Defendants is conditioned on (1) this Motion being filed on or before March 28, 2025, and (2) the Proposed *Amici Curiae* agreeing not to oppose motions by the Defendants for leave to respond to their brief.

Counsel for the Proposed *Amici Curiae* certify that (1) no counsel for a Party authored the attached brief in whole or in part; (2) no Party, counsel to any Party, or any person other than the *Amici* contributed money to fund preparation or submission of the attached brief; (3) none of the proposed *Amici* have a parent corporation; and (4) no publicly-held entity owns ten percent (10%) or more of any Proposed *Amicus Curiae* organization.

Respectfully submitted this 28th day of March, 2025,

/s/ Heidi Mehaffey
Heidi Mehaffey
(Fl. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law

Vivek Krishnamurthy
(*pro hac vice* pending)
University of Colorado Law School
Wolf Law Building
2450 Kittredge Loop Dr | 404 UCB
Boulder, CO 80309
vivek.krishnamurthy@colorado.edu

***Counsel for Proposed Amici Curiae Encode, Design It For Us, and Young People's Alliance***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Heidi Mehaffey

Heidi Mehaffey
(Fl. Bar No. 118806)
Mehaffey, P.A.
813 Orchid Drive
Plantation, FL 33317
heidi@mehaffeypa.law