**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MEGAN GARCIA,**

      **Plaintiff,**

v.   Case No.   **6:24-cv-1903-ACC-UAM**

**CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA, GOOGLE, LLC, and ALPHABET, INC.,**

      **Defendants.**

**NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM**

The United States District Court for the Middle District of Florida has converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's webpage, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Melodi Dincer and Meetali Jain** is not registered to participate in the Case Management and Electronic Case Filing (CM/ECF) program of the Court. All attorneys appearing in a case pending with the Court shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case. Counsel is directed to the website located at

**www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court.

Accordingly, **Melodi Dincer and Meetali Jain** shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**ORDERED** in Orlando, Florida on April 10, 2025.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record