UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>    Defendants. | Case No.: 6:24-cv-01903-ACC-UAM |

**CHARACTER TECHNOLOGIES INC.'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR APRIL 28, 2025 HEARING**

Defendant Character Technologies, Inc. ("C.AI"), pursuant to this Court's Order regarding the upcoming hearing on the pending motions to dismiss, (Doc. 102), and Local Rule 7.02(a)(2), respectfully requests that the Court permit undersigned counsel to bring the electronic devices listed below into the Courthouse for use at the hearing. In support of this request, C.AI states:

1.   Pursuant to this Court's Orders (Docs. 79, 81, 102), the Court has set a hearing on the pending motions to dismiss for April 28, 2025 at 1:00 p.m. for which the Court has set aside three hours.

2. To facilitate C.AI's presentation at the hearing, counsel intend to use laptop computers, cellular telephones,[1] and other technology to assist in their presentation, for notetaking, to access electronic documents, and to perform any necessary legal research.

3. C.AI requests leave for the following individuals to bring into the Courthouse, access, and use the electronic devices listed below ("Electronic Equipment"):

| Name | Electronic Equipment |
| --- | --- |
| Jonathan H. Blavin<br>*Admitted Pro Hac Vice* | 1 laptop<br>1 cellular phone<br>USB storage devices<br>Power cables |
| Stephanie Goldfarb Herrera<br>*Admitted Pro Hac Vice* | 1 laptop<br>2 cellular phones<br>USB storage devices<br>Power cables |
| Thomas A. Zehnder<br>Florida Bar No.: 0063274 | 1 cellular phone |
| Dustin Mauser-Claassen<br>Florida Bar No.: 0119289 | 1 laptop<br>1 mouse<br>1 cellular phone<br>1 smartwatch<br>USB storage devices<br>Power cables |

4. Counsel agree to be bound by the terms and conditions incident to their use of the Court's supplied wireless internet connection, and further represent that their

---

[1] This Court's order entered on April 18, 2025 permits counsel to each bring one cell phone pursuant to M.D. Fla. Local Rule 7.02(a)(1). (*See* Doc. 102).

use of the internet and Electronic Equipment will at all times be consistent with the Court's expectations of decorum and professionalism, including M.D. Fla. Local Rules 5.03 and 7.02 and will not cause any interruptions or distractions in the proceedings, including by putting the listed cellular phones into silent mode.

5. Accordingly, C.AI respectfully requests that the Court enter an order providing that on April 28, 2025 the identified individuals shall be permitted to bring the Electronic Equipment into the George C. Young Federal Annex Courthouse and Courtroom assigned for the hearing of this action.

## MEMORANDUM OF LAW

The Court may grant individuals leave to bring laptop computers, cellular telephones, and other electronic equipment into the Courthouse and Courtroom. Local R. 7.02(a)(2); *cf. Kara v. Fla. Pub. Utils. Co.*, No. 3:06-cv-572, 2008 WL 345590, at *7 n. 10 (M.D. Fla. Feb. 6, 2008). In this case, C.AI requires the Electronic Equipment to facilitate its hearing presentation. C.AI attorneys will fully comply with all rules and expectations regarding the use of such equipment.

**WHEREFORE**, C.AI respectfully requests that the Court enter an order providing that on April 28, 2025, the identified individuals in this Motion are authorized to bring into the George C. Young Federal Annex Courthouse and the Courtroom assigned for the hearing of this action the identified Electronic Equipment.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel hereby certifies that counsel for C.AI conferred with counsel for Plaintiff by phone on April 22, 2025, and Plaintiff does not oppose the relief requested herein.

Respectfully submitted this 22nd day of April, 2025.

| | |
|---|---|
| Jonathan H. Blavin* (Lead Counsel) | /s/Dustin Mauser-Claassen |
| Victoria A. Degtyareva* | Thomas A. Zehnder |
| Stephanie Goldfarb Herrera* | Florida Bar No. 0063274 |
| MUNGER, TOLLES & OLSON, LLP | Dustin Mauser-Claassen |
| 560 Mission Street, 27th Floor | Florida Bar No. 0119289 |
| San Francisco, CA 94105 | KING, BLACKWELL, ZEHNDER |
| Telephone: (415) 512-4000 | & WERMUTH, P.A. |
| Jonathan.Blavin@mto.com | 25 East Pine Street |
| Stephanie.Herrera@mto.com | Orlando, FL 32801 |
| Victoria.Degtyareva@mto.com | Telephone: (407) 422-2472 |
| *Admitted Pro Hac Vice* | tzehnder@kbzwlaw.com |
| | dmauser@kbzwlaw.com |
| | |
| | *Counsel for Defendant* |
| | *Character Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Dustin Mauser-Claassen
Dustin Mauser-Claassen
Florida Bar No. 0119289