UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III, <br><br> Plaintiff, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendant. | CASE NO.: 6:24-cv-01903-ACC-EJK |

## MOTION TO ALLOW THE PLAINTIFF'S COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

Plaintiff, Megan Garcia individually and as the Personal Representative of the Estate of S.R.S III ("Plaintiff"), pursuant to this Court's Order regarding the upcoming hearing on the pending motions to dismiss, (Doc. 102), and Local Rule 7.02(a)(2), respectfully requests that the Court permit the use of the electronic devices listed below into the Courthouse for use at the hearing scheduled for April 28, 2025:

1. Pursuant to this Court's Order (Docs. 79, 81, 102), the Court scheduled a hearing on Defendants' Motions to Dismiss to be held on April 28, 2025.

2. In accordance with Local Rule 7.02(a)(1), counsel for the Plaintiff request leave to bring their laptop computers, cell phones, and other related

electronic equipment to aid in their presentations, to access to electronic documents, and to perform needed legal research and notetaking.

3. In accordance with Local Rule 7.02(a)(2), Plaintiff, Megan Garcia, requests leave to bring her cell phone to the hearing to facilitate communication with her counsel before, during, and after the hearing, as needed.

4. Specifically, Plaintiff requests that the following individuals be granted leave to bring the equipment listed below:

| Name | Equipment |
| --- | --- |
| Matthew P. Bergman | Laptop computer<br>Cell phone<br>Power cables |
| Meetali Jain | Laptop computer<br>Cell phone<br>Power cables |
| Amy L. Judkins | Laptop computer<br>Cell phone<br>Power cables<br>Smart watch |
| Megan Garcia | Cell Phone |

5. Plaintiff and Plaintiff's counsel agree and represent that their use of electronic equipment will be consistent with the Court's expectations and the Local Rules, and will not cause interruptions or distractions in the proceedings.

## MEMORANDUM OF LAW

The Court may grant individual leave to bring laptop computers, cellular telephones, and other electronic devices into the courthouse and courtroom. Local Rule 7.02(a)(2). In this case, Plaintiff and Plaintiff's counsel require the aforementioned electronic equipment to assist throughout the hearing scheduled

in this matter. As represented above, Plaintiff and Plaintiff's counsel will fully comply with all rules and expectations regarding the use of such equipment.

## CONCLUSION

Plaintiff respectfully requests that the Court enter an order providing that, in connection with the hearing scheduled to commence April 28, 2025, the individuals identified in this Motion may bring the identified Electronic Equipment into the Courthouse for use during the hearing on April 28, 2025.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), Middle District of Florida, the undersigned counsel certifies that I conferred with Defendants' counsel, who represented that Defendants do not oppose the relief requested.

Dated: April 22, 2025

          Respectfully submitted,

          */s/ Amy L. Judkins*
          **AMY L. JUDKINS, ESQ.**
          Florida Bar No.: 125046
          NEWSOME LAW, P.A.
          201 S. Orange Avenue Suite 1500
          Orlando, Florida 32801
          (407) 648-5977
          (407) 648-5282
          ajudkins@newsomelaw.com

          *Attorneys for Plaintiff*