UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendant. | CASE NO.: 6:24-cv-01903-ACC-EJK |

**PLAINTIFF'S NOTICE IN RESPONSE TO THE COURT'S ORDER REGARDING LIVE WITNESSES FOR THE HEARING ON DEFENDANTS' MOTION TO DISISS**

Plaintiff, Megan Garcia, pursuant to the Court's Order at Doc. 102, notifies the Court that she does not intend to call live witnesses on the issue of personal jurisdiction at the hearing scheduled for April 28, 2025. It is Plaintiff's position that there are no dispute facts that require the presentation of evidence. *See Bellairs v. Mohrmann*, 716 So. 2d 320, 323 (Fla. 2d DCA 1998) (setting forth the standard of review for evaluating personal jurisdiction under the alter-ego theory and holding that a court can decide personal jurisdiction issues without an evidentiary hearing where there no disputed affidavit facts).

Dated: April 22, 2025

Respectfully submitted,

1

*/s/ Amy L. Judkins*
**AMY L. JUDKINS, ESQ.**
Florida Bar No.: 125046
NEWSOME LAW, P.A.
201 S. Orange Avenue Suite 1500
Orlando, Florida 32801
(407) 648-5977
(407) 648-5282
ajudkins@newsomelaw.com

*Attorneys for Plaintiff*
