**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>            Plaintiff,<br><br>– against –<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>            Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

## DEFENDANT DANIEL DE FRIETAS ADIWARSANA'S MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR APRIL 28, 2025, HEARING

Defendant Daniel De Frietas Adiwarsana ("Defendant"), pursuant to this Court's Order regarding the upcoming hearing on the pending motions to dismiss, (ECF No. 102), and Local Rule 7.02(a)(2), respectfully requests that the Court permit undersigned counsel to bring the electronic devices listed below into the Courthouse for use at the hearing. In support of this request, Defendant states:

       1.       Pursuant to this Court's Orders (ECF No. 79, 81, 102), the Court has set a hearing on the pending motions to dismiss for April 28, 2025, at 1:00 p.m. for which the Court has set aside three hours.

       2.       To facilitate Defendant's presentation at the hearing, counsel intends

to use laptop computers, cellular telephones[1], and other technology to assist in their presentation, for notetaking, to access electronic documents, and to perform any necessary legal research.

3. Defendant requests leave for the following individual to bring into the Courthouse, access, and use the electronic devices listed below ("Electronic Equipment):

| Name | Electronic Equipment |
|---|---|
| Olivia Barket Yeffet Florida Bar No. 1026382 | 1 laptop 1 cellular phone |

4. Counsel agree to be bound by the terms and conditions incident to their use of the Court's supplied wireless internet connection, and further represent that their use of the internet and Electronic Equipment will at all times be consistent with the Court's expectations of decorum and professionalism, including M.D. Fla. Local Rules 5.03 and 7.02 and will not cause any interruptions or distractions in the proceedings, including by putting the listed cellular phones into silent mode.

5. Accordingly, Defendant respectfully requests that the Court enter an order providing that on April 28, 2025, the identified individual shall be permitted to bring the Electronic Equipment into the George C. Young Federal Annex Courthouse and Courtroom assigned for the hearing of this action.

---

[1] This Court's order entered on April 18, 2025, permits counsel to each bring one cell phone pursuant to M.D. Fla. Local Rule 7.02(a)(1). (*See* ECF No. 102).

## MEMORANDUM OF LAW

The Court may grant individuals leave to bring laptop computers, cellular telephones, and other electronic equipment into the Courthouse and Courtroom. Local R. 7.02(a)(2); *cf. Kara v. Fla. Pub. Utils. Co.*, No. 3:06-cv-572, 2008 WL 345590, at *7 n. 10 (M.D. Fla. Feb. 6, 2008). In this case, Defendant requires the Electronic Equipment to facilitate its hearing presentation. Defendant's attorneys will fully comply with all rules and expectations regarding the use of such equipment.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order providing that on April 28, 2025, the identified individual in this Motion is authorized to bring into the George C. Young Federal Annex Courthouse and the Courtroom assigned for the hearing of this action the identified Electronic Equipment.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel hereby certifies that counsel for Defendant attempted to confer with counsel for Plaintiff by telephone and email on April 22, 2025, and Defendant could not reach counsel for Plaintiff.

Respectfully submitted this 22nd day of April, 2025.

        Respectfully submitted,

        **QUINN EMANUEL URQUHART & SULLIVAN LLP**

        /s/   *Olivia Barket Yeffet*
        Olivia Barket Yeffet
        Florida Bar No. 1026382
        2601 S. Bayshore Drive, Suite 1550
        Miami, Florida 33133-5417
        Tel.: (305) 496-2988
        Fax: (305) 901-2975
        oliviayeffet@quinnemanuel.com

        Andrew H. Schapiro (admitted *pro hac vice*)
        191 N. Wacker Drive, Suite 2700
        Chicago, Illinois 60606
        Tel.: (312) 705-7400
        Fax: (312) 7057401
        andrewschapiro@quinnemanuel.com

        Secondary:
        michaelalvarez@quinnemanuel.com

        *Attorney for Defendant Daniel De Frietas Adiwarsana*