**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN GARCIA**
        Plaintiff,

v.                            Case No.: 6:24-cv-1903-ACC-UAM

**CHARACTER TECHNOLOGIES, INC., NOAH SHAZEER, DANIEL DE FREITAS, GOOGLE LLC, and ALPHABET, INC.**
        Defendants,

## ORDER

This cause comes before the Court sua sponte to address electronic devices at the hearing scheduled for April 28, 2025.

It is ordered as follows:

1. All persons authorized by Local Rule 7.02(1) to enter the courthouse with electronic devices, including but not limited to cellphones and smart watches, must give those electronic devices to the Courtroom Deputy upon entering Courtroom 6A on April 28, 2025. All electronic devices must be put in silent mode or turned off before being given to the Courtroom Deputy. The Courtroom Deputy will keep all electronic devices in her custody for the duration of the hearing.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 24, 2025.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record