UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MEGAN GARCIA**

      **Plaintiff,**

v.

**CHARACTER TECHNOLOGIES, INC., NOAH SHAZEER, DANIEL DE FREITAS, GOOGLE LLC, and ALPHABET, INC.**

      **Defendants,**

Case No.: 6:24-cv-1903-ACC-UAM

## ORDER

This cause comes before the Court on Plaintiff Megan Garcia's Motion to Allow Electronic Equipment (Doc. 104) for use during the hearing scheduled for April 28, 2025.

It is ordered as follows:

1. Plaintiff Megan Garcia's Motion to Allow Electronic Equipment (Doc. 104) for use during the hearing scheduled for April 28, 2025 is **GRANTED in part** and **DENIED in part**.

2. Plaintiff's Motion is **GRANTED** as to Counsel for Plaintiff's request to bring in the below equipment for use during the hearing:

    a. Cellphones
    b. Laptops and power cables
    c. Smart watches

3. Plaintiff's Motion is **DENIED** as to Plaintiff Megan Garcia's request to bring a cellphone into the courthouse.

4. The following persons are authorized to bring the above approved electronic equipment for use during the hearing:

      a. Matthew P. Bergman
      b. Meetali Jain
      c. Amy L. Judkins

5. All devices must be in silent mode. No photos, recordings, or videos may be taken while inside the Courthouse. Counsel is permitted to have access to the Court's Wi-Fi connection during the hearing. The Courtroom Deputy will provide the Wi-Fi login information upon request.

6. The Court will permit counsel to bring cellphones and smart watches into the Courthouse, but counsel may **not** have cellphones or smart watches in their possession while in the Courtroom. All cellphones and smart watches must be put in silent mode or turned off and given to the Courtroom Deputy upon entering the Courtroom. The Courtroom Deputy will keep all cellphones and smart watches in her custody while counsel and their staff are in the Courtroom.

7. Persons authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device. At their discretion, Courthouse security personnel may require all persons authorized herein to present picture identification at any time. The

authorized electronic devices are subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 24, 2025.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record