# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MEGAN GARCIA**
   **Plaintiff,**

v.

Case No.: 6:24-cv-1903-ACC-UAM

**CHARACTER TECHNOLOGIES, INC., NOAH SHAZEER, DANIEL DE FREITAS, GOOGLE LLC, and ALPHABET, INC.**
   **Defendants,**

---

## ORDER

This cause comes before the Court on Defendant Daniel De Freitas' Motion to Allow Electronic Equipment (Doc. 107) for use during the hearing scheduled for April 28, 2025.

It is ordered as follows:

1. Defendant Daniel De Freitas' Motion to Allow Electronic Equipment (Doc. 107) for use during the hearing scheduled for April 28, 2025 is **GRANTED**.

2. Counsel for Defendant is permitted to bring in the below equipment for use during the hearing:

  a. Cellphone
  b. Laptop

3. The following persons are authorized to bring the above approved electronic equipment for use during the hearing:

  a. Olivia Barket Yeffet

4. All devices must be in silent mode. No photos, recordings, or videos may be taken while inside the Courthouse. Counsel is permitted to have access to the Court's Wi-Fi connection during the hearing. The Courtroom Deputy will provide the Wi-Fi login information upon request.

5. The Court will permit counsel to bring cellphones and smart watches into the Courthouse, but counsel may **not** have cellphones or smart watches in their possession while in the Courtroom. All cellphones and smart watches must be put in silent mode or turned off and given to the Courtroom Deputy upon entering the Courtroom. The Courtroom Deputy will keep all cellphones and smart watches in her custody while counsel and their staff are in the Courtroom.

6. Persons authorized by this Order shall present a copy of this Order to security personnel each time that person enters the courthouse with an authorized electronic device. At their discretion, Courthouse security personnel may require all persons authorized herein to present picture identification at any time. The authorized electronic devices are subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 24, 2025.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record