UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA,

VS.  CASE NO. 6:24-cv-1903-ACC-UAM

CHARACTER TECHNOLOGIES, INC., et al.

Plaintiff Attorney: Matthew Bergman, Amy Judkins, Meetali Jain

Defense Attorney for Character Technologies, Inc.: Jonathan Blavin, Dustin Mauser-Claassen, Stephanie Herrera, Thomas Zehnder,
Defense Attorney for Noam Shazeer: Isaac Chaput,
Defense Attorney for Daniel De Frietas Adiwarsana: Olivia Yeffet, Andrew Schapiro
Defense Attorney for Google LLC and Alphabet, Inc.: Fred Rowley, Jr., Jay Shapiro, Matthew Donohue

| JUDGE: | **ANN C. CONWAY** United States District Judge | DATE AND TIME: | **April 28, 2025** 1:07 pm – 3:17 p.m. |
|---|---|---|---|
| Courtroom: | 6A | TOTAL TIME: | **2 hours and 10 minutes** |
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Heather Suarez heather@stenosuarez.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**ORAL ARGUMENT**

Case called; appearances placed on the record.

The Court heard oral argument on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 59, 61, 63, 65), Plaintiffs' Response in Opposition (Doc. 84, 85, 86), and Defendant's Reply to Response (Doc. 98, 99, 100).

The Court took under advisement.

Court is adjourned.