UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>    Defendants. | Case No.: 6:24-cv-01903-ACC-UAM<br><br>**CHARACTER TECHNOLOGIES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 3.01(i), Defendant Character Technologies, Inc. ("C.AI") submits this notice of supplemental authority in support of C.AI's Motion to Dismiss (Doc. 59):

1. **Citation of Authority**

*HM Fla.-ORL, LLC v. Governor of Fla.*, -- F. 4th --, 2025 WL 1375363 (11th Cir. 2025).

2. **Specification by Page, Paragraph, and Line of the Issue or Argument in the Earlier Papers that the Authority Supplements**[1]

- Doc. 59 at 13–14, paragraph split across pages (lines 21–22 of page 13 and lines 1–10 of page 14);

---

[1] Page numbers refer to the page numbers at the bottom of the original document and not the file-stamped page numbers generated by CM/ECF.

1

- Doc. 98 at 8, first full paragraph (lines 4–11 of page 8).

3. **Succinct Quotation from the Authority**

"The Constitution demands specificity when the state restricts speech. … And the need for clarity is especially strong when the government takes the legally potent step of labeling speech 'obscene.'"

*HM Fla.-ORL*, -- F.4th --, 2025 WL 1375363, at *1;

"[The Act] asks speech purveyors to make judgments about what is appropriate for children year-by-year (or maybe month-by-month, week-by-week, or day-by-day—the Act is not clear)."

*Id.* at *26;

"Nothing we say impinges on parents' ability to determine what performances are appropriate for their children. And nothing we say limits the ability of performers or performance venues to choose to welcome only patrons of a certain age. But the Act would take those decisions out of citizens' hands … without clear notice of where the standards begin and end."

*Id.* at *29.

Respectfully submitted this 16th day of May, 2025.

|  |  |
|---|---|
| Thomas A. Zehnder<br>Florida Bar No. 0063274<br>Dustin Mauser-Claassen<br>Florida Bar No. 0119289<br>KING, BLACKWELL, ZEHNDER<br> & WERMUTH, P.A.<br>25 East Pine Street<br>Orlando, FL 32801<br>(407) 422-2472<br>tzehnder@kbzwlaw.com<br>dmauser@kbzwlaw.com | /s/Jonathan H. Blavin<br>Jonathan H. Blavin* (Lead Counsel)<br>Victoria A. Degtyareva*<br>Stephanie Goldfarb Herrera*<br>MUNGER, TOLLES & OLSON, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>(415) 512-4000<br>Jonathan.Blavin@mto.com<br>Stephanie.Herrera@mto.com<br>Victoria.Degtyareva@mto.com<br>*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Thomas A. Zehnder
Thomas A. Zehnder
Florida Bar No. 0063274
