UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>     Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>     Defendants. | Case No.: 6:24-cv-01903-ACC-UAM<br><br>**CHARACTER TECHNOLOGIES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 3.01(i), Defendant Character Technologies, Inc. ("C.AI") submits this notice of supplemental authority in support of C.AI's Motion to Dismiss (Doc. 59):

1. **Citation of Authority**

   *Walters v. OpenAI, L.L.C.*, No. 23-A-04860-2 (Ga. Sup. Ct. May 19, 2025).[1]

2. **Specification by Page, Paragraph, and Line of the Issue or Argument in the Earlier Papers that the Authority Supplements**[2]

   - Doc. 59 at 8, first full paragraph (lines 2–8 of page 8);

   - *Id.* at 13, first full paragraph (lines 8–10 of page 13);

---

[1] A copy of the authority is attached as Exhibit 1 because it is not yet available on Westlaw as of the time of this filing.

[2] Page numbers refer to the page numbers at the bottom of the original document and not the file-stamped page numbers generated by CM/ECF.

1

- Doc. 98 at 3–4, paragraph split across pages (lines 18–22 of page 3, lines 1–3 of page 4);

- *Id.* at 5, last partial paragraph (lines 13–15 of page 5);

- *Id.* at 7, last partial paragraph (lines 19–20 of page 7).

3. **Succinct Quotation from the Authority**

"Walters' argument would mean that an AI developer like OpenAI could not operate a large language model like ChatGPT at all, no matter the care it took to reduce the risk of errors, without facing liability for any mistaken output the model generated. That is not a negligence standard, and both Georgia law and federal constitutional law prohibit applying it to Walters' defamation claim."

*Walters*, No. 23-A-04860-2, slip op. at 12;

"Walters Cannot Recover Presumed Or Punitive Damages Under The First Amendment."

*Id.* at 19;

"Walters is also foreclosed from obtaining presumed damages here under the First Amendment to the U.S. Constitution."

*Id.* at 21.

Respectfully submitted this 20th day of May, 2025.

|  |  |
|---|---|
| Thomas A. Zehnder | /s/ Jonathan H. Blavin |
| Florida Bar No. 0063274 | Jonathan H. Blavin* (Lead Counsel) |
| Dustin Mauser-Claassen | Victoria A. Degtyareva* |
| Florida Bar No. 0119289 | Stephanie Goldfarb Herrera* |
| KING, BLACKWELL, ZEHNDER & WERMUTH, P.A. | MUNGER, TOLLES & OLSON, LLP |
| 25 East Pine Street | 560 Mission Street, 27th Floor |
| Orlando, FL 32801 | San Francisco, CA 94105 |
| (407) 422-2472 | (415) 512-4000 |
| tzehnder@kbzwlaw.com | Jonathan.Blavin@mto.com |
| dmauser@kbzwlaw.com | Stephanie.Herrera@mto.com |
|  | Victoria.Degtyareva@mto.com |
|  | *Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Dustin Mauser-Claassen
Dustin Mauser-Claassen
Florida Bar No.: 0119289
