# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>          Plaintiff,<br><br>  v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>          Defendants. | Case No. 6:24-cv-01903-ACC-UAM |

## Unopposed Motion for Special Admission

Alyssa G. Olson, Esquire, moves for special admission to represent defendant Daniel De Freitas Adiwarsana in this action.

1. I am not a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the United States District Courts for the Central District of California and the Northern District of California.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

    None.

4. I will comply with the federal rules and this Court's local rules.

1

5. I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent Plaintiff is unopposed to my special admission.

Dated: June 5, 2025										Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/   *Alyssa G. Olson*
Alyssa G. Olson (*pro hac vice* pending)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
alyolson@quinnemanuel.com

Olivia Barket Yeffet (Lead Counsel)
Florida Bar No. 1026382
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Telephone: (305) 496-2988
Fax: (305) 901-2975
oliviayeffet@quinnemanuel.com

Andrew H. Schapiro (admitted *pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 7057401
andrewschapiro@quinnemanuel.com

*Attorneys for Defendant Daniel De Frietas Adiwarsana*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

/s/   *Olivia Barket Yeffet*
Olivia Barket Yeffet
