UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CHARACTER TECHNOLOGIES, INC. AND GOOGLE LLC TO ANSWER THE FIRST AMENDED COMPLAINT**

Plaintiff Megan Garcia and Defendants Character Technologies, Inc. and Google LLC (collectively, "Moving Defendants", and with Plaintiff, "Moving Parties"), pursuant to Federal Rule of Civil Procedure 6(b)(1), jointly move for a fourteen-day extension of the Moving Defendants' deadline to file their answers to the First Amended Complaint, from June 10, 2025 to June 24, 2025. The Moving Parties state as follows:

1. On November 9, 2024, Plaintiff filed her First Amended Complaint in this action (Dkt. 11). It is 116 pages long and contains 427 paragraphs.

2. On January 24, 2025, the Moving Defendants filed their Motions to Dismiss the First Amended Complaint (Dkt. 59, 61).

3. On May 21, 2025, the Court granted in part and denied in part the Moving Defendants' Motions to Dismiss,[1] and ordered that the Moving Defendants shall file answers to the First Amended Complaint on or before June 10, 2025 (Dkt. 115).

4. The Moving Parties have met and conferred and agree that additional time is needed for the Moving Defendants to prepare answers to the First Amended Complaint given the breadth, complexity, and novelty of Plaintiff's allegations.[2]

5. The Moving Parties have agreed and respectfully request that the Court extend the deadline for the Moving Defendants to file answers to the First Amended Complaint by fourteen (14) days, to **June 24, 2025**.

### INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may extend the time prescribed by the Federal Rules of Civil Procedure for any act required or allowed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 6(b)(1). Good cause exists here given the complexity, breadth, and novelty of Plaintiff's allegations.

---

[1] The Court's order also dismissed without prejudice Plaintiff's claims against Defendant Alphabet Inc.

[2] The individual defendants, Noam Shazeer and Daniel De Freitas Adiwarsana, were not involved in the Moving Parties' meet and confer due to the status of their personal jurisdiction challenges, which render them differently situated with regard to answering the First Amended Complaint.

This unopposed joint motion is submitted in good faith and not for purposes of delay. The pleadings in this case are not yet closed in light of the still-pending jurisdictional issues with respect to the individual defendants. Therefore, no party will be prejudiced by the relief sought herein, nor will the requested relief affect any of the other dates set in this case.

WHEREFORE, the Moving Parties respectfully request that the Court enter an order granting the foregoing extension of time.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on June 2, 2025, counsel for the Moving Parties conferred to resolve the issues raised in this motion and certify that the parties have agreed to seek the requested relief jointly.

Respectfully submitted,

Dated: June 5, 2025

*/s/ Jonathan H. Blavin*
Thomas A. Zehnder
Florida Bar No. 0063274
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
& WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
(407) 422-2472
tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

Jonathan H. Blavin (PHV) (Lead Counsel)
Victoria A. Degtyareva (PHV)
Stephanie Goldfarb Herrera (PHV)
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor

        San Francisco, CA 94105
(415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com
Victoria.Degtyareva@mto.com

*Counsel for Character Technologies, Inc.*

Dated: June 5, 2025        */s/ Jay B. Shapiro*
Jay B. Shapiro
Florida Bar No. 776361
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com

Lauren Gallo White (PHV) (Lead Counsel)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Fred A. Rowley, Jr. (PHV)
Matthew K. Donohue (PHV)
WILSON SONSINI GOODRICH & ROSATI
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

*Counsel for Google LLC*

Dated: June 5, 2025        */s/ Matthew Bergman*
Matthew Bergman (PHV) (Lead Counsel)
Laura Marquez-Garrett (PHV)
Glenn Draper (PHV)

4

SOCIAL MEDIA VICTIMS LAW CENTER, PLLC
600 1st Avenue Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862
matt@socialmediavictims.org
laura@socialmediavictims.org
glenn@socialmediavictims.org

Meetali Jain (PHV)
Melodi Dincer (PHV)
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue Southeast #337
Washington, DC 20003
meetali@techjusticelaw.org
melodi@techjusticelaw.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

/s/ *Jay B. Shapiro*
Jay B. Shapiro

5