# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>    Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>    Defendants. | Case No. 6:24-cv-01903-ACC-UAM |

## DEFENDANT DANIEL DE FREITAS ADIWARSANA'S NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that Andrew H. Schapiro is hereby designated as lead counsel of record for Daniel De Freitas Adiwarsana.

DATED: June 10, 2025                    Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/   *Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel.: (312) 705-7400
Fax: (312) 7057401
andrewschapiro@quinnemanuel.com

Alyssa G. Olson (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
alyolson@quinnemanuel.com

Olivia Barket Yeffet
Florida Bar No. 1026382
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Tel.: (305) 496-2988
Fax: (305) 901-2975
oliviayeffet@quinnemanuel.com

*Attorney for Defendant Daniel De Freitas Adiwarsana*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 10, 2025, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

                /s/ *Andrew H. Schapiro*
                Andrew H. Schapiro