# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MEGAN GARCIA,**

    **Plaintiff,**

v.                                                    Case No.   6:24-cv-1903-ACC-UAM

**CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA, GOOGLE, LLC, and ALPHABET, INC.,**

    **Defendants.**

## NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM

The United States District Court for the Middle District of Florida has converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing).  Extensive notice of this conversion was provided through the Court's webpage, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Melodi Dincer** is not registered to participate in the Case Management and Electronic Case Filing (CM/ECF) program of the Court.  All attorneys appearing in a case pending with the Court shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.  Counsel is directed to the website located at

**www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court.

Accordingly, **Melodi Dincer** shall register to participate, as well as docket, in CM/ECF within twenty (20) days from the date of this Order.

After mailing this Order to Melodi Dincer the Clerk is directed to not send mail to Melodi Dincer. She can obtain copies from co-counsel.

**ORDERED** in Orlando, Florida on June 16, 2025.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record