UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>      Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>      Defendants. | Case No.: 6:24-cv-01903-ACC-NWH |

## CHARACTER TECHNOLOGIES, INC.'S NOTICE PURSUANT TO LOCAL RULE 3.03

Pursuant to Local Rule 3.03 and Character Technologies, Inc.'s Disclosure Statement, ECF No. 41, Character Technologies, Inc. respectfully notifies the Court of a potential conflict of interest involving Magistrate Judge Nathan W. Hill.  This case was reassigned to Judge Hill on June 11, 2025.  *See* ECF No. 126.  Prior to his appointment as a magistrate judge, counsel for Character Technologies, Inc. from Munger, Tolles & Olson LLP discussed this case with Judge Hill in the Fall of last year.

Respectfully submitted this 17th day of June, 2025.

<table>
<tr><td>

Thomas A. Zehnder
Florida Bar No. 0063274
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
25 East Pine Street
Orlando, FL 32801
(407) 422-2472
tzehnder@kbzwlaw.com
dmauser@kbzwlaw.com

</td><td>

/s/ Jonathan H. Blavin
Jonathan H. Blavin* (Lead Counsel)
Victoria A. Degtyareva*
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com
Victoria.Degtyareva@mto.com
*Admitted Pro Hac Vice

*Counsel for Defendant*
*Character Technologies, Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on June 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Dustin Mauser-Claassen
Dustin Mauser-Claassen
Florida Bar No.: 0119289

2