UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:24-cv-01903-ACC-UAM |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Kit Walsh, Esquire, moves for special admission to represent Amicus Curiae Electronic Frontier Foundation in this action.

1.      I am not a member of The Florida Bar.

2.      I am a member in good standing of the bar of a United States district court; specifically, the United States District Court for the Northern District of California.

3.      I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in these cases in state or federal court in Florida:

4.      I will comply with the federal rules and this Court's local rules.

5.      I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.      I have paid the fee for special admission or will pay the fee upon special admission.

7.      I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: June 13, 2025                    /s/ *Kit Walsh*
                                        Kit Walsh
                                        Electronic Frontier Foundation
                                        815 Eddy Street
                                        San Francisco, CA 94109
                                        Tel.: (415) 436-9333
                                        Email: kit@eff.org

                                        *Counsel for Amicus Curiae*
                                        *Electronic Frontier Foundation*

## LOCAL RULE 3.01(G) CERTIFICATION

I have conferred with the parties in this action and represent that the

parties are unopposed to my special admission.

/s/ *Kit Walsh*
Kit Walsh