UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS, GOOGLE LLC, and ALPHABET INC.,<br><br>    Defendants, | Case No.: 6:24-cv-1903-ACC-NWH |

**Motion of Professor Eugene Volokh and Professor Jane Bambauer for Leave to File *Amicus Curiae* Brief in Support of Defendant Character Technologies Inc.**

Under Local Rule 3.01, Professor Eugene Volokh and Professor Jane Bambauer seek leave to file an *amici curiae* brief in support of Defendant Character Technologies, Inc.'s Motion requesting that this Court certify the case for interlocutory appeal.

"[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.,* 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) (referring in context to the courts' authority to grant motions for "leave . . . to file an *amicus curiae* brief"). That also

extends to amicus briefs related to § 1292(b) motions. *See, e.g., Flint Riverkeeper, Inc. v. Southern Mills, Inc.*, 261 F. Supp. 3d 1345, 1346 & n.1 (M.D. Ga. 2017) (considering such a brief); *Bean Maine Lobster, Inc. v. Monterey Bay Aquarium Found.*, No. 2:23-CV-00129-JAW, 2025 WL 1114801, *1, *4 (D. Me. Apr. 15, 2025) (likewise); *New York by James v. Citibank, N.A.*, No. 24-CV-659 (JPO), 2025 WL 1194377, *1 (S.D.N.Y. Apr. 22, 2025) (likewise).

"Courts typically grant amicus status where the parties contribute to the court's understanding of the matter in question by proffering timely and useful information." *Georgia Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015) (cleaned up); *see also Sharpton v. Bd. of Pub. Instruction of Indian River Cnty., Fla.*, No. 64-00721-CV, 2021 WL 5207162, *5 n.1 (S.D. Fla. Sept. 16, 2021) ("A court may grant amicus status where the nonparty can 'contribute to the court's understanding of the matter in question by proffering timely and useful information'") (quoting *Georgia Aquarium*), *report and recommendation adopted*, No. 64-CV-00721-KMW, 2021 WL 5206243 (S.D. Fla. Nov. 9, 2021). That is especially likely to happen when the prospective amici are "organizations [or] individuals with extensive experience" in the relevant field, *id.* at 1289, as the proposed *amici* are:

- Professor Jane Bambauer is a Professor of Law and Brechner Eminent Scholar Chair at the University of Florida Levin College of Law and at the College of Journalism and Communications. She teaches First Amendment,

2

AI and the Law, Tort Law, and Privacy Law, and currently serves on the National AI Advisory Committee Subcommittee on Law Enforcement.[1] Professor Bambauer's work analyzes how the regulation of these new information technologies will affect free speech, privacy, law enforcement, health and safety, competitive markets, and government accountability. *See, e.g.*, Jane R. Bambauer, *Negligent AI Speech: Some Thoughts About Duty*, 3 J. FREE SPEECH L. 343 (2023).

- Professor Eugene Volokh is the Gary T. Schwartz Distinguished Professor of Law Emeritus at UCLA School of Law, and the Thomas M. Siebel Senior Fellow at the Hoover Institution at Stanford University. He often writes about legal issues central to this case, including First Amendment protection for AI output. *See, e.g.*, Eugene Volokh, Mark A. Lemley & Peter Henderson, *Freedom of Speech and AI Output*, 3 J. FREE SPEECH L. 651 (2023); Eugene Volokh, *Large Libel Models? Liability for AI Output*, 3 J. FREE SPEECH L. 489 (2023).

Indeed, District Courts have in particular often accepted amicus briefs from law professors. *See, e.g.*, *Federal Energy Reg. Comm'n v. Powhatan Energy Fund, LLC*, No. 3:15-cv-452, 2017 WL 11682615, *2 (E.D. Va. Mar. 15, 2017)

---

[1] *See* National Artificial Intelligence Advisory Committee, Law Enforcement Subcommittee, *Year 1 Report & Roadmap* (Feb. 2024), https://ai.gov/wp-content/images/NAIAC-LE-Subcommittee-Year1-Report-Roadmap.pdf.

3

(accepting an amicus brief from amici who "clearly have a special interest in the subject matter of this suit" as "law professors who regularly write" in the field); *Gov't Emps. Health Ass'n v. Actelion Pharms. Ltd.*, No. CV GLR-18-3560, 2024 WL 4123511, *1 n.1 (D. Md. Sept. 6, 2024) (accepting an amicus brief from amicus professors, including law professors, concluding that it was "relevant and helpful"); *United States v. Hernandez-Carrillo*, No. 2:08-cr-55-2, 2022 WL 633568, *4 (S.D. Ohio Mar. 4, 2022) (noting and discussing an amicus letter submitted by a law professor who was an expert on the relevant field); *Nat'l Ass'n of Manufacturers v. United States Dep't of Homeland Sec.*, 491 F. Supp. 3d 549, 555 n.1 (N.D. Cal. 2020) (considering an amicus brief from, among others, immigration law professors).

Proposed *amici* believe that the proposed brief, *see* attached Exh. A, adds to the analysis in Plaintiff's brief in ways that may be helpful to this Court, and thus seek the leave to file the proposed brief.

### Local Rule 3.01(g) Certification

Proposed *amici* certify they have conferred with counsel for all Parties in a good faith effort to resolve the issues raised in this Motion. *Amici* received consent from Defendants, and on June 16, 2025, sought the consent of Plaintiff, via email, who responded that she opposes the relief sought herein.

Counsel for the proposed *amici* certify that (1) no counsel for a Party authored the attached brief in whole or in part; (2) no Party, counsel to any

4

Party, or any person other than the *amici* contributed money to fund preparation or submission of the attached brief; (3) none of the proposed *amici* have a parent corporation; and (4) no publicly-held entity owns ten percent (10%) or more of any Proposed *Amicus Curiae* organization.

Respectfully submitted on this 18th day of June 2025,

        SHULLMAN FUGATE PLLC

        /s/ Rachel E. Fugate
        Rachel E. Fugate
        Florida Bar No. 144029
        rfugate@shullmanfugate.com
        Minch Minchin
        Florida Bar No. 1015950
        mminchin@shullmanfugate.com
        100 N. Ashley Drive, Suite 600
        Tampa, FL 33602
        Tel: (813) 935-5098

        Counsel for the Proposed *Amici*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Rachel E. Fugate
        Rachel E. Fugate