# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC, ALPHABET INC.,<br><br>Defendants. | Civil No: 6:24-cv-01903-ACC-DCI |

**MOTION OF CENTER FOR DEMOCRACY & TECHNOLOGY AND ELECTRONIC FRONTIER FOUNDATION TO SUBMIT AN AMICUS CURIAE BRIEF IN SUPPORT OF CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Kit Walsh (admitted pro hac vice)
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993
kit@eff.org

*Counsel for Amici Curiae*

1

Under Local Rule 3.01, the Center for Democracy & Technology and the Electronic Frontier Foundation ("proposed *amici*") move for leave to file a brief as *amici curiae* in support of certification of the First Amendment issues for appellate review. The proposed *amicus* brief is attached as an Exhibit to this Motion. All parties were timely notified of proposed *amici*'s intent to file this *amicus* brief and Defendants have consented to the filing of this motion.

District courts have the "inherent authority to appoint 'friends of the court' to assist their proceedings"[1] and frequently welcome the participation of *amici* in cases "concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has 'unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide."[2] The novelty of the legal issues brought before the court in the instant case, and proposed *amici*'s experience assessing the First Amendment implications of imposing direct regulation and tort liability on emerging technologies,  counsel in favor of granting this motion to ensure that the full ramifications of the court's actions on users' First Amendment rights are considered.

Proposed *amici* are organizations that frequently advocate before courts, legislatures, and directly to technology companies to ensure that the privacy

---

[1] *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991).
[2] *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal.  2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)).

interests, civil rights, and free expression equities of users are appropriately protected in law and through company practices. Proposed *amicus* Center for Democracy & Technology ("CDT") is a leading nonpartisan, nonprofit organization that has worked since the earliest days of the internet to advance civil rights and civil liberties in the digital age. Among other priorities, CDT champions policies, laws, and technical designs that empower people to use technology for good while protecting against invasive, discriminatory, and exploitative uses and works to curtail government censorship to ensure all people to access and share information of their choosing without harassment or undue interference. CDT pursues these complementary goals through submission of amicus briefs, state and federal legislative advocacy, and support for the development of best company and technological practices to protect users' rights.

The Electronic Frontier Foundation ("EFF") is a non-profit public interest organization that works to ensure new technology enhances, rather than erodes, civil liberties. With tens of thousands of dues-paying members, EFF has advocated for thirty-five years in favor of user rights and protections. EFF has participated as amicus or counsel in most of the significant appellate decisions concerning the exercise of First Amendment rights through information technology.

Dated: June 23, 2025     By:     /s/ Kit Walsh
                                 Kit Walsh (admitted pro hac vice)
                                 Corynne McSherry
                                 ELECTRONIC FRONTIER
                                 FOUNDATION
                                 815 Eddy Street
                                 San Francisco, CA 94109
                                 Telephone: (415) 436-9333
                                 kit@eff.org

                                 *Counsel for Amici Curiae*

## Local Rule 3.01(g) Certification

I certify that Electronic Frontier Foundation conferred with all parties via email and Defendants consented to this motion while Plaintiffs stated that they do not consent.

/s/ Kit Walsh
Kit Walsh

4

**Certificate of Service**

I hereby certify that on June 23, 2025, I electronically filed the foregoing and proposed amicus brief with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Kit Walsh
Kit Walsh