UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, individually and as the Personal Representative of the Estate of S.R.S III,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>  Defendants. | CASE NO.: 6:24-cv-01903-ACC-EJK |

**AMENDED UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff respectfully submits this amended unopposed motion for leave to file a Second Amended Complaint. A copy of the proposed Second Amended Complaint is attached hereto as <u>Exhibit A</u>.

The proposed amendments seek to:

1. Add Sewell Setzer Jr. as a plaintiff, both individually and in his capacity as personal representative of the Estate of S.R.S. III; and

2. Remove certain claims that have been dismissed by the Court or withdrawn by agreement of the parties.

Plaintiff conferred with all Defendants regarding the proposed amendment on June 9, 2025. On June 23, 2025, Defendants agreed to the filing of the Second

Amended Complaint, subject to the following conditions: Defendants Character Technologies, Inc. and Google LLC shall have 14 days from the date of filing of the Second Amended Complaint to file respond; and the current deadline of September 2, 2025, for Defendants Noam Shazeer and Daniel De Freitas to respond to the Second Amended Complaint shall remain unchanged.

Plaintiff's original motion to amend, filed on June 23, 2025 (Doc. 147), stated that Defendants Shazeer and De Freitas' deadline was to "answer" the Second Amended Complaint. At the request of counsel for Defendant De Freitas, Plaintiff files this corrected motion to clarify that Defendants' Shazeer and De Freitas do not oppose the filing of the Second Amended Complaint if their deadline to "respond" the pleading remains September 2, 2025. A copy of the communication reflecting the Defendants' positions on the relief requested in this motion is included as Exhibit B.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent or the court's leave, and that "[t]he court should freely give leave when justice so requires." Courts routinely grant leave to amend where the amendment is not sought in bad faith, will not cause undue delay, and will not prejudice the opposing party. *See Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, good cause exists to grant leave to amend, and no party will be prejudiced. The amendment is intended to add the decedent's biological father as

a plaintiff, both individually and as a representative of the Estate of S.R.S. III, and to remove claims that have been dismissed or by the Court or withdrawn by agreement of the parties. This motion is submitted in good faith, is unopposed by all Defendants, and will facilitate efficient resolution of the claims.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting leave to file a Second Amended Complaint and setting the foregoing schedule for Defendants responses and/or answers.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on June 23, 2025, Plaintiff conferred to resolve the issues raised in this motion and certify that Defendants do not oppose this motion, subject to the terms provided herein and as reflected in the communications attached as Exhibit B.

Dated: June 24, 2025                     Respectfully Submitted,

*/s/ Amy L. Judkins*
**Amy L. Judkins, Esq.**
Florida Bar No.: 125046
Normand PLLC
Telephone: (407) 603-6031
3165 McCrory Place
Ste 175
Orlando, FL 3280
alj@normandpllc.com