**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN GARCIA and SEWELL
SETZER JR., individually and as
the Personal Representatives of the
Estate of S.R.S. III,**

          **Plaintiffs,**

    **v.**

**CHARACTER TECHNOLOGIES,
INC., NOAM SHAZEER, DANIEL
DE FRIETAS, and GOOGLE LLC**

          **Defendants.**

**Case No. 6:24-cv-1903-ACC-DCI**

---

**ORDER**

This cause comes before the Court on review of Plaintiffs Megan Garcia and

Sewell Setzer Jr. and Defendants Noam Shazeer and Daniel De Frietas' (the

"Parties") Joint Motion. (Doc. 164). On May 21, 2025, the Court denied Defendants

Noam Shazeer and Daniel De Frietas' (the "Individual Defendants") Motions to

Dismiss Plaintiffs' Amended Complaint (the "MTD Order"). (Doc. 115). The

Court's Order explicitly held that the "Individual Defendants may refile their motion

under Rule 12(b)(2) 90 days from the date of this Order to allow Plaintiff to take

jurisdictional discovery." (*Id.* at 48). On June 10, 2025, the Court granted the

Individual Defendants' Motion for Extension of Time to File Answer. (Doc. 124;

*see* Doc. 121 ¶ 12 ("[T]he Individual Defendants respectfully request that this Court

extend their deadline to answer the [Amended Complaint] to fourteen days after this

Court's resolution of Individual Defendants' renewed 12(b)(2) motions, or, if no

renewed motion is filed, fourteen days after the close of jurisdictional discovery, *i.e.*, September 2, 2025.")). The Court extended their time to "respond" to the Amended Complaint to September 2, 2025 (the "Extension Order"). (Doc. 124).

Plaintiffs and the Individual Defendants now dispute the meaning and consequences of the Court's MTD Order and Extension Order. (*See* Doc. 164). Specifically, the Parties ask the Court to resolve three questions:

1. Whether the term "respond" in the Extension Order authorizes the Individual Defendants to file a renewed motion to dismiss in lieu of filing an answer by September 2, 2025, or whether the Order requires an answer by that date even if the Individual Defendants have filed renewed motions to dismiss;
2. Whether Plaintiffs may depose the Individual Defendants prior to responding to their renewed Rule 12(b)(2) motions; and
3. What, if any, limitations should be placed on the scope of discovery conducted prior to the Court's ruling on renewed Rule 12(b)(2) motions.

(Doc. 164 ¶ 6).

As an initial matter, the Court's Extension Order ruled on the Individual Defendants' Motion for Extension of Time to File *Answer*. (*See* Docs. 121, 124). The Individual Defendants' deadline to file a renewed Motion to Dismiss has not been extended. The Individual Defendants are expected to file either renewed Rule 12(b)(2) motions by August 19, 2025, or answers by September 2, 2025.[1]

As to the Parties discovery question, notwithstanding the Parties' Case Management Report, (Doc. 52 at 5), the Court emphasizes that it has not

---

[1] If the Court denies the Individual Defendants' renewed Rule 12(b)(2) motions, the Individual Defendants will be expected to file answers within 14 days of the new order.

issued any orders staying discovery. The MTD Order suggested that the Parties concentrate on jurisdictional discovery to resolve any personal jurisdiction problems, but the MTD Order put no limits on discovery. (*See* Doc. 115). The Court underscored this point in its Extension Order. (*See* Doc. 124 ("Notably, the Court has not, at this point, specified any limits on jurisdictional discovery . . . .")).

Based on the foregoing, it is ordered as follows:

1.     Defendants Noam Shazeer and Daniel De Frietas shall file renewed Rule 12(b)(2) motions on or before August 19, 2025, or shall file answers on or before September 2, 2025.

2.     Plaintiffs Megan Garcia and Sewell Setzer Jr. are permitted to depose the Individual Defendants at any time consistent with the Federal Rules of Civil Procedure, including prior to responding to the Individual Defendants' renewed Rule 12(b)(2) motions. The Court does not place any limitations on the scope of discovery.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 11, 2025.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

Copies furnished to:
Counsel of Record