UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S. III, | Case No. 6:24-cv-01903-ACC-DCI |
| Plaintiffs, | |
| v. | |
| CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; and GOOGLE LLC, | DEMAND FOR A JURY TRIAL |
| Defendants. | |

**DEFENDANT GOOGLE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 8, Defendant Google LLC ("Google") hereby responds as follows to the allegations in the Second Amended Complaint (Dkt. No. 157) ("SAC") filed in this action by Plaintiffs Megan Garcia and Sewell Setzer Jr. ("Plaintiffs").

**ANSWER**

Google admits that the letter cited in Footnote 1 exists. To the extent the allegations in the introductory paragraph to the SAC purport to quote, paraphrase, and/or characterize that letter, Google denies that Plaintiffs do so correctly. Google

lacks knowledge or information sufficient to form a belief about the truth of the allegations in the introductory paragraph regarding Character Technologies, Inc. ("CTI"). Google denies the remaining allegations in the introductory paragraph.

## I.    SUMMARY OF CLAIMS[1]

1.    Google admits that the SAC purports to assert claims for strict product liability, negligence, wrongful death and survivorship, unjust enrichment, violations of Florida's Unfair and Deceptive Trade Practices Act, and intentional infliction of emotional distress against Defendants, but Google denies that the SAC alleges adequate factual or legal predicates for those claims. Google denies that the SAC purports to assert claims for loss of filial consortium or negligence per se against Google. Google otherwise denies the allegations in Paragraph 1.

2.    Google admits that the SAC seeks to hold Defendants responsible for the decedent's death, but Google denies that the SAC alleges adequate factual or legal predicates for Plaintiffs' claims and otherwise denies the allegations in Paragraph 2.

3.    Google admits that the SAC purports to assert claims for strict product liability (defective design) against CTI and Google, but Google denies that the SAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 3.

---

[1] For purposes of readability and convenience, this Answer uses the headings set forth in Plaintiffs' SAC, but does not adopt or admit those headings. To the extent required, Google denies the headings in the SAC.

4.     Google admits that the SAC purports to assert claims for strict liability (failure to warn) against Defendants, but Google denies that the SAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 4.

5.     Google admits that the SAC purports to assert claims for negligence (defective design) against Defendants and negligence (failure to warn) against CTI, but Google denies that the SAC alleges adequate factual or legal predicates for those claims. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 5.

6.     Google admits that the SAC purports to assert a claim for negligence per se against CTI, but Google denies that the SAC purports to assert a claim for negligence per se against Google. Google also denies that the SAC alleges adequate factual or legal predicates for that claim and otherwise denies the allegations in Paragraph 6.

7.     Google admits that the SAC purports to assert a claim for aiding and abetting against Google, but Google denies that the SAC alleges adequate factual or legal predicates for that claim and otherwise denies the allegations in Paragraph 7.

8.     Google admits that the SAC purports to assert claims for unjust enrichment against Defendants, but Google denies that the SAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 8.

9.      Google admits that the SAC purports to assert claims under Florida's Unfair and Deceptive Trade Practices Act against Defendants, but Google denies that the SAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 9.

## II.    PLAINTIFF OVERVIEW

10.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10.

11.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11.

12.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12.

13.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13.

14.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14.

15.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15.

## III.   DEFENDANTS OVERVIEW

16.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16.

17.     Google admits that CTI purports to operate the Character.AI application ("C.AI"). To the extent the allegations in Paragraph 17 purport to characterize the nature of C.AI, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 17.

18.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18.

19.     Google admits that C.AI, may, in some contexts, operate as an information content provider. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19.

20.     Google admits that Noam Shazeer ("Shazeer") and Daniel De Freitas ("De Freitas") are founders of CTI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 20.

21.     Google admits the allegations in Paragraph 21.

22.     Google admits that Shazeer worked at Google and is a co-founder of CTI. Google lacks knowledge or information sufficient to form a belief about the truth of the claims against Shazeer, but Google denies that the SAC alleges adequate factual or legal predicates for the remaining claims and otherwise denies the allegations in Paragraph 22.

23.     Google admits that De Freitas worked at Google and is a co-founder of CTI. Google also admits that it did not release Meena into the marketplace. Google

lacks knowledge or information sufficient to form a belief about the truth of the claims against De Freitas, but Google denies that the SAC alleges adequate factual or legal predicates for the remaining claims and otherwise denies the allegations in Paragraph 23.

## IV.    JURISDICTION AND VENUE

24.    Google admits the allegations in Paragraph 24.

25.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25.

26.    Google admits that it has its principal place of business in California. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 26.

27.    Google has not contested personal jurisdiction in this matter and therefore admits that the Court may assert personal jurisdiction over Google on that basis. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 27.

28.    Google denies the allegations in Paragraph 28.

29.    Google admits that it has not contested venue in this matter, though reserves its right to do so. Google denies that this venue is convenient for this case under 28 U.S.C. § 1404.  Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 29.

## V.    FACTUAL ALLEGATIONS

30.    Google admits that 15 U.S.C. § 9401(3) contains the definition of "artificial intelligence" ("AI") recited in Paragraph 30. However, the term "artificial intelligence" may have different meanings in different contexts, and Google denies that the definition contained in 15 U.S.C. §9401(3) may be used in all contexts. Therefore, to the extent the allegations in Paragraph 30 purport to define "artificial intelligence," Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 30.

31.    Google admits that aspects of systems termed "artificial intelligence" may be defined and programmed by companies. Google denies the remaining allegations in Paragraph 31.

32.    The statements in Paragraph 32 are unintelligibly vague, ambiguous, and undefined. Google therefore denies the allegations in Paragraph 32.

33.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33.

34.    Google admits that there are different types of AI algorithms that are programmed in different ways and have different goals. Google otherwise denies the allegations in Paragraph 34.

35.    Google admits that various companies, including Google, have developed AI technologies that function in various ways. The remainder of the allegations in Paragraph 35 are unintelligibly vague, such that no meaningful response

is possible. To the extent a response is deemed necessary, Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 35.

36.    Google admits that various companies, including Google, have developed technologies that may be referred to as "generative AI." To the extent the allegations in Paragraph 36 purport to define or characterize generative AI technologies, Google denies that Plaintiffs do so correctly or completely. Google denies the remaining allegations in Paragraph 36.

37.    Google admits that, with the exception of the May 1, 2023 Atleson article, the articles cited in Footnote 4 exist. To the extent the allegations in Paragraph 37 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. With respect to the May 1, 2023 Atleson article, Google lacks information sufficient to admit or deny the existence of the article and, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 37.

