## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S III, <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC <br><br> Defendants. | Civil No. 6:24-cv-01903-ACC-DCI |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiffs, MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S III, will take the deposition upon oral examination of the following individual, at the time and location set forth herein:

**WITNESS:**  Daniel De Freitas

**DATE:**  August 29, 2025

**TIME:**  10:00 AM to 1:00 (PST)

**LOCATION:**  555 Twin Dolphin Dr., 5th Floor,
Redwood Shores, California 94065

*(Zoom link will also be provided for remote appearances)*

**[PLEASE ADVISE IF AN INTERPRETER IS NECESSARY]**

The oral examination will be taken before any Notary Public, authorized court reporter, or officer authorized by law to take depositions in the State of California. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable Rules of Civil Procedure.

The deposition will be recorded by stenographic and audiovisual means. The audiovisual operator will be the Court Reporter at the addresses described herein. The deposition will also be available via Zoom for counsel not attending the deposition in person.

**PLEASE TAKE FURTHER NOTICE that:**

1.     The deposition will be conducted in-person and using audio-visual conference technology by the reporter;

2.     Counsel for the parties will be participating from the above referenced location;

3.     Counsel may also appear via Zoom;

4.     Each participating attorney must be visible to all other participants;

5.     Exhibits will be provided electronically to the witness and all participants;

6.     The deposition will be recorded; and

7.     Counsel for all parties will be required to stipulate on the record:

a. Their consent to the manner of deposition; and

b. Their waiver of any objection to the admissibility at trial of this testimony based on the manner of conducting the deposition.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 28, 2025, a true and correct copy of the foregoing document was filed electronically using CM/ECF, which will send an electronic notice to all counsel or parties on the service list.

DATED: July 28, 2025.

/s/ Amy L. Judkins
Amy L. Judkins
Florida Bar No.: 125046
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803
amy.judkins@normandpllc.com

Christopher M. Hudon
christopher.hudon@normandpllc.com
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803

Matthew Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER

(206) 741-4862
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104

Meetali Jain
meetali@techjusticelaw.org
Melodi Dincer
melodi@techjusticelaw.org
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue Southeast #337
Washington, DC 20003

*Attorneys for Plaintiffs*