# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S III, <br><br> Plaintiffs, <br><br> v. <br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC <br><br> Defendants. | Civil No. 6:24-cv-01903-ACC-DCI |

## NOTICE OF WITHDRAWAL OF DISCOVERY NOTICE

Plaintiffs, MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S III, ("Plaintiffs") respectfully withdraw the Notice of Taking Videotaped Deposition (ECF No. 170). Plaintiffs inadvertently filed this document instead of serving it upon all parties.

*/s/ Amy L. Judkins*
Amy L. Judkins

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2025, a true and correct copy of the foregoing document was filed electronically using CM/ECF, which will send an electronic notice to all counsel or parties on the service list.

DATED: July 28, 2025.

1

/s/ Amy L. Judkins
Amy L. Judkins
Florida Bar No.: 125046
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803
amy.judkins@normandpllc.com

Christopher M. Hudon
christopher.hudon@normandpllc.com
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803

Matthew Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
(206) 741-4862
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104

Meetali Jain
meetali@techjusticelaw.org
Melodi Dincer
melodi@techjusticelaw.org
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue Southeast #337
Washington, DC 20003

*Attorneys for Plaintiffs*

2