# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC. et al., <br><br> Defendants. | Civil Case No. 6:24-cv-01903-ACC-DCI <br><br> **UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY** |

Defendant Noam Shazeer moves for leave for his counsel to appear telephonically or by video conference for the Discovery Status Conference on August 13, 2025. Mr. Shazeer declares in support of this request:

WHEREAS, the undersigned counsel is Mr. Shazeer's primary counsel responsible for discovery matters;

WHEREAS, before the Court set the Discovery Status Conference for hearing, counsel had been scheduled to defend an expert deposition in another matter on August 14, 2025, in San Francisco, California;

WHEREAS, Plaintiffs' counsel does not object to the relief sought herein;

WHEREAS, Mr. Shazeer respectfully requests that the Court authorize his counsel to appear telephonically or by video conference for the August 13, 2025,

Discovery Status Conference.

## INCORPORATED MEMORANDUM OF LAW

The Court, for good cause shown, may permit counsel to appear at hearings remotely. This unopposed motion is submitted in good faith due to counsel's need to be present in San Francisco throughout this week due to counsel's deposition schedule in another matter. No party will be prejudiced by the relief sought herein.

THEREFORE, Mr. Shazeer respectfully requests that the Court enter an order granting his counsel leave to appear telephonically or by video conference for the August 13, 2025 Discovery Status Conference.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on August 11, 2025, counsel for Mr. Shazeer conferred with counsel for Plaintiffs by email, who confirmed that Plaintiffs do not oppose the relief sought herein.

DATED: August 11, 2025

Respectfully submitted,

/s/ *Isaac D. Chaput*
Paul W. Schmidt  *(pro hac vice)* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
620 Eighth Avenue,
New York, New York 10018-1405
Telephone: + 1 (212) 841-1171
Email:  pschmidt@cov.com

Isaac D. Chaput *(pro hac vice)*
COVINGTON & BURLING LLP
Salesforce Tower

415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-7020
Email:  ichaput@cov.com

*Attorneys for Defendant Noam Shazeer*