## 1903UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

---

**MEGAN GARCIA and SEWELL SETZER, JR.,**

      **Plaintiffs,**

**v.**                                    **Case No. 6:24-cv-1903-ACC-DCI**

**CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA and GOOGLE LLC,**

      **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | 5C |
|---|---|---|---|
| DEPUTY CLERK: | Tiffany Palmer | COUNSEL FOR PLAINTIFF: | Amy Judkins<br>Christopher Hudon |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Vistoria Degtyareva<br>Dustin Mauser-Classen<br>Isaac Chaput<br>Andrew Schapiro<br>Oliva Yeffet<br>Matthew Donahue |
| DATE/TIME: | August 13, 2025<br>10:02 A.M. – 10:15 A.M. | | |
| TOTAL TIME: | 13 minutes | | |

## CLERK'S MINUTES
### Discovery Conference

Case called; appearances taken; procedural setting by the Court.
Court advises counsel/parties of the discovery order entered early in the case.
Court addresses questions from counsel.
Counsel inquires of Court's sealing preferences.
Court adjourned.