# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S. III,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>    Defendants. | Civil Case No. 6:24-cv-01903-ACC-DCI<br><br>**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF DEFENDANT NOAM SHAZEER'S REPLY BRIEF IN SUPPORT OF HIS RENEWED MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Isaac D. Chaput, declare and state as follows:

1.  I am a Partner at the law firm of Covington & Burling LLP. I represent Defendant Noam Shazeer in the above-captioned matter. This declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2.  I submit this declaration in support of Mr. Shazeer's Reply Brief in Support of his Renewed Motion to Dismiss the Amended Complaint.

3.  Attached as **Exhibit A** is a true and correct copy of a document produced by Mr. Shazeer in the course of this action, Bates stamped Garcia-NS-0001199.

4. Attached as **Exhibit B** is a true and correct copy of a document produced by Character Technologies, Inc. in the course of this action, Bates stamped 103CAI00000593.

5. Attached as **Exhibit C** is a true and correct copy of a document produced by Character Technologies, Inc. in the course of this action, Bates stamped 103CAI00000708. The purchase price and number of shares for non-parties has been redacted as that information is immaterial to the motion.

6. Attached as **Exhibit D** is a true and correct copy of a document produced by Character Technologies, Inc. in the course of this action, Bates stamped 103CAI00002289.

7. Attached as **Exhibit E** is a true and correct copy of a document produced by Character Technologies, Inc. in the course of this action, Bates stamped 103CAI00000237.

I declare under penalty of perjury of the laws of the United States that the above and foregoing is true and correct. Executed on this 22nd day of September, 2025.

Dated: September 22, 2025         */s/ Isaac D. Chaput*
                                  Isaac D. Chaput