# EXHIBIT D

# Filed Provisionally Under Seal