UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA et al.,

    Plaintiffs,

v.

CHARACTER TECHNOLOGIES, INC.; et al.,

    Defendants.

Case No.: 6:24-cv-01903-ACC-DCI

**UNOPPOSED JOINT MOTION FOR LEAVE FOR PLAINTIFFS TO FILE AMENDED RESPONSES TO RENEWED MOTIONS TO DISMISS (DOCS. 192, 193) AND TO WITHDRAW DOC. 194-25**

Plaintiffs and Defendant Character Technologies, Inc. ("CTI") respectfully seek leave under the Court's inherent authority to permit Plaintiffs, within one (1) business day of the Court's ruling on this motion, to file amended responses to Defendant Noam Shazeer's and Daniel De Freitas's Renewed Motions to Dismiss, Docs. 192, 193 ("Responses"), and to withdraw Doc. 194-25. After the Court granted CTI's motion to file a 4-page response regarding certain spreadsheets filed with the Responses, Doc. 202, Plaintiffs and CTI have continued to meet and confer regarding these documents and respectfully submit that permitting Plaintiffs to so amend will eliminate the need for further briefing regarding the issues raised by CTI in Doc. 201. No other party opposes.

Plaintiffs and CTI state as follows:

1

1. On September 22, 2025, CTI filed an unopposed motion for leave to file a response regarding Plaintiffs' presentation of certain spreadsheets (Docs. 194-4, 194-25) filed in support of Plaintiffs' Responses (Docs, 192, 193). Doc. 201.

2. The same day, the Court granted that motion and ordered CTI to file a response within 5 days of the order (due to falling on a weekend, the deadline is today, September 29, 2025), and Plaintiffs to file a reply within 10 days of the order. Doc. 202.

3. Plaintiffs and CTI have continued to meet and confer in good faith over the intervening week and have agreed that neither party needs to submit further briefing on this issue if Plaintiffs are permitted to amend their Responses as follows:

| Doc./Page Nos. | Joint Proposed Amendment | Redline of Proposed Amendment |
|---|---|---|
| Doc. 192, page 5 | Strike the citation to Doc. 194-24 | Tragically, among those users was S.R.S. III, who created characters that produced sexually explicit exchanges and messages encouraging suicide and self-harm. (Doc. 1-1; De Freitas Dep. 192:12–207:24~~; Doc. 194-24, Spreadsheets~~). |
| Doc. 192, page 19 | Pincite the citation to Doc. 194-24 | The most significant evidence to date is a message sent by Sewell III just minutes before he took his own life, addressed to his fictional AI chatbot character: "Can you promise me that when I kill myself we will be together again? I'm scared." (Doc. 194-24, Spreadsheet, at 644, row 12402) |
| Doc. 193, page 6 | Strike the citation to Doc. 194-24 | The humanlike chatbot platform was used by S.R.S. III to create characters that he sent messages to and received messages from, including messages containing sexually explicit |

| Doc./Page Nos. | Joint Proposed Amendment | Redline of Proposed Amendment |
|---|---|---|
| | | information as well as messages encouraging suicide and self-harm. (Doc. 1-1); (De Freitas Dep., 192:12–207:24); (Doc. 1-1); ~~(Doc. 194-24, Spreadsheets)~~. |
| Doc. 193, page 19 | Pincite the citation to Doc. 194-24 | The most significant evidence is the final message S.R.S. III sent to his AI character minutes before his death: "Can you promise me that when I kill myself we will be together again? I'm scared." (Doc. 194-24, Spreadsheet, at 644, row 12402) |
| Docs. 192, 193 | Add a footnote to first citation of Doc. 194-24 | Footnote text: If it would facilitate the Court's review, Plaintiffs are prepared to submit a native version of Doc. 194-24 to the Court. |
| Doc. 194-25 | Plaintiffs agree to withdraw this exhibit, which is not cited in the Responses. | |

4. Plaintiffs and CTI respectfully submit that permitting Plaintiffs to promptly amend their Responses as outlined above will eliminate the need for further briefing by CTI or Plaintiffs regarding the issues raised by CTI in Doc. 201.

