# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MEGAN GARCIA and SEWELL SETZER, JR.,**

    **Plaintiffs,**

v.                     Case No. 6:24-cv-1903-ACC-DCI

**CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FRIETAS ADIWARSANA and GOOGLE LLC,**

    **Defendants.**

_____/

## ORDER

Upon review, attorney Melodi Dincer has failed to comply with the court's Order (Doc. Nos. 101, 127) directing her to comply with the administrative procedures regarding electronic filing within thirty (30) days.

Therefore, it is **ORDERED** that Ms. Dincer shall show cause within fourteen (14) days why sanctions should not be imposed for failure to comply. Failure to respond to this Order will result in the imposition of sanctions without further notice from the court.

**ORDERED** in Orlando, Florida, on October 31, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:
Counsel of Record