# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representatives of the Estate of S.R.S III,<br><br>Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC<br><br>Defendants. | Civil No. 6:24-cv-01903-ACC-DCI |

## NOTICE OF FILING PUBLICLY FILED DOCUMENTS

Plaintiffs, MEGAN GARCIA and SEWELL SETZER JR., provide notice of filing documents in compliance with the Court's Order on Plaintiffs' Motion to Seal (Doc. 221). Pursuant to that Order, Plaintiffs provide the following documents on the public docket:

| Exhibit No. | Document | Previous Docket Entry | Current Docket Entry |
|---|---|---|---|
| 1 | Amended Response to De Frietas' Renewed Motion to Dismiss | Doc. 213 | 226-1 |
| 2 | Amended Response to Shazeer Motion to Dismiss | Doc. 214 | 226-2 |
| 3 | De Freitas' Deposition Transcript | Doc. 194-1 | 226-3 |

| 4 | Shazeer Deposition Transcript | Doc. 194-2 | 226-4 |
|---|---|---|---|
| 5 | Kaplan Email | Doc. 195-5 | 226-5 |
| 6 | Offer Letter | Doc. 195-6 | 226-6 |
| 7 | License Agreement (placeholder) | Doc. 194-7 | 226-7 |
| 8 | Pitch Deck | Doc. 194-8 | 226-8 |
| 9 | Shazeer Agreement | Doc. 194-22 | 226-9 |
| 10 | Spreadsheet Data | Doc. 194-24 | 226-10 |

DATED: November 17, 2025.

/s/ Amy L. Judkins
Amy L. Judkins
Florida Bar No.: 125046
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803
amy.judkins@normandpllc.com

Christopher M. Hudon
christopher.hudon@normandpllc.com
NORMAND PLLC
(407) 603-6031
3165 McCrory Place, Ste. 175
Orlando, FL 32803

Matthew Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
(206) 741-4862
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104

Meetali Jain
meetali@techjusticelaw.org
Melodi Dincer
melodi@techjusticelaw.org
TECH JUSTICE LAW PROJECT

611 Pennsylvania Avenue Southeast #337
Washington, DC 20003

*Attorneys for Plaintiffs*