# Fwd: Interactive Language Models Draft from Anthropic

**From:**          Noam Shazeer <​█████████████​>
**To:**            Daniel Adiwardana <​████████████​>
**Date:**          Tue, 23 Nov 2021 01:08:48 +0000
**Attachments:**   AlignmentLab.pdf (2.19 MB)


---------- Forwarded message ---------
From: **Jared Kaplan** <​████████████████​>
Date: Sun, Nov 21, 2021 at 3:40 PM
Subject: Interactive Language Models Draft from Anthropic
To: <​██████████████​>

Hi Noam,

We haven't met, but of course I'm very familiar with your work on language models, and maybe you're also aware of my work on GPT-3, Codex Models, and more uniquely, on Scaling Laws in ML (developed with Sam McCandlish and others).

I'd heard from friends that you've left Google and are starting your own company to develop large interactive language models. I guess I've also heard rumors that it's been frustrating for you at Google, and you haven't been able to move very quickly, due to "safety" and PR concerns.

I personally have complicated feelings about "AI Safety", and Anthropic in general does take safety quite seriously, but I've been viewing the current climate of concern more as an opportunity rather than as an obstacle. So I lead a team here that's just trying to solve these safety problems directly, in general, as I expect we will create a great deal of value when we succeed.

This is also tied to much of our other work here -- of course we are training large, powerful language and code models, but a lot of our focus is on further finetuning with RL on a large suite of tasks, as we expect this will lead to both greatly improved performance and much better steerability. With RL and a few other techniques, my hope is that many of the safety concerns with large language models just won't be very difficult!

So I thought I'd share some very basic work (attached rough draft) we've been doing towards these goals. It's more about science than concrete progress, but I think it shows that our goals are achievable, and it also gives a sense for what we're actively working on now, which is making general language assistants that are helpful, honest, and harmless, and that can work with users on any task whatsoever.

Of course the real reason I'm reaching out is because I'm wondering if there's a way for us to work together. We've already built an extremely well-funded company, the infrastructure for large LM training, sampling, and RL, and an exceptionally strong team. Most likely you're focused on building your own effort, but if your real goal is just to make rapid progress with an exceptional team of researchers, I wonder if joining us could make sense for you.

Obviously, no hard feelings at all if you're not interested, but I thought it would be worthwhile to at least float the possibility. If you are interested in chatting, just let me know and we can figure out a time?

Highly Confidential Attorneys' Eyes Only                                                          GARCIA-NS-0001047

Best,
Jared

Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0001048