# PLACEHOLDER

# EXHIBIT 7

# License and Release Agreement

# (filed under seal)