# Character.ai

**December 8, 2021**

Confidential

DeFreitas_0000087

De Freitas
DEPOSITION
EXHIBIT
6
PENGAD 800-631-6989

# About Noam

- Always into AI

- Early days of Google

  - Spellchecker ("did you mean")

  - First targeting system for AdSense  ("PHIL" topic-clustering model)

  - Other large-scale ML systems

Confidential

DeFreitas_0000088

# **Noam and LLMs**

- 2016 - predicted that large neural language models are the future

- Goal: invent critical innovations and make them available to the world

  - Guts of "Transformer" architecture

  - Distributed computing strategy (Mesh-Tensorflow)

  - High-performance sparsity (MoE)

  - optimization, fast-decoding, long sequences, etc.

Confidential

DeFreitas_0000089

# GPT-3 (according to several OpenAI employees)

- OpenAI was directionless

- Attended Noam's <u>talk</u> in 2018

- Took notes and implemented

- This became GPT-3

- Continue to monitor and implement many of Noam's papers

Confidential

DeFreitas_0000090



**Kevin Lacker**
@lacker

# GPT-3 can't quite pass a coding phone screen, but it's getting closer.

Human: Hello, who are you?
AI: I am an AI created by OpenAI. How can I help you today?
Human: Are you ready to write some Ruby code? We're going to do a phone screen.
AI: Sure! Let's go.
Human: Write code to reverse an array.
AI: Can I use a method that already exists?
Human: Sure.
AI: Array.reverse
Human: Good work. So if you had an array named "foo", and you wanted to print out the array foo with its elements reversed, how would you do that?
AI: I would call Array.reverse on "foo".
Human: You also have to print it. Can you write code for it?
AI: Sure. print(foo.reverse)
Human: Nice! Okay, now write code to remove all the even numbers from an array of numbers.
AI: Sounds like I should remove all the elements that are divisible by 2.
Human: Yes.
AI: my_array.gsub(/\d+(?:\d\d)/) {|x| x % 2 == 0 ? '_': x }
Human: Interesting. It looks like you're assuming the input is an array of strings. You can make the code simpler if you just assume it's an array of numbers.
AI: ok. my_array.gsub(/\d+(?:\d\d)/) {|x| x % 2 == 0 ? '_': x }
Human: Well, you don't need to do a gsub at all. Try doing it without regular expressions.
AI: my_array.select {|x| x % 2 == 0 }.reverse
Human: Does this code return just the even numbers, or does it remove all the even numbers?
AI: It returns just the even numbers.
Human: Ah, ok. We wanted to remove all the even numbers, rather than returning them. Can you write code for that?
AI: Sure. my_array.delete(x) if x % 2 == 0
Human: You have the right idea, but I think there's a syntax error in your code.
AI: ok, what am I missing?
Human: You're using the variable x without defining it.
AI: x = []
Human: Sorry, I don't think you pass this phone screen. Better luck next time.
AI: I had a lot of fun. Let's try again tomorrow!

Confidential

DeFreitas_0000091

# GitHub Copilot (based on GPT-3)



Confidential

DeFreitas_0000092

# About Daniel

- Lifelong mission to create human like chatbots

- Recruited fifteen "20%"ers from around Google to forsake their day jobs and help build "Meena" chatbot demo.

- In 2020, Noam adds a giant model, and Meena becomes massively impressive viral internal demo - renamed LaMDA.

Confidential

DeFreitas_0000093

# Google LaMDA (Sundar I/O Demo)



am not just a random ice ball. I am actually a beautiful planet.

well I think you're beautiful

LaMDA

I am glad to hear that. I don't get the recognition I deserve. Sometimes people refer to me as just a dwarf planet.

1:53 / 5:54

Watch Google's AI LaMDA program talk to itself at length (full conversation)

52,268 views · May 18, 2021

👍 1.1K  👎 33  ↗ SHARE  ⊞+ SAVE  ...

