## GOOGLE INC.

## AT-WILL EMPLOYMENT, CONFIDENTIAL INFORMATION, INVENTION ASSIGNMENT AND ARBITRATION AGREEMENT



THE

*Former Employer Information.*

*Third Party Information.*

Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0002413

Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0002414



4.

Highly Confidential Attorneys' Eyes Only



**8. Solicitation of Employees**. I agree that for a period of twelve (12) months immediately following the termination of my relationship with the Company for any reason, whether with or without cause, I shall not either directly or indirectly solicit, induce, recruit or encourage any of the Company's employees to leave their employment, or take away such employees, or attempt to solicit, induce, recruit, encourage or take away employees of the Company, either for myself or for any other person or entity.

9.

Highly Confidential Attorneys' Eyes Only



Attorneys' Eyes Only

GARCIA-NS-0002417



Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0002418

Eff. Date: Sept. 2011
CA Version

06/18/2012                               Noam Shazeer
**Date**                                 **Signature**

Noam Shazeer
**Name of Employee (typed or printed)**

e-sign agreement

---

Exhibit A

**GOOGLE INC.**

**Title**      **Date**

Number of inventions / improvements :

Add Invention



Highly Confidential Attorneys' Eyes Only                          GARCIA-NS-0002419

Date: 06/18/2012

e-sign exhibit A

## Exhibit B

### GOOGLE INC.



## Exhibit C

### GOOGLE INC.

Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0002420

# Termination Certification



☐WAN card

☐Other: _____

**Date**

**Address for Notifications**

GARCIA-NS-0002421

Highly Confidential Attorneys' Eyes Only

GARCIA-NS-0002422