**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN GARCIA and SEWELL SETZER, JR.,**

    **Plaintiffs,**

v.                                                     Case No:  6:24-cv-1903-ACC-DCI

**CHARACTER TECHNOLOGIES, INC.,**
**NOAM SHAZEER, DANIEL DE FRIETAS**
**ADIWARSANA and GOOGLE LLC,**

    **Defendants.**
_____/

## ORDER

This case is before the Court upon review of the file. On October 31, 2025, the Court entered an Order to Show Cause (Doc. No. 222) as to attorney Melodi Dincer for failure to register for CMECF within the time allotted by the Order to Comply with Electronic Filing (Doc. Nos. 101, 127). The attorney was warned that failure to comply with the Order to Show Cause may result in her termination from the case. Attorney Melodi Dincer has failed to comply, and the time to do so has now passed. Accordingly, it is

**ORDERED** that attorney Melodi Dincer is terminated from the case. The Clerk of Court is **DIRECTED** to terminate Melodi Dincer as counsel for the plaintiff.

**DONE AND ORDERED** in Orlando, Florida on November 18, 2025.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:
Counsel of Record