# EXHIBIT B

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

953 East Third Street
Suite 100
Los Angeles, California 90013-1952

O: 323.210.2900
F: 866.974.7329

MATTHEW DONOHUE
Email: mdonohue@wsgr.com

November 8, 2025

**Via Electronic Mail**

Matthew P. Bergman
Social Media Victims Law Center
600 1st Ave, Suite102-PMB 2383
Seattle, WA 98104
matt@socialmediavictims.org

      Re:    *Megan Garcia, et al., v. Character Technologies, Inc., et al.*, Case No. 6:24-cv-01903-ACC-DCI

Counsel:

      We were disappointed to receive your letter on November 4, which seems to revert virtually all of the progress we believed had been made in the multiple meet-and-confer conversations we have had since Google served its Responses and Objections to Plaintiffs' First Set of Requests for Production, more than three months ago, on July 21.

      As you are aware, on those calls, we discussed each of Plaintiff's requests, one by one, and I provided an explanation of the basis for Google's objections. As to many of these requests, you recognized our concerns, agreed that they were well-founded, and said you would take them under advisement. For several requests, you specifically agreed that you would propose a narrowed request to address our concerns. By my notes, those included requests 8-10, 38, 42 and 43. You also indicated that you would withdraw Request 28.

      On our most recent call, on Wednesday, October 15, you reiterated that you would follow up in writing shortly. After not hearing from you for two more weeks, last Friday, October 31, we sent proposed search terms to be run over Google's data to move the document production forward.

      Your November 4 letter does not appear to acknowledge any of the discussions we've had or respond to our search term proposal. Instead, it contains a laundry list of questions asking us to re-explain in writing what we already explained in our multiple meet-and-confer calls. You are aware of our objections and aware that we are willing to confer further on specific, relevant categories of documents. But it is not productive to demand further written explanations for our objections without any plan for moving forward, particularly at this stage in the case.

WILSON SONSINI

Matthew P. Bergman
Social Media Victims Law Center
November 8, 2025
Page 2

      At this juncture, in light of this history, Google maintains the objections set forth in its Responses & Objections. However, Google has agreed to produce a substantial number of documents notwithstanding those objections, and stands by compromises we agreed to in our meet and confer calls. If these compromises are, for some reason, not workable for Plaintiffs, we are happy to review your counterproposal and respond in kind.

      Sincerely,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      Matthew Donohue