# EXHIBIT C



600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
(206) 741-4862

Matthew P. Bergman
Attorney
matt@socialmediavictims.org

November 20, 2025

**SENT BY ELECTRONIC MAIL AND US MAIL**

Matthew K. Donohue
Amit Gressel
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza, Spear Tower, Ste. 3300
San Francisco, CA 94105

RE:   *Megan Garcia v. Character Technologies, Inc., et al.*

Matt & Amit:

Thanks speaking with us on November 17 regarding our letter of November 4. As a follow up to our conversation, we are writing to convey Plaintiffs' narrowing of certain Requests for which Google has refused to produce responsive documents and propose additional search terms in relation to Google's October 31st proposed search term list.

**Google's Refusal to Produce**

In response to nearly half of Plaintiff's Requests for Production, Google has outright refused to produce any documents. In the spirit of compromise and to avoid motions practice, we offering the following: Plaintiff would agree to withdraw Request Nos. 18, 22, 26, 28, 32, and 38, and would further agree to modify the remaining requests as set forth below, on the condition that Google fully produce responsive documents to those modified requests within 30 days. The proposed modifications are as follows:

| **Original Request for Production** | **Proposed Modifications** |
|---|---|
| 4. Produce all documents and communications either received by or created by former Google employee Blake Lemone that refer or relate to LaMDA. | 4. Produce all documents and communications either received by or created by former Google employee Blake Lemone that refer or relate to ethical or safety concerns regarding LaMDA. |

November 20, 2025
Page 2 of 4

| | |
|---|---|
| 6. Produce documents and communications either received by or created by former Google employee Timnit Gebru that refer or relate to LaMDA. | 6. Produce documents and communications either received by or created by former Google employee Timnit Gebru that refer or relate to ethical or safety concerns regarding LaMDA. |
| 7. Produce documents and communications either received by or created by Google employee El Mahdi El Mhamdi that refer or relate to LaMDA. | 7. Produce documents and communications either received by or created by Google employee El Mahdi El Mhamdi that refer or relate to ethical or safety concerns regarding LaMDA. |
| 15. Produce all agreements, contracts or memoranda of understanding setting forth any financial terms, respective legal rights and obligations of Google, Shazeer and/or DeFreitas following their 2024 return to Google including but not limited to their job descriptions and right to the use and application of any technologies they worked on or developed while at Character Technologies. | 15. Produce all agreements, contracts or memoranda of understanding created in 2024 governing the financial terms, respective legal rights and obligations of Google, Shazeer and/or DeFreitas including but not limited to their job descriptions and right to the use and application of any technologies they worked on or developed while at Character Technologies. |
| 16. Produce all agreements, contracts or memoranda of understanding setting forth any financial terms, respective legal rights and obligations of former Character Technologies employees hired by Google after July 2024 including but not limited to their job descriptions and right to the use and application of any technologies they worked on or developed while at Character Technologies. | 16. Produce all documents containing the job description of former Character Technologies employees hired by Google after July 2024. |
| 27. Produce all documents analyzing, addressing, or discussing the integration of Character.AI's generative artificial intelligence products (e.g., LLM) into Google products, including documents discussing how the integration of generative artificial intelligence may impact user behavior across Google Search, Google Workplace, and any and all other Google product lines of business. | 27. Produce all documents discussing the integration of Character.AI's LLMs into Gemini, Google Search and Google Workplace |

November 20, 2025
Page 3 of 4

| | |
|---|---|
| 29. Produce communications exchanged between Google, Character Technologies, Shazeer, DeFreitas and their respective representatives during the negotiation, formation and execution of the August 2024 transactions including but not limited to all Character Technologies' valuations, draft and final term sheets, draft agreements, due diligence and indemnification. | 29. Produce communications exchanged between Google, Character Technologies, Shazeer, DeFreitas and their respective representatives during the negotiation, formation and execution of the August 2024 transactions including but not limited to all Character Technologies' valuations, draft and final term sheets, draft agreements, due diligence and indemnification. |
| 30. Produce all communications between Google personnel during the negotiation, formation and execution of the August 2024 transactions that refer or relate to Character Technologies' potential liabilities and any health and safety concerns arising from the use of Character.AI. | 30. Produce all communications between Google personnel that refer or relate to Character Technologies' potential liabilities for mental or physical harms by Character.AI users. |

While we believe Plaintiff's Requests are highly relevant as written to the claims at issue, the above-proposed modifications should significantly lessen the burden of Google's production. Please let us know at our 1pm meeting on Monday whether or not Google will produce documents in response to these narrowed down requests.

**Plaintiff's Narrowing of Other Requests**

During our prior conferral, Plaintiff agreed to narrow Request Nos. 8, 9, 10, 42, and 43. The modified requests are as follows:

| Original Request for Production | Proposed Modifications |
|---|---|
| 8. Produce all internal studies, documents and communications that refer or relate to safety and/or ethical concerns around designing AI to be anthropomorphic. | 8. Produce all internal studies, documents and communications among Google Trust and Safety personnel that refer or relate to safety and/or ethical concerns around anthropomorphic features of AI chatbots. |
| 9. Produce internal studies, documents and communications that refer or relate to safety and/or ethical concerns around designing AI to generate or to mitigate the generation of sexualized outputs. | 9. Produce internal studies, documents and communications among Google Trust and Safety personnel that refer or relate to safety and/or ethical concerns around sexualization of AI chatbots. |

| | |
|---|---|
| 10. Produce internal studies, documents and communications that refer or relate to safety and/0r ethical concerns around designing AI to be sycophantic. | 10. Produce internal studies, documents and communications among Google Trust and Safety personnel that refer or relate to safety and/0r ethical concerns around the sycophantic features of AI chatbots. |
| 42. Produce all documents and/or communications between Sundar Pichai, Larry Page, and Sergey Brin and Character.AI. | 42. Produce all documents and/or communications between Sundar Pichai, Larry Page, and Sergey Brin and Character Technologies that refer or relate to health and safety of Character.AI |
| 43. Produce all documents and communications related to access of Character.AI chat data for any purpose, including for potential monetization. | 43. Produce all documents and communications generated in 2024 that refer or relate to monetization of Character.AI chat data. |

Again, these modifications are made in good faith to further lessen the burden of Google's compliance with its discovery obligations so as to avoid motions practice. Please let us know at our 1pm meeting on Monday whether or not Google will produce documents in response to these narrowed down requests.

**Defendants' October 31 Search Terms List**

Plaintiffs are reviewing your proposed search terms and list of custodians. In the meantime, to help us digest what you have provided, please identify the job title and date of hiring for each of the custodians listed in your search term proposal and explain why Google selected each custodian.

**Scheduling of FRCP 30(b)(6) Deposition**

Finally, I wish to follow up on our request for a firm date for Google's FRCP 30(b)(6) deposition. As you recall, we first served our Notice of Deposition to you on October 30, setting the deposition for November 17. Google indicated that it would provide a more convenient time within a week, and we continue to await your proposal.

Thank you in advance for your prompt attention to this matter.

Sincerely,

SOCIAL MEDIA VICTIMS LAW CENTER



Matthew P. Bergman
Founding Attorney