UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>        Plaintiff,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; GOOGLE LLC,<br><br>        Defendants. | Case No.: 6:24-cv-01903-ACC-DCI<br><br>**NOTICE OF RESOLUTION** |

Plaintiffs Megan Garcia and Sewell Setzer Jr. and Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Frietas Adiwarsana, and Google LLC (collectively, the "Parties"), by and through their respective counsel and pursuant to Local Rule 3.09(a), hereby give notice that the Parties have agreed to a mediated settlement in principle to resolve all claims between them in the above-referenced matter.  The Parties request that this matter be stayed so that the Parties may draft, finalize, and execute formal settlement documents.  Upon full execution of the same, the Parties will file the appropriate dismissal documents with the Court and advise the Court of status within ninety (90) days of this notice.

| | |
|---|---|
| Dated: January 7, 2026 | Respectfully submitted, |
| /s/ Jonathan H. Blavin | /s/ Amy Judkins |
| Thomas A. Zehnder | Matthew Bergman* (Lead Counsel) |
| Florida Bar No. 0063274 | Laura Marquez-Garrett* |
| Dustin Mauser-Claassen | Glenn Draper* |
| Florida Bar No. 0119289 | SOCIAL MEDIA VICTIMS LAW |
| KING, BLACKWELL, ZEHNDER | CENTER, PLLC |
| & WERMUTH, P.A. | 600 1st Avenue |
| 25 East Pine Street | Suite 102-PMB 2383 |
| Orlando, FL 32801 | Seattle, WA 98104 |
| (407) 422-2472 | Telephone: (206) 741-4862 |
| tzehnder@kbzwlaw.com | matt@socialmediavictims.org |
| dmauser@kbzwlaw.com | laura@socialmediavictims.org |
| | glenn@socialmediavictims.org |
| Jonathan H. Blavin* (Lead Counsel) | |
| Stephanie Goldfarb Herrera* | Amy Judkins |
| MUNGER, TOLLES & OLSON, LLP | Christopher Hudon |
| 560 Mission Street | NORMAND PLLC |
| San Francisco, CA 94105 | 3165 McCory Place, Suite 175 |
| (415) 512-4011 | Orlando, FL 32803 |
| (415) 512-4063 | alj@normandpllc.com |
| Jonathan.Blavin@mto.com | christopher.hudon@normandpllc.com |
| Stephanie.Herrera@mto.com | |
| | Meetali Jain |
| Victoria A. Degtyareva* | Melodi Dincer |
| MUNGER, TOLLES & OLSON, LLP | TECH JUSTICE LAW PROJECT |
| 350 S. Grand Avenue, 50th Floor | 611 Pennsylvania Avenue Southeast |
| Los Angeles, CA 90071 | #337 |
| (213) 683-9505 | Washington, DC 20003 |
| Victoria.Degtyareva@mto.com | meetali@techjusticelaw.org |
| *Admitted Pro Hac Vice | melodi@techjusticelaw.org |
| | *Admitted Pro Hac Vice |
| *Counsel for Defendant Character* | |
| *Technologies, Inc.* | *Counsel for Plaintiff* |
| /s/ Lauren Gallo White | /s/ Isaac D. Chaput |
| Jay B. Shapiro | Paul W. Schmidt* (Lead Counsel) |
| STEARNS WEAVER MILLER | COVINGTON & BURLING LLP |
| WEISSLER ALHADEFF & | New York Times Building |
| SITTERSON, P.A. | 820 Eighth Avenue, |
| 150 W. Flagler Street, Suite 2200 | New York, NY 10018-1405 |

2

Miami, FL 33130
(305) 789-3200
jshapiro@stearnsweaver.com

Lauren Gallo White* (Lead Counsel)
WILSON SONSINI GOODRICH &
ROSATI, PROFESSIONAL
CORPORATION
One Market Plaza, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Fred A. Rowley, Jr.*
Matthew K. Donohue*
WILSON SONSINI GOODRICH &
ROSATI, PROFESSIONAL
CORPORATION
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Google LLC and Alphabet Inc.*

(212) 841-1171
pschmidt@cov.com
Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7020
ichaput@cov.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Noam Shazeer*

/s/ Andrew H. Schapiro
Oliva Barket Yeffet
Florida Bar No. 1026382
QUINN EMANUEL URQUHART &
SULLIVAN LLP
2601 S. Bayshore Drive, Suite 1550
Miami, FL 33133-5417
(305) 496-2988
oliviayeffet@quinnemanuel.com
Andrew H. Schapiro*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Daniel De Frietas Adiwarsana*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

/s/ Dustin Mauser-Claassen
Dustin Mauser-Claassen
Florida Bar No. 00119289