## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**MEGAN GARCIA and
SEWELL SETZER JR.,
individually and as the Personal
Representatives of the Estate of
S.R.S. III,**

       **Plaintiffs,**

    **v.**

                                **Case No.: 6:24-cv-1903-ACC-DCI**

**CHARACTER
TECHNOLOGIES, INC., NOAM
SHAZEER, DANIEL DE
FREITAS ADIWARSANA,
GOOGLE LLC,**

       **Defendants.**

_____

## ORDER

The Court has been advised by counsel for both parties that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>ninety (90) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 90-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 7, 2026.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record