UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA and SEWELL
SETZER JR., individually and as the
Personal Representative of the Estate
of S.R.S. III,

      Plaintiffs,

v.

CHARACTER TECHNOLOGIES,
INC.; NOAM SHAZEER; DANIEL DE
FRIETAS ADIWARSANA; and
GOOGLE LLC,

      Defendants.

Case No. 6:24-cv-01903-ACC-EJK

**NOTICE OF LIMITED APPEARANCE OF COUNSEL**

To:   The clerk of courts and all parties of record

1. I am admitted or otherwise authorized to practice in this court.

2. I file this Notice of Limited Appearance on behalf of Plaintiffs' counsel, Normand PLLC.

3. Copies of all future court papers should be served on the undersigned attorney.

Dated: February 20, 2026          Respectfully submitted,

*/s/ Angelica L. Novick*
**THE FERRARO LAW FIRM, P.A.**
Angelica L. Novick (FBN 105069)
anovick@ferrarolaw.com
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Tel: (305) 375-0111

*Counsel for Plaintiffs' Counsel
Normand PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Angelica L. Novick*
      Angelica L. Novick