| | |
|---|---|
| **From:** | Paola Lusardi |
| **To:** | Amy Judkins |
| **Subject:** | RE: Templates |
| **Date:** | Thursday, May 1, 2025 1:10:47 PM |
| **Attachments:** | image001.png |

done

**Paola Lusardi**                                              **Paralegal**
lusardi@newsomelaw.com                          201 S. Orange Ave.
(407) 648-5977                                                          Ste 1500
www.NewsomeLaw.com                          Orlando, FL 32801



IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Amy Judkins <ajudkins@newsomelaw.com>
**Sent:** Thursday, May 1, 2025 12:31 PM
**To:** Paola Lusardi <lusardi@newsomelaw.com>
**Subject:** Templates

Will you please remove all arbitration templates from FileVine?

**Amy Judkins**                                              **Attorney**
ajudkins@newsomelaw.com                          201 S. Orange Ave.
(407) 648-5977                                                          Ste 1500
www.NewsomeLaw.com                          Orlando, FL 32801