# EXHIBIT A

**EXHIBIT A**

For clarity in identifying the specific documents at issue in Google's motion, Google identifies the multiple locations in which each document appears on the docket in the table below.

| Document | Dkt. 194<br>*Docket entry containing documents filed under seal* | Dkt. 195<br>*Docket entry containing documents filed under seal* | Dkt. 226<br>*Docket entry containing document filed under seal* |
|---|---|---|---|
| **De Freitas Deposition Transcript** | 194-1 *(to be deleted pursuant to Dkt. 262)* | 195-1 | *N/A - Not subject to Google's Motion* |
| **Shazeer Deposition Transcript** | 194-2 *(to be deleted pursuant to Dkt. 262)* | 195-2 | *N/A - Not subject to Google's Motion* |
| **De Freitas 2024 Offer Letter** | 194-6 | 195-4 | *N/A - Not subject to Google's Motion* |
| **License and Release Agreement** | 194-7 *(to be deleted pursuant to Dkt. 262)* | 195-5 | 226-7 |
| **De Freitas 2016 Offer Letter** | 194-23 | 195-8 | *N/A - Not subject to Google's Motion* |