**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEGAN GARCIA and
SEWELL SETZER JR.,
individually and as the Personal
Representatives of the Estate of
S.R.S. III,**

        **Plaintiffs,**

   **v.**

**CHARACTER
TECHNOLOGIES, INC., NOAM
SHAZEER, DANIEL DE
FREITAS ADIWARSANA,
GOOGLE LLC,**

        **Defendants.**

**Case No.: 6:24-cv-1903-ACC-DCI**

---

### ORDER

This cause comes before the Court on Defendant Character Technologies, Inc.'s joint motion to extend the deadline to submit a stipulated final order or judgment or to reopen this case. (Doc. 270). Accordingly, it is ordered as follows:

1. Defendant Character Technologies, Inc.'s joint motion to extend the deadline (Doc. 270) is **GRANTED**. The dismissal deadlines in the Court's previous Order (Doc. 244) are extended for 120 days. The parties are cautioned that, in the future, such motions should be filed in advance of the deadline.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 8, 2026.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record