UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEGAN GARCIA and
SEWELL SETZER JR.,
Individually and as the Personal                Case No.: 6:24-cv-1903-ACC-DCI
Representative of the Estate of
S.R.S. III,

      Plaintiffs,

v.

CHARACTER TECHNOLOGIES,
INC., NOAM SHAZEER,
DANIEL DE FREITAS
ADIWARSANA, and GOOGLE LLC,

      Defendants.
_____/

## NEWSOME LAW'S NOTICE OF NON-APPEAL
## OF ORDER OF JUNE 11, 2026

Newsome Law, P.A. hereby gives notice that it will *not* be seeking appellate review of the Court's Order of June 11, 2026 (Doc. 273). Further, to the extent permitted by law, Newsome Law, P.A. hereby withdraws its Notice of Charging Lien (Doc. 246).

Respectfully submitted on June 29, 2026, by:

        */s/ Dale Swope*
        DALE M. SWOPE
        Florida Bar No.: 261270
        NATALIE I. SHOEMAKER
        Florida Bar No.: 1025707
        Swope, Rodante P.A
        1234 E. Fifth Avenue
        Tampa, Florida 33605

T: (813)273-0017 /
Fax: (813) 223-3678
Team1eservice@swopelaw.com
eservice@swopelaw.com
**Counsel for Newsome Law**

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that on **June 29, 2026,** I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

*/s/ Dale Swope*
DALE M. SWOPE
Florida Bar No.: 261270
NATALIE I. SHOEMAKER
Florida Bar No.: 1025707
Swope, Rodante P.A
1234 E. Fifth Avenue
Tampa, Florida 33605
T: (813)273-0017 /
Fax: (813) 223-3678
Team1eservice@swopelaw.com
eservice@swopelaw.com
**Counsel for Newsome Law**