# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MEGAN GARCIA and
SEWELL SETZER JR.,
individually and as the Personal
Representatives of the Estate of
S.R.S. III,

        Plaintiffs,

    v.

CHARACTER
TECHNOLOGIES, INC., NOAM
SHAZEER, DANIEL DE
FREITAS ADIWARSANA,
GOOGLE LLC,

        Defendants.

Case No.: 6:24-cv-1903-ACC-DCI

## ORDER

This cause comes before the Court on Defendant Character Technologies, Inc.'s joint motion to extend the deadline to submit a stipulated final order or judgment or to reopen this case. (Doc. 276). Accordingly, it is ordered as follows:

1. Defendant Character Technologies, Inc.'s joint motion to extend the deadline (Doc. 276) is **GRANTED**. The dismissal deadlines in the Court's previous Order (Doc. 271) are extended for 90 days.

**DONE** and **ORDERED** in Orlando, Florida, on August 4, 2026.

JOHN ANTOON II
United States District Judge

- 2 -

Copies furnished to:
Counsel of Record