UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MEGAN GARCIA and SEWELL SETZER JR., individually and as the Personal Representative of the Estate of S.R.S. III,<br><br>Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FRIETAS ADIWARSANA; and GOOGLE LLC,<br><br>Defendants. | Case No. 6:24-cv-01903-ACC-EJK |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Megan Garcia and Sewell Setzer Jr., individually and as the Personal Representatives of the Estate of S.R.S. III ("Plaintiffs"), under Federal Rule of Civil Procedure 41(a)(1)(A)(i), give notice that they voluntarily dismiss this action, including all claims against Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwarsana, and Google LLC, WITH PREJUDICE.

This notice follows the parties' execution of their settlement agreement and receipt of all required court approvals, and is filed under the Court's Order dismissing this case under Local Rule 3.09(b) (Doc. 244).

Plaintiffs respectfully request that the Clerk close this case.

Dated: October 15, 2026

*<u>/s/ Amy Judkins</u>*
Amy L. Judkins, Esq.
Florida Bar No.: 125046
Normand PLLC
Telephone: (407) 603-6031
3165 McCrory Place
Ste 175
Orlando, FL 3280
a.judkins@njc.law
EAN@normandpllc.com

Matthew Bergman (PHV) (Lead Counsel)
Laura Marquez-Garrett (PHV)
Glenn Draper (PHV)
SOCIAL MEDIA VICTIMS LAW CENTER, PLLC
600 1st Avenue Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862
matt@socialmediavictims.org
laura@socialmediavictims.org
glenn@socialmediavictims.org

Meetali Jain (PHV)
Melodi Dincer (PHV)
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue Southeast #337
Washington, DC 20003
meetali@techjusticelaw.org
melodi@techjusticelaw.org

*Counsel for Plaintiffs*