38.    Google admits that developing AI technologies requires computing power, which can cost money. Google also admits that it has invested in AI startups, including CTI. Google also admits that the article cited in Footnote 5 exists. To the extent the allegations in Paragraph 38 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 38.

39.     Google admits that some regulatory agencies have launched investigations into some technology companies. Google also admits that the articles cited in Footnotes 6 and 7 exist. To the extent the allegations in Paragraph 39 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 39.

40.     Google admits that the article cited in Footnote 8 exists. To the extent the allegations in Paragraph 40 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 40.

41.     Google admits that the video cited in Footnote 9 exists. To the extent the allegations in Paragraph 41 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 41.

42.     Paragraph 42 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 42.

43.     Google admits that data is required to train LLMs. Google also admits that the web page cited in Footnote 10 exists, but denies that Plaintiffs refer to it by the correct title. To the extent the allegations in Paragraph 43 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so

correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 43.

44.     Google admits that LLMs may be trained on input data and may generate text, but denies that LLMs are inherently harmful. Google denies the remaining allegations in Paragraph 44.

45.     Google admits that the article cited in Footnote 11 exists. To the extent the allegations in Paragraph 45 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 45.

46.     Google admits that "Garbage In, Garbage Out" is a term that may have been used previously regarding computers and other systems.  To the extent the allegations in Paragraph 46 purport to characterize "Garbage In, Garbage Out," Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 46.

47.     Google admits that the articles cited in Footnote 12 exist. To the extent the allegations in Paragraph 47 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 47.

48.     Google denies the allegations in Paragraph 48.

49.     Google denies the allegations in Paragraph 49.

50.    Google admits that there may be beneficial use cases for AI technology. Google denies the remaining allegations in Paragraph 50.

51.    Google admits that Shazeer and De Freitas worked at Google. Google also admits that Shazeer and De Freitas founded CTI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 51.

52.    Google admits that Shazeer worked on AI development at Google, including the Mixture-of-Experts ("MoE") approach and the Transformer architecture. Google also admits that papers discussing the MoE approach and the Transformer architecture were published in 2017. Google also admits that the MoE approach and the Transformer architecture have various applications. Google also admits that the articles cited in Footnote 13 exist, but denies that Plaintiffs refer to them by the correct titles. To the extent the allegations in Paragraph 52 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 52.

53.    Google admits that De Freitas worked on AI development at Google, including a neural conversational model originally referred to as Meena. Google also admits that it published a blog post discussing Meena in 2020. Google also admits that it did not release Meena into the marketplace. Google also admits that the articles cited in Footnotes 14, 15, and 16 exist. To the extent the allegations in Paragraph 53 purport

to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 53.

54.    Google admits that Shazeer and De Freitas worked on AI development at Google, including a language model referred to as LaMDA. Google also admits that, at least in part, LaMDA was built on the Transformer architecture. Google also admits that it published a blog post discussing LaMDA in 2021. Google also admits that the articles cited in Footnotes 17, 18, 19, 20, 21, and 22 exist. To the extent the allegations in Paragraph 54 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 54.

55.    Google admits that Dr. Timnit Gebru and Dr. Margaret Mitchell worked at Google. Google also admits that the articles cited in Footnotes 23 and 24 exist. To the extent the allegations in Paragraph 55 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 55.

56.    Google admits that Dr. El Mahdi El Mhamdi and Blake Lemoine worked at Google, and that Blake Lemoine made public statements regarding LaMDA. Google also admits that the articles cited in Footnotes 25 and 26 exist. To the extent the allegations in Paragraph 56 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 56.

57.     Google admits that the paper titled "LaMDA: Language Models for Dialog Applications" cited in Footnote 27 exists, and that the paper mentions possible risks that could be associated with LLMs. Google also admits that the article cited in Footnote 27 exists. To the extent the allegations in Paragraph 57 purport to quote, paraphrase, and/or characterize those documents, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 57.

58.     Google admits that the article cited in Footnotes 28 and 29 exist. To the extent the allegations in Paragraph 58 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58.

59.     Google admits that it has a commitment to safety and fairness. Google also admits that the article cited in Footnote 30 exists. To the extent the allegations in Paragraph 59 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding OpenAI. Google denies the remaining allegations in Paragraph 59.

60.     Google admits that the articles cited in Footnotes 31 and 32 exist. To the extent the allegations in Paragraph 60 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 60.

61.    Google denies the allegations in Paragraph 61.

62.    Google admits that the video cited in Footnote 33 and the article cited in Footnote 34 exist. To the extent the allegations in Paragraph 62 purport to quote, paraphrase, and/or characterize that video and article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 62.

63.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Shazeer and De Freitas. Google denies the remaining allegations in Paragraph 63.

64.    Google admits that De Freitas left Google in November 2021. Google also admits that the article cited in Footnote 35 exists. To the extent the allegations in Paragraph 64 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies that Shazeer left Google in November 2021. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 64.

65.    Google admits that the article cited in Footnote 36 exists. To the extent the allegations in Paragraph 65 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 65.

66.    Google denies the allegations in Paragraph 66.

67.    Google admits that the article cited in Footnote 37 exists. To the extent the allegations in Paragraph 67 purport to quote, paraphrase, and/or characterize that

article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67.

68.    Google denies the allegations in Paragraph 68.

69.    Google admits that the article cited in Footnote 38 exists. To the extent the allegations in Paragraph 69 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 69.

70.    Google admits that the articles cited in Footnote 39 exist. To the extent the allegations in Paragraph 70 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 70.

71.    Google denies the allegations in Paragraph 71.

72.    Google denies the allegations in Paragraph 72.

73.    Google admits that in 2023, CTI selected Google Cloud as a cloud infrastructure provider. Google also admits that the video cited in Footnote 40 exists. To the extent the allegations in Paragraph 73 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 73.

74.    Google admits that a Google employee spoke about Google's provision of cloud services to CTI at the 2023 Google I/O. Google also admits that the video

cited in Footnote 41 exists. To the extent the allegations in Paragraph 74 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 74.

75.    Google admits that the video cited in Footnote 42 and the articles cited in Footnotes 43 and 44 exist. To the extent the allegations in Paragraph 75 purport to quote, paraphrase, and/or characterize that video and those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75.

76.    Google admits that the web page cited in Footnote 45 exists. To the extent the allegations in Paragraph 76 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 76.

77.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77.

78.    Google admits that in 2024, it hired various CTI employees, including Shazeer and De Freitas, and licensed its LLM. Google also admits that it paid CTI $2.7 billion in cash. Google also admits that the article cited in Footnote 46 exists. To the extent the allegations in Paragraph 78 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 78.

79.    Google admits that some regulatory agencies have launched investigations into some technology companies. Google also admits that the articles cited in Footnotes 47, 48, 49, and 50 exist. To the extent the allegations in Paragraph 79 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 79.

80.    Google admits the allegations in Paragraph 80.

81.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81.

82.    Google admits that it obtained a non-exclusive license to CTI's LLM. Google also admits that the article cited in Footnote 52 exists. To the extent the allegations in Paragraph 82 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 82.

83.    Google admits that the articles cited in Footnotes 53 and 54 exist. To the extent the allegations in Paragraph 83 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83.

84.     Google admits that it hired various CTI employees. Google also admits that the articles cited in Footnote 55 exist. To the extent the allegations in Paragraph 84 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 84.

85.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85.

86.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86.

87.     Google admits that the article cited in Footnote 56 exists. To the extent the allegations in Paragraph 87 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 87.

88.     Google admits that the articles cited in Footnotes 57 and 58 exist. To the extent the allegations in Paragraph 88 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 88.

89.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89.

90.     Google admits that the articles cited in Footnotes 59 and 60 exist. To the extent the allegations in Paragraph 90 purport to quote, paraphrase, and/or

18

characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.    Google denies the allegations in Paragraph 91.

92.    Google denies the allegations in Paragraph 92.

93.    Google admits that the article cited in Footnote 61 exists. To the extent the allegations in Paragraph 93 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 93.

94.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94.

95.    Google denies the allegations in Paragraph 95.

96.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96.

97.    Google admits that C.AI is available for download on Google Play. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97.

98.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98.

99.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99.

100.    Paragraph 100 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 100.

101.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101.

102.    Google admits that the web page cited in Footnote 62 exists. To the extent the allegations in Paragraph 102 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102.

103.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103.

104.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104.

105.    Google admits that the video cited in Footnote 63 exists. To the extent the allegations in Paragraph 105 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 105.

106.    Google denies the allegation that "defendants invite the public, especially minors, to use C.AI." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 106.

107.    Google denies the allegations in Paragraph 107.

108.    Google admits that C.AI is offered as a chatbot app available on Android, and that it has been downloaded more than 10 million times from Google Play. Google denies that C.AI is "Defendants' product." Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108.

109.    Google admits that the article cited in Footnote 64 exists. To the extent the allegations in Paragraph 109 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.    Google admits that C.AI allows users to create and chat with AI characters. Google also admits that the article cited in Footnote 65 exists. To the extent the allegations in Paragraph 110 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110.

111.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 111.

112.    Google denies the allegation that "Customers also can . . . use a default
voice selected by Defendants." Google lacks knowledge or information sufficient to
form a belief about the truth of the remaining allegations in Paragraph 112.

113.    Google denies the allegation that "the extent or degree of such potential
impact is known only to Defendants." Google lacks knowledge or information
sufficient to form a belief about the truth of the remaining allegations in Paragraph
113.

114.    Google denies the allegation that "Defendants design, program, train,
operate, and control all C.AI characters." Google lacks knowledge or information
sufficient to form a belief about the truth of the remaining allegations in Paragraph
114.

115.    Google denies the allegation that "Defendants place" any "parameters"
on C.AI characters. Google lacks knowledge or information sufficient to form a belief
about the truth of the remaining allegations in Paragraph 115.

116.    Paragraph 116 consists entirely of legal argument, to which no response
is required. To the extent a response is deemed required, Google denies the allegations
in Paragraph 116.

117.    Google admits that the web page cited in Footnote 66 exists. To the
extent the allegations in Paragraph 117 purport to quote, paraphrase, and/or

22

characterize that web page, Google denies that Plaintiffs do so correctly. Google also denies the allegations that "Defendants rolled out a new feature to C.AI+ subscribers"; "Defendants recommend and provide voice options"; and "This is done based on Defendants' assessment of what would make the specific character more compelling to a consumer." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 117.

118.    Google denies the allegation that "Defendants have refined this Voice feature." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 118.

119.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119.

120.    Google admits that the web page cited in Footnote 68 exists. To the extent the allegations in Paragraph 120 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google denies the allegation that "Defendants allow [users] to interact in real time with AI bots." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 120.

121.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121.

122.    Google denies the allegations in Paragraph 122.

123.    Google admits that the articles cited in Footnote 69 exist, but denies that Plaintiffs refer to the August 2024 Griffith & Metz article by the correct title. Google also admits that the video cited in Footnote 70 exists. To the extent the allegations in Paragraph 123 purport to quote, paraphrase, and/or characterize those articles and that video, Google denies that Plaintiffs do so correctly. Google also denies the allegation that "Defendants[] operat[e] . . . C.AI." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 123.

124.    Google admits that the article cited in Footnote 71 exists. To the extent the allegations in Paragraph 124 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies the allegation that it purchased Shazeer's "share of C.AI." Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 124.

125.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125.

126.    Google denies the allegation that "Defendants[]" charge a "subscription fee" for C.AI or "charge premium customers" of C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 126.

127.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127.

128.    Google admits that C.AI is an application that allows users to chat with AI characters. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 128.

129.    Google admits that the article cited in Footnote 72 exists. To the extent the allegations in Paragraph 129 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129.

130.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130.

131.    Google admits that the web pages cited in Footnote 73, 74, and 75 exist. To the extent the allegations in Paragraph 131 and all of its subparts purport to quote, paraphrase, and/or characterize those web pages, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131 and all of its subparts.

132.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132.

133.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133.

134.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134.

135.    Google lacks information sufficient to admit or deny the existence of the web page cited in Footnote 76, and, therefore, it denies these allegations. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135.

136.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136.

137.    Google admits that the web page cited in Footnote 77 exists. To the extent the allegations in Paragraph 129 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137.

138.    Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 138.

139.    Google admits that LLMs may be trained on input data to generate outputs. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 139.

140.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140.

141.    Google denies the allegations in Paragraph 141.

142.    Google admits that the article cited in Footnote 78 exists. To the extent the allegations in Paragraph 142 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 142.

143.    Google denies the allegations in Paragraph 143.

144.    Google admits that the article cited in Footnote 79 exists. To the extent the allegations in Paragraph 144 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 144.

145.    Google denies the allegations in Paragraph 145.

146.    Google denies the allegations in Paragraph 146.

147.    Google denies the allegations in Paragraph 147.

148.    Google denies the allegations in Paragraph 148.

149.    Google denies the allegations in Paragraph 149.

150.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150.

151.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151

152.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152.

153.    Google denies the allegations in Paragraph 153.

154.    Google denies the allegations in Paragraph 154.

155.    Google admits that the articles cited in Footnotes 80, 81, and 82 exist. To the extent the allegations in Paragraph 155 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155.

156.    Google admits that the paper cited in Footnote 83 exists, that it is a research paper discussing LaMDA, that it contains the quoted language, and that Shazeer and De Freitas are listed, among others, as authors on the paper. To the extent the allegations in Paragraph 156 purport to paraphrase and/or characterize that paper, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 156.

157.    Google denies the allegations in Paragraph 157.

158.    Google admits that the article cited in Footnote 84 exists. To the extent the allegations in Paragraph 158 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158.

159.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159.

160.    Google admits that the articles cited in Footnotes 85 and 86 exist. To the extent the allegations in Paragraph 160 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160.

161.    Google denies the allegations in Paragraph 161.

162.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162.

163.    Google admits that Blake Lemoine worked at Google and made public statements regarding LaMDA. Google also admits that the articles cited in Footnote 87 and 88 exist. To the extent the allegations in Paragraph 163 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 163.

164.    Google denies the allegations in Paragraph 164.

165.    Google denies the allegations in Paragraph 165.

166.    Google denies the allegations in Paragraph 166.

167.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167.

168.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168.

169.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169.

170.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170.

171.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171.

172.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172.

173.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173.

174.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174.

175.    Google denies that C.AI is "Defendants' product." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 175.

176.    Google denies the allegation that "Defendants worked hard to convince" the decedent that AI bots were real people. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 176.

177.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 177.

30

178.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 178.

179.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 179.

180.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 180.

181.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 181.

182.    Google denies the allegation that "Defendants marketed and portrayed
C.AI as something it was not, and in a manner reasonably likely (if not intended) to
allow such harms to continue unabated." Google lacks knowledge or information
sufficient to form a belief about the truth of the remaining allegations in Paragraph
182.

183.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 183.

184.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 184.

185.    Google denies the allegations that "Defendants rated C.AI as suitable for
children 12+" and that "Defendants bypass[ed] certain parental controls." Google
lacks knowledge or information sufficient to form a belief about the truth of the
remaining allegations in Paragraph 185.

186.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186.

187.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187.

188.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188.

189.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 189.

190.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 190.

191.    Google denies the allegations in Paragraph 191.

192.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 192.

193.    Google admits that Exhibit A is attached to the SAC. To the extent the allegations in Paragraph 193 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google also denies that "Defendants, through the C.AI chatbots, began engaging in highly sexual interactions with" the decedent. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 193.

194.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 194.

195.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195.

196.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196.

197.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197.

198.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198.

199.    Google denies the allegation that "Defendants will (or should) have access to such evidence." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 199.

200.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200.

201.    Google denies the allegations in Paragraph 201.

202.    Google denies the allegations in Paragraph 202.

203.    Google denies the allegations in Paragraph 203.

204.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204.

205.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205.

206.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206.

207.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207.

208.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208.

209.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209.

210.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210.

211.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211.

212.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 212.

213.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213.

214.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 214.

215.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 215.

216.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 216.

217.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217.

218.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218.

219.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 219.

220.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220.

221.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 221.

222.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 222.

223.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 223.

224.    Google denies the allegations in Paragraph 224.

225.    Google denies the allegations in Paragraph 225.

226.    Google admits that it hired various CTI employees and obtained a non-exclusive license to CTI's LLM. Google denies the remaining allegations in Paragraph 226 and all of its subparts.

227.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227.

228.    Google admits that the article cited in Footnote 90 exists. To the extent the allegations in Paragraph 228 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228.

229.    Google admits that the article cited in Footnote 91 exists. To the extent the allegations in Paragraph 229 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229.

230.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230.

231.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 231.

232.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 232.

233.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233.

234.     Google admits that the articles cited in Footnotes 92 and 93 exist. To the extent the allegations in Paragraph 234 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 234.

235.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 235.

236.     Google denies the allegations in Paragraph 236.

237.     Paragraph 237 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 237.

238.     Google denies the allegation that "Defendants said and did" anything to the decedent. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 238.

239.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 239.

240.     Google denies the allegations in Paragraph 240.

241.     Google denies the allegation that "Defendants further changed the color of the disclaimer from orange to white; however, did not change the font size or location." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 241.

242.    Google denies the allegations in Paragraph 242.

243.    Google denies the allegations in Paragraph 243.

244.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 244.

245.    Google admits that the Futurism article quoted in Paragraph 245 exists. To the extent the allegations in Paragraph 245 purport to characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245.

246.    Google admits that the article cited in Footnote 95 exists. To the extent the allegations in Paragraph 246 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246.

247.    Google admits that the article cited in Footnote 96 exists. To the extent the allegations in Paragraph 247 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 247.

248.    Google admits that the article cited in Footnote 97 exists. To the extent the allegations in Paragraph 248 purport to quote, paraphrase, and/or characterize

that article, Google denies that Plaintiffs do so correctly. Google also denies the allegation that "additional protections were put into place by Defendants only after Futurism reached out to Defendants." Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 248.

249.    Google admits that the video cited in Footnote 98 exists. To the extent the allegations in Paragraph 249 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249.

250.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 250.

251.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 251.

252.    Google denies the allegations in Paragraph 252.

253.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253.

254.    Google admits that the article cited in Footnote 99 exists. To the extent the allegations in Paragraph 254 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks

knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254.

255.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255.

256.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256.

257.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 257.

258.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 258.

259.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 259.

260.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 260.

261.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 261.

262.    Google admits that the web page cited in Footnote 100 and the article cited in Footnote 101 exist. To the extent the allegations in Paragraph 262 purport to quote, paraphrase, and/or characterize that web page and that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 262.

263.    Google admits that the article cited in Footnote 102 exists. To the extent
the allegations in Paragraph 263 purport to quote, paraphrase, and/or characterize
that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the
allegations in Paragraph 263.

264.    Google admits that the article cited in Footnote 103 exists. To the extent
the allegations in Paragraph 264 purport to quote, paraphrase, and/or characterize
that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks
knowledge or information sufficient to form a belief about the truth of the allegations
in Paragraph 264.

265.    Google admits that the article cited in Footnote 104 exists. To the extent
the allegations in Paragraph 265 purport to quote, paraphrase, and/or characterize
that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks
knowledge or information sufficient to form a belief about the truth of the allegations
in Paragraph 265.

266.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 266.

267.    Google admits that the video cited in Footnote 103 exists. To the extent
the allegations in Paragraph 264 purport to quote, paraphrase, and/or characterize
that video, Google denies that Plaintiffs do so correctly. Google otherwise lacks
knowledge or information sufficient to form a belief about the truth of the allegations
in Paragraph 267.

268.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 268.

269.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 269.

270.    Paragraph 270 is a legal conclusion, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 270.

271.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271.

272.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272.

273.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273.

274.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 274.

275.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275.

276.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276.

277.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277.

278.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278.

279.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279.

280.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 280.

281.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281.

282.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282.

283.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283.

284.    Paragraph 284 is a legal conclusion, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations Paragraph 284.

285.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285.

286.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 286.

287.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287.

288.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 288.

289.    Google admits that the video cited in Footnote 106 exists. To the extent the allegations in Paragraph 289 purport to characterize that video, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 289.

290.    Google admits that Exhibits B and C are attached to the SAC. To the extent the allegations in Paragraph 290 purport to quote, paraphrase, and/or characterize those exhibits, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 290.

291.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 291.

292.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 292.

293.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293 and all of its subparts.

294.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 294.

295.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 295.

296.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 296.

297.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 297.

298.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 298.

299.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 299.

300.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 300.

301.    Google admits that the National Institute of Standards and Technology has published an AI Risk Management Framework. Google also admits that the web page cited in Footnote 107 exists. To the extent the allegations in Paragraph 301 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 301.

302.    Google admits that the articles cited in Footnote 108 exist. To the extent the allegations in Paragraph 302 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 302.

303.    Google lacks information sufficient to admit or deny the existence of the web page cited in Footnote 109 and, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 303.

304.    Google admits that data and guidelines are used to train AI models. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 304.

305.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 305.

306.    Google admits that the article cited in Footnote 110 exists. To the extent the allegations in Paragraph 306 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 306.

307.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 307.

308.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 308.

309.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 309.

310.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 310.

311.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 311.

312.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 312.

313.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 313.

314.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 314.

315.    Google denies the allegations in Paragraph 315.

316.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 316.

317.    Google admits that the video cited in Footnote 111 exists. To the extent the allegations in Paragraph 317 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 317.

318.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 318.

319.    Google admits that in 2023, Character.AI selected Google Cloud as a cloud infrastructure provider. Google also admits that the article cited in Footnote 112 exists. To the extent the allegations in Paragraph 319 purport to quote, paraphrase,

and/or characterize that article, Google denies that Plaintiffs do so correctly. Google

denies the remaining allegations in Paragraph 319.

320.    Google admits that the CTI Terms of Service cited in Footnote 113 exist.

To the extent the allegations in Paragraph 320 purport to quote, paraphrase, and/or

characterize those Terms of Service, Google denies that Plaintiffs do so correctly.

Google otherwise denies the allegations in Paragraph 320.

321.    Google lacks knowledge or information sufficient to form a belief about

the truth of the allegations in Paragraph 321.

322.    Google lacks knowledge or information sufficient to form a belief about

the truth of the allegations in Paragraph 322.

## VI.    PLAINTIFFS' CLAIMS

### COUNT I – STRICT PRODUCT LIABILITY (DEFECTIVE DESIGN)
### (Against Character.AI and Google)

323.    Google reiterates its responses to the preceding paragraphs of this

Answer to the SAC as if fully set forth herein. Paragraph 323 and all of its subparts

consist entirely of legal argument, to which no response is required. To the extent a

response is deemed required, Google denies the allegations in Paragraph 323 and all

of its subparts.

324.    Google denies the allegations in Paragraph 324.

325.    Google denies the allegation in subpart (a) of Paragraph 325 that

"Defendants" "mass market[ed]" C.AI. Google lacks knowledge or information

48

sufficient to form a belief about the truth of the remaining allegations in Paragraph 325 and all of its subparts.

326.    Paragraph 326 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 326 and all of its subparts.

327.    Paragraph 327 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 327 and all of its subparts.

328.    Paragraph 328 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegation in subpart (h) of Paragraph 328 that "Defendants intentionally chose to not implement any of the aforementioned reasonable, alternative designs." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 328 and all of its subparts.

329.    Paragraph 329 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 329.

330.    Google denies the allegations in Paragraph 330.

## COUNT II – STRICT LIABILITY (FAILURE TO WARN)
### (Against All Defendants)

331.   Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

332.   Paragraph 332 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 332 and all of its subparts.

333.   Google denies the allegations in Paragraph 333.

334.   Google denies the allegation in subpart (a) of Paragraph 334 that "Defendants" "mass market[ed]" C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 334 and all of its subparts.

335.   Paragraph 335 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 335 and all of its subparts.

336.   Paragraph 336 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 336.

337.   Paragraph 337 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 337.

338.   Google denies the allegations in Paragraph 338.

339.    Paragraph 339 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 339.

340.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 340.

341.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 341.

342.    Google denies the allegations in Paragraph 342.

## COUNT III – AIDING AND ABETTING
### (Against Google)

343.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

344.    Paragraph 344 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 344.

345.    Google responds to the subparts of Paragraph 345 as follows. Google denies the remaining allegations in Paragraph 345.

a)  Google denies the allegations in subpart (a) of Paragraph 345.

b)  Google admits that in 2023, CTI selected Google Cloud as a cloud infrastructure provider. Google denies the remaining allegations in subpart (b) of Paragraph 345.

c) Google admits that in 2024, it hired various CTI employees and obtained a non-exclusive license to CTI's LLM. Google denies the remaining allegations in  subpart (c) of Paragraph 345.

## COUNT IV – NEGLIGENCE PER SE
### (SEXUAL ABUSE AND SEXUAL SOLICITATION)
### (Against Character.AI)

346.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

347.    The allegations in Paragraph 347 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 347.

348.    The allegations in Paragraph 348 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 348.

349.    The allegations in Paragraph 349 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 349.

350.    The allegations in Paragraph 350 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required,

Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 350.

351.    The allegations in Paragraph 351 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 351.

352.    The allegations in Paragraph 352 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 352.

353.    The allegations in Paragraph 353 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google denies the allegation that "Defendants received" any "value." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 353.

354.    The allegations in Paragraph 354 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 354.

355.    The allegations in Paragraph 355 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required,

Google lacks knowledge or information sufficient to form a belief about the truth of
the allegations in Paragraph 355.

356.    The allegations in Paragraph 356 are not directed at Google and therefore
no response by Google is required. To the extent a response is deemed required,
Google lacks knowledge or information sufficient to form a belief about the truth of
the allegations in Paragraph 356.

357.    The allegations in Paragraph 357 are not directed at Google and therefore
no response by Google is required. To the extent a response is deemed required,
Google denies the allegation that "Defendants" stole or used the decedent's property
at any point. Google lacks knowledge or information sufficient to form a belief about
the truth of the remaining allegations in Paragraph 357.

358.    The allegations in Paragraph 358 are not directed at Google and therefore
no response by Google is required. To the extent a response is deemed required,
Google lacks knowledge or information sufficient to form a belief about the truth of
the allegations in Paragraph 358.

## COUNT V – NEGLIGENCE (DEFECTIVE DESIGN)
### (Against All Defendants)

359.    Google reiterates its responses to the preceding paragraphs of this
Answer to the SAC as if fully set forth herein.

360.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 360.

361.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 361.

362.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 362.

363.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 363.

364.    Paragraph 364 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 363.

365.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 365.

366.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 366.

367.    Paragraph 367 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 367.

368.    Paragraph 368 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 368.

369.    Paragraph 369 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 369.

## COUNT VI – NEGLIGENCE (FAILURE TO WARN)
### (Against Character.AI)

370.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

371.    The allegations in Paragraph 371 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 371.

372.    The allegations in Paragraph 372 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 372.

373.    The allegations in Paragraph 373 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 373.

374.    The allegations in Paragraph 374 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required,

Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 374.

375.    The allegations in Paragraph 375 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 375.

376.    The allegations in Paragraph 376 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 376.

377.    The allegations in Paragraph 377 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 377.

378.    The allegations in Paragraph 378 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 378.

379.    The allegations in Paragraph 379 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required,

Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 379.

380.    The allegations in Paragraph 380 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 380.

381.    The allegations in Paragraph 381 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 381.

382.    The allegations in Paragraph 382 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 382.

383.    The allegations in Paragraph 383 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 383.

384.    The allegations in Paragraph 384 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required,

Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 384.

385.    The allegations in Paragraph 385 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 385.

### COUNT VII – WRONGFUL DEATH
**(Against All Defendants)**

386.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

387.    Paragraph 387 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 387.

388.    Paragraph 388 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 388.

389.    Paragraph 389 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 389.

390.    Paragraph 390 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 390 and all of its subparts.

## COUNT VIII – SURVIVOR ACTION
### (Against All Defendants)

391.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

392.    Paragraph 392 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 392.

393.    Paragraph 393 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 393.

394.    Paragraph 394 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 394.

395.    Paragraph 395 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 395 and all of its subparts.

## COUNT IX – UNJUST ENRICHMENT
### (Against All Defendants)

396.    Google reiterates its responses to the preceding paragraphs of this Answer to the SAC as if fully set forth herein.

397.    Google denies the allegations in Paragraph 397.

398.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 398.

399.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 399.

400.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 400.

401.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 401.

402.    Google denies the allegation that the decedent "shared his most intimate
personal data with Defendants, who recklessly used it to train their LLM and gain a
competitive advantage in the generative artificial intelligence market." Google lacks
knowledge or information sufficient to form a belief about the truth of the remaining
allegations in Paragraph 402.

403.    Google lacks knowledge or information sufficient to form a belief about
the truth of the allegations in Paragraph 403.

404.    Google denies the allegation that "Defendants took from [the decedent]"
any of his "personal data." Google lacks knowledge or information sufficient to form
a belief about the truth of the remaining allegations in Paragraph 404.

405.    Paragraph 405 consists entirely of legal argument, to which no response
is required. To the extent a response is deemed required, Google lacks knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph

405.

406.    Paragraph 406 and all of its subparts consist entirely of legal argument,

to which no response is required. To the extent a response is deemed required, Google

denies the allegations in Paragraph 406 and all of its subparts.

### COUNT X – DECEPTIVE AND UNFAIR TRADE PRACTICES
### FLA. STAT. § 501.204 ET SEQ.
### (Against All Defendants)

407.    Google reiterates its responses to the preceding paragraphs of this

Answer to the SAC as if fully set forth herein.

408.    Paragraph 408 consists entirely of legal argument, to which no response

is required. To the extent a response is deemed required, Google denies the allegations

in Paragraph 408.

409.    Paragraph 409 consists entirely of legal argument, to which no response

is required. To the extent a response is deemed required, Google denies the allegations

in Paragraph 409.

410.    Paragraph 410 consists entirely of legal argument, to which no response

is required. To the extent a response is deemed required, Google denies the allegations

in Paragraph 410.

411.    Google lacks information sufficient to admit or deny the existence of the

complaint cited in Footnote 114 and, therefore, it denies these allegations.

Additionally, Paragraph 411 and all of its subparts consist entirely of legal argument,

to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 411 and all of its subparts.

412.  Google admits that the article cited in Footnote 115 exists. To the extent the allegations in Paragraph 412 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 412.

413.  Paragraph 413 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 413.

414.  Paragraph 414 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 414 and all of its subparts.

415.  Google denies the allegations in Paragraph 415.

## **ADDITIONAL STATEMENT**

In addition to the foregoing, the following matters are incorporated into responses to each paragraph of the SAC:

A.  The SAC contains purported references to documents and third-party publications and statements that have often been excerpted, paraphrased, characterized, and otherwise taken out of context. These documents and third-party publications and statements should be considered, if at all, in context and in unmodified

form, and Google respectfully directs the Court to the respective materials for their complete contents.

B.     Except as otherwise expressly stated herein, Google denies each and every allegation in the SAC, including any allegations in the preamble, unnumbered paragraphs, subparagraphs, subparts, prayer for relief, titles, headings, subheadings, table of contents, footnotes, tables, graphs, and illustrations of the SAC, and specifically denies liability to Plaintiffs. To the extent not expressly denied, all allegations for which Google denies possessing knowledge or information sufficient to form a belief are denied.

C.     Google reserves the right to seek to amend and supplement its Answer as may be appropriate or necessary.

## AFFIRMATIVE DEFENSES

Google incorporates by reference the foregoing responses to Plaintiffs' allegations and states that Plaintiffs possess no valid cause of action against Google, and cannot carry their burden of proof as to the required elements of any of their claims, including as to breach of any alleged duty, proximate causation, or the fact or amount of damages. Without undertaking or assuming any burden of proof on any issue on which Plaintiffs must carry the burden under applicable law, and without any admission as to who bears the burden, Google also asserts the following defenses:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The FAC and each claim contained therein fails to state a claim upon which

relief can be granted, fails to state facts sufficient to constitute a cause of action, and

fails to plead cognizable injury.

## SECOND AFFIRMATIVE DEFENSE
### (Section 230 of the Communications Decency Act)

Plaintiffs' claims are barred, in whole or in part, by Section 230 of the

Communications Decency Act, 47 U.S.C. § 230.

## THIRD AFFIRMATIVE DEFENSE
### (First Amendment)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs seek to

impose sanctions on Google for engaging in protected activity under the First

Amendment to the United States Constitution and Section 4 of the Florida

Constitution.

## FOURTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing

to assert some or all of the causes of action alleged and to obtain some or all of the

relief requested.

## FIFTH AFFIRMATIVE DEFENSE
### (Misuse)

Plaintiffs' alleged injuries and harm, if any, were caused or contributed to, directly and proximately, in whole or in part, by misuse, unauthorized use, unintended use, unforeseeable use, and/or improper use of the service(s) at issue in this matter.

## SIXTH AFFIRMATIVE DEFENSE
### (Real Party in Interest)

Plaintiffs' claims are barred because Plaintiffs are not the real parties in interest.

## SEVENTH AFFIRMATIVE DEFENSE
### (Derivative Nature of Unjust Enrichment Claim)

Any unjust enrichment claim is barred, in whole or in part, as entirely derivative of Plaintiffs' other, legally deficient claims.

## EIGHTH AFFIRMATIVE DEFENSE
### (Derivative Nature of Wrongful Death Claim)

Any wrongful death claim is barred, in whole or in part, as entirely derivative of Plaintiffs' other, legally deficient claims.

## NINTH AFFIRMATIVE DEFENSE
### (Derivative Nature of Survival Action)

Any survival action is barred, in whole or in part, as entirely derivative of Plaintiffs' other, legally deficient claims.

## TENTH AFFIRMATIVE DEFENSE
### (Notice)

Plaintiff cannot obtain relief based on actions undertaken by Google of which Google provided notice of all reasonable facts.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Consent)

Plaintiffs and/or the decedent have consented to and/or ratified the conduct

alleged in the SAC.

## TWELFTH AFFIRMATIVE DEFENSE
### (Contract)

Plaintiffs' claims are barred, in whole or in part, by contracts and/or

agreements, including the integrated Terms of Service, they or the decedent entered

into with Google, another Defendant, or third parties.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Pre-Existing Conditions)

The injuries and harms Plaintiffs allege, if any, were the direct result of the

decedent's preexisting medical conditions or idiosyncratic reactions and/or occurred

by operation of nature or as a result of circumstances over which Google had and

continues to have no control.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Failure to Join Indispensable Parties)

Plaintiffs have failed to join necessary or indispensable parties.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Proportionate Fault of Agents, Employees, Contractors)

To the extent any agents, employees, or contractors of Google caused any of

the damages alleged by Plaintiffs, such agents, employees, or contractors were acting

outside the scope of agency employment, or contract with Google, and any recovery

against Google must be reduced by the proportionate fault of such agents, employees, or contractors.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Third Party Fault, Generally)

A percentage of Plaintiffs' alleged injury or loss, if proven, is attributable to (i) other parties from whom Plaintiffs seek recovery in this action, and/or (ii) persons from whom Plaintiffs do not seek recovery in this action. Plaintiffs' claims are therefore barred and/or Plaintiffs' damages must be reduced, in whole or in part, because of the contributory and/or comparative fault of other Defendants or third parties who caused or contributed to Plaintiffs' alleged injuries.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Third Party Fault, Other Services)

Google is not liable for any alleged harm Plaintiffs or the decedent sustained as a result of Plaintiffs or the decedent's use of another Defendant's services; or any non-party's website, app, online service, or other good, product, service or intangible.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Fault)

Plaintiffs' claims are barred and/or Plaintiffs' alleged damages must be reduced, in whole or in part, because Plaintiffs' damages were caused by the comparative negligence of Plaintiffs and/or the decedent, and/or other circumstances over which Google has no control and for which Google is not responsible and not liable. Plaintiffs

are further not entitled to recovery because Plaintiffs and/or the decedent are more than 50% at fault, and thus precluded from recovery. Fla. Stat. § 768.81.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Statutes of Limitations and Repose)

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations and of repose. Plaintiffs' claims are based on alleged acts or omissions that occurred before any applicable limitations period and thus are time-barred.

## TWENTIETH AFFIRMATIVE DEFENSE
### (No Duty or Breach)

Plaintiffs' claims against Google fail as a matter of law because Google neither owed nor breached any duty to any Plaintiff.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Assumption of Risk)

Google owes no duty of care towards Plaintiffs in regard to the alleged inherent risks of Google's, another Defendant's, or any third party's services, and any recovery against Google is barred or limited under the principle of assumption of risk, both express and implied.

## TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Laches)

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of laches to the extent that Plaintiffs unreasonably delayed before pursuing their alleged claims.

## TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiffs' claims are barred, in whole or in part, because of unclean hands, including to the extent Plaintiffs' claims are based in whole or in part on actions that violated Google's, another Defendant's, or any third party's Terms of Service.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Plaintiffs are barred from recovery to the extent of Plaintiffs' and/or the decedent's failure to avoid or mitigate harm, including but not limited to the decedent's failure to cease using the services at issue; failure to seek medical or other assistance in an effort to cease using the services at issue; or failure to otherwise seek medical or other assistance in an effort to address or prevent the decedent's alleged injuries or harm.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Mootness)

Plaintiffs' claims are barred to the extent they are moot, including because Plaintiffs have made numerous allegations about historical practices or other practices that have ceased and that cannot support a request for injunctive or other relief.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Conduct Not Willful/Confirming to Industry Standards)

Google denies that it engaged in any wrongful conduct.  Any conduct by Google was not willful or knowing.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Lack of Causation, Generally)

Google denies all types of causation, general and specific, including cause in fact, proximate cause, and producing cause, with respect to the claims asserted against Google.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Independent, Intervening, or Superseding Causation)

Plaintiffs' alleged injuries, in whole or in part, resulted from independent, intervening, and/or superseding causes for which Google is not legally responsible and which were not foreseeable.

## TWENTY-NINTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

Plaintiffs' equitable claims are barred, in whole or in part, because Plaintiffs have an adequate remedy at law, because Plaintiffs have no factual or legal basis for the grant of equitable relief, and because Plaintiffs' alleged equitable relief would duplicate legal remedies that are alleged.

## THIRTIETH AFFIRMATIVE DEFENSE
### (Cap on Recovery/Collateral Sources)

Google is entitled to have any damages that may be awarded to Plaintiffs reduced by the value of any benefit or payment received, available, or to be received by Plaintiffs from any collateral source, as permitted by law.

## THIRTY-FIRST AFFIRMATIVE DEFENSE
### (Set-off/Recoupment)

Google is not liable for the full amount of the claims to the extent Google is entitled to a set-off.

## THIRTY-SECOND AFFIRMATIVE DEFENSE
### (No Punitive Damages)

Punitive damages are not recoverable by Plaintiffs because Plaintiffs have failed to allege or establish any conduct that would support an award of punitive damages. Further, any claims for punitive or exemplary damages or other civil penalties are barred or reduced by applicable law or statute or, in the alternative, are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines clause of the Eighth Amendment of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution, and applicable provisions of the Constitution of this State or that of any other state whose laws may apply.

## THIRTY-THIRD AFFIRMATIVE DEFENSE
### (Attorneys' Fees Unavailable)

Plaintiffs' request for attorneys' fees in this action is barred because it lacks any basis in law.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE
### (Justification)

Plaintiffs' claims are barred, in whole or in part, because to the extent Google engaged in any of the alleged acts, omissions, or conduct, it did so with justification.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE
### (Ordinary Course of Business)

Plaintiffs' claims are barred, in whole or in part, because at all relevant times, Google's actions were within the ordinary course of business and complied with industry custom and practice.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE
### (State of the Art)

Plaintiffs may not recover from Google because the methods, standards, or techniques of designing and making available the services at issue complied with and were in conformity with the generally recognized state of the art at the time the services were designed and made available to users.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE
### (Authorized Conduct)

At all times material herein, Google's actions were specifically authorized under the laws administered by, or rules and regulations promulgated by, regulatory bodies or officers acting under the authority of the United States.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE
### (Content and Parties Outside of Defendant's Control)

Recovery for Plaintiffs' alleged harm should be barred or reduced to the extent such harm was caused by (a) content created by persons and/or entities not within Google's control and/or (b) changes and/or alterations to the services at issue made by persons and/or entities not within Google's control.

## THIRTY-NINTH AFFIRMATIVE DEFENSE
### (Conformance with Laws)

The claims asserted in the SAC are barred, in whole or in part, because the activities of Google alleged in the SAC conformed with all state and federal statutes, regulations, and industry standards based on the state of knowledge at the relevant times alleged in the SAC.

## FORTIETH AFFIRMATIVE DEFENSE
### (Contemplated Conduct)

Plaintiffs' claims are barred, in whole or in part, because the conduct alleged in the SAC was contemplated by contracts and/or agreements that Plaintiffs or the decedent entered into with Google, another Defendant, or third parties.

## FORTY-FIRST AFFIRMATIVE DEFENSE
### (Due Process Clause)

Plaintiffs' claims are barred, in whole or in part, by the Due Process Clauses of the United States and Florida Constitutions, including to the extent Plaintiffs seek punitive damages.

## FORTY-SECOND AFFIRMATIVE DEFENSE
### (No Reliance)

Plaintiffs' claims may be barred, in whole or in part, because users did not rely (reasonably or otherwise) upon any purported statement by Google.

## FORTY-THIRD AFFIRMATIVE DEFENSE
### (Florida Deception and Unfair Trade Practices Act Exception – Publishers)

Plaintiffs' claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") fails, in whole or in part, because the law does not apply to a publisher, broadcaster, printer, or other person engaged in the dissemination of information or the reproduction of printed or pictorial matter, insofar as the information or matter has been disseminated or reproduced on behalf of others without actual knowledge that it violated FDUTPA. Fla. Stat. § 501.212(2).

## FORTY-FOURTH AFFIRMATIVE DEFENSE
### (Florida Deception and Unfair Trade Practices Act Exception – Personal Injury)

Plaintiffs' FDUTPA claim fairs, in whole or in part, because the law does not apply to a claim for personal injury or death or a claim for damage to property other than the property that is the subject of the consumer transaction. Fla. Stat. § 501.212(3).

## FORTY-FIFTH AFFIRMATIVE DEFENSE
### (Puffery)

Plaintiffs' claims fail, in whole or in part, to the extent that they are based on nonactionable statements of puffery or opinion, rather than statements of fact.

## FORTY-SIXTH AFFIRMATIVE DEFENSE
### (No Consumer Transaction)

Plaintiffs' claims fail, in whole or in part, to the extent that they were not made in connection with a consumer transaction.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE
### (Fraud not Pled with Particularity)

To the extent that Plaintiffs allege fraud, fraudulent concealment, or similar
conduct, Plaintiffs have failed to plead fraud with sufficient particularity.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE
### (Arbitration)

Plaintiffs' claims are barred in whole or in part to the extent that Plaintiffs
and/or the decedent agreed to binding arbitration agreements and have no right to
recovery outside of arbitration.

## FORTY-NINTH AFFIRMATIVE DEFENSE
### (Reservation of Rights/Additional Defenses)

Google hereby gives notice that it reserves the right to rely upon any other
defense that may become apparent as discovery progresses in this matter and reserves
its right to amend the Answer and to assert any such defense. Google also reserves the
right to amend the Answer and to assert any such defense should Plaintiffs at any time
hereafter purport to raise, rely on, or otherwise seek to proceed on any claim or theory
stated in the SAC that has been dismissed. Google also reserves the right to amend the
Answer and to assert any such defense should Plaintiffs at any time hereafter ask the
Court to award relief on the basis of Plaintiffs' prayers for other relief. Nothing stated
herein constitutes a concession as to whether Plaintiffs bear the burden of proof on any
issue.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Google LLC requests:

1.      That judgment be entered in favor of Google and against Plaintiffs, and
that Plaintiffs' action should be dismissed in its entirety with prejudice;

2.      That Plaintiffs take nothing by way of their SAC;

3.      That Google be awarded the costs of defending against this suit,
including reasonable attorneys' fees and other disbursements; and

4.      Such other and further relief as the Court shall deem just and proper.

## **JURY DEMAND**

Google demands a trial by jury on all issues so triable.


                                    Respectfully submitted,

Dated: July 15, 2025                /s/ Lauren Gallo White

                                    Jay B. Shapiro
                                    STEARNS WEAVER MILLER WEISSLER
                                    ALHADEFF & SITTERSON, P.A.
                                    150 W. Flagler Street, Suite 2200
                                    Miami, FL 33130
                                    (305) 789-3200
                                    jshapiro@stearnsweaver.com

                                    Lauren Gallo White (PHV) (Lead Counsel)
                                    WILSON SONSINI GOODRICH & ROSATI
                                    One Market Plaza, Spear Tower
                                    Suite 3300
                                    San Francisco, CA 94105-1126
                                    (415) 947-2000
                                    lwhite@wsgr.com

Fred A. Rowley, Jr. (PHV)
Matthew K. Donohue (PHV)
WILSON SONSINI GOODRICH & ROSATI
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

*Counsel for Google LLC and Alphabet Inc*

## CERTIFICATE OF SERVICE

I certify that, on July 15, 2025, I electronically filed the foregoing with the
Clerk of the Court by using the CM/ECF system, which will send a notice of
electronic filing to all counsel of record.

Dated: July 15, 2025                  */s/ Lauren Gallo White*
                                      Lauren Gallo White