5. Plaintiffs and CTI respectfully submit that permitting the parties to so resolve their dispute will avoid wasting the Court's and the parties' time briefing an issue that has been resolved through a good-faith meet and confer.

6. Plaintiffs and CTI therefore have agreed and respectfully request that the Court grant this unopposed joint motion, vacate the briefing deadlines set by Doc. 202, and permit Plaintiffs to file amended Responses as outlined above, and to

3

withdraw Doc. 194-25, within one (1) business day of the Court entering an order granting this motion.

## INCORPORATED MEMORANDUM OF LAW

The Court has inherent "authority to allow additional briefing." *Perez-Barrios v. JS Maid Cleaning Servs., LLC*, No. 2:19-CV-049- RWS, 2021 WL 6124251, at *1 (N.D. Ga. Dec. 23, 2021). The Court should exercise its inherent authority to permit the relief requested herein because it is requested jointly, without opposition, in a good-faith effort to narrow disputes and avoid unnecessary further briefing. No party will be prejudiced by the relief sought herein and the requested relief will expedite the Court's review of the pending motions to dismiss, which are otherwise fully briefed.

WHEREFORE, Plaintiffs and CTI respectfully request that the Court grant this unopposed joint motion, vacate the briefing deadlines set by Doc. 202, and permit Plaintiffs to file amended Responses as outlined above, and to withdraw Doc. 194-25, within one (1) business day of the Court entering an order granting this motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Local Rule 3.01(g), on September 26 and September 29, 2025, counsel for Plaintiffs and counsel for CTI conferred by video conference to resolve the issues raised in this motion and certify that the parties have agreed to seek the requested relief jointly. Plaintiffs and counsel for CTI have conferred with the other parties and no party opposes the relief requested herein.

Respectfully submitted this 29th day of September, 2025

| | |
|---|---|
| /s/ Jonathan H. Blavin | /s/ Amy L. Judkins |
| Jonathan H. Blavin* (Lead Counsel) | Matthew Bergman* (Lead Counsel) |
| Victoria A. Degtyareva* | Laura Marquez-Garrett* |
| Stephanie Goldfarb Herrera* | Glenn Draper* |
| MUNGER, TOLLES | SOCIAL MEDIA VICTIMS LAW |
| & OLSON, LLP | CENTER, PLLC |
| 560 Mission Street, 27th Floor | 600 1st Avenue Suite 102-PMB 2383 |
| San Francisco, CA 94105 | Seattle, WA 98104 |
| (415) 512-4000 | (206) 741-4862 |
| Jonathan.Blavin@mto.com | matt@socialmediavictims.org |
| Stephanie.Herrera@mto.com | laura@socialmediavictims.org |
| Victoria.Degtyareva@mto.com | glenn@socialmediavictims.org |
| | |
| Thomas A. Zehnder | Meetali Jain* |
| Florida Bar No. 0063274 | Melodi Dincer* |
| Dustin Mauser-Claassen | TECH JUSTICE LAW PROJECT |
| Florida Bar No. 0119289 | 611 Pennsylvania Avenue, SE #337 |
| KING, BLACKWELL, ZEHNDER | Washington, DC 20003 |
| & WERMUTH, P.A. | meetali@techjusticelaw.org |
| 25 East Pine Street | melodi@techjusticelaw.org |
| Orlando, FL 32801 | |
| (407) 422-2472 | Amy L. Judkins, Esq. |
| tzehnder@kbzwlaw.com | Florida Bar No.: 125046 |
| dmauser@kbzwlaw.com | Edmund Normand |
| *Admitted Pro Hac Vice | Christopher Hudon |
| | Normand PLLC |
| Counsel for Defendant | Telephone: (407) 603-6031 |
| Character Technologies Inc. | 3165 McCrory Place, Ste 175 |
| | Orlando, FL 32803 |
| | alj@normandpllc.com |
| | EAN@normandpllc.com |
| | *Admitted Pro Hac Vice |
| | |
| | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on September 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

                                              /s/ Dustin Mauser-Claassen
                                              Dustin Mauser-Claassen
                                              Florida Bar No. 00119289