Confidential

DeFreitas_0000094

# Transformative Applications (next 1-3 years)

- Coding

- Open-ended dialog (chatbots)

- Human-like customer service

- Tutoring/Education

Confidential

DeFreitas_0000095

# Recent funding events

- Anthropic (11 people, no IP): 124M series A  @1B valuation

- Cohere: 40M series A

- AI21: 25M series A

- HuggingFace: 40M series B

Confidential

DeFreitas_0000096

# Starting a Company

- **Want to capitalize on future innovations**

- Left Google a month ago

- Lots more inbound interest from top people

- Lots of interest from Angels/VCs - taking first seed note

DeFreitas_0000097

# Founding Team

Noam knows LLM better than anyone, and can recruit/lead best team

- Can identify likely next ten 2x-10x improvements in cost/intelligence

- Know the pitfalls and how to avoid them

- Was advising ~10 groups at Google in all of the relevant areas; top researchers/engineers want to work with us

Daniel - tenacity, experience and leadership on dialog

5 additional excellent Google Brain researchers
(all passionate about LLMs/Dialog)

Confidential

DeFreitas_0000098

# **Vertical Integration: LLMs + Dialog**

- Co-design

- Pretraining data, Model Architecture affect product quality + performance.

- Researchers are motivated by product

- Someone needs to take responsibility for quality and safety

- Optimize for the right metrics

Confidential

DeFreitas_0000099

Case 6:24-cv-01903-ACC-DCI   Document 226-8   Filed 11/17/25   Page 14 of 20 PageID 5458

# Version-Zero Capabilities
(Get this working rapidly in 3-6 months)

- Open-Domain Conversation

- Intelligent

- Knowledgeable (has read as much as a person in 1000 lifetimes)

- Multilingual

- Safe  (good filters)

- Interesting, Fun, Empathetic

- Long context window (spans many conversations)

- Easily controllable persona (e.g. prompt or example text)

- Use external knowledge tools where appropriate

Confidential

DeFreitas_0000100

# Version-Zero - a million use cases:

- Fun and Interesting Conversations / Discussions

- Companionship / Emotional Support
  (some therapy techniques without the therapy label)

- Recommendations
  (books, movies, travel, etc.)

- Foreign Language Practice

- Practice Social Situations
  (interviews, etc.)

- Assistive Writing (grammar, style, content, etc.)

- Music Composition, Poetry, etc.

- Create your own character, share with friends

- Conversational information retrieval

Confidential

DeFreitas_0000101

# Subsequent Capabilities

- Natural Audio-Video Interface

- API calls / transactions

- Gather training data for important use cases, e.g. tutoring

Confidential

DeFreitas_0000102

# Some Subsequent Use Cases

- Education/Tutoring in other domains

- Information Retrieval

- Personal assistant / Home automation, etc.

- Customer Support (with transactions)

- Life Coach (real-time)

- Chat with a character from a book

- ...

Confidential

DeFreitas_0000103

# Moat

- Quality

- Quality

- Quality



Confidential

# Training / Serving Costs

- Train GPT-3: $1M

  - Smarter model is more expensive

- Analyze/Generate Text: $10^{-6}$ per word

  - Actually more expensive (inefficiencies, rejection, peakiness, etc.)

  - Reading a paperback: $10^{-4}$ per word

  - Dialog applications likely possible for pennies per hour

Confidential

DeFreitas_0000105

# Company Plan

- Large research/eng team working on:

  - Improvements to intelligence/cost

  - Dialog application(s) - quality, safety, front-end, etc.

  - Multimodality (A/V dialog experiences)

  - (Up to 50 employees in first year)

- ~1000+ NVIDIA-A100 GPUs

  - Evaluating buy vs. cloud options

  - 1K GPUs - train GPT3-size model in 3 weeks

- Total spend rate: ~$20-30M in first year (ramp up compute further once we have proven a valuable application)

Confidential

DeFreitas_